# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHI LIVING TRUST, Individually and on behalf of all others similarly situated | ) Case No. 18-cv-01713 ) ) Hon. Matthew F. Kennelly |
| Plaintiff, | ) |
| v. | ) |
| AKORN, INC., RAJAT RAI, DUANE A. PORTWOOD, and RANDALL E. POLLARD, | ) |
| Defendants. | ) |

**MOTION OF WALLEYE TRADING LLC
FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

Walleye Trading LLC ("Walleye Trading"), by its counsel, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), hereby moves this Court for the entry of an Order: (1) appointing Walleye Trading as Lead Plaintiff on behalf of the Class of all persons or entities who purchased or otherwise acquired publicly traded securities of Akorn, Inc. ("Akorn" or the "Company") from March 1, 2017 through February 26, 2018, inclusive (the "Class Period"); and (2) approving Walleye Trading's selection of Labaton Sucharow LLP as Lead Counsel for the Class and the Law Office of Michael D. Smith, P.C. as Liaison Counsel for the Class.

This motion is supported by the accompanying Memorandum of Law in Support of the Motion, the Declaration of Michael D. Smith and exhibits annexed thereto, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: May 7, 2018

Respectfully submitted,

By: /s/ *Michael D. Smith*

**THE LAW OFFICE OF MICHAEL D. SMITH, P.C**
Michael D. Smith
53 West Jackson Boulevard
Suite 1663
Chicago, Illinois 60604
Tel: (312) 546-6138
Fax: (888) 664-8172
Email: msmith@smithlawchicago.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
David J. Schwartz

Francis P. McConville
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for Walleye Trading LLC and Proposed Lead Counsel for the Class*
