UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHI LIVING TRUST, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AKORN, INC., RAJAT RAI, DUANE A. PORTWOOD, and RANDALL E. POLLARD,<br><br>Defendants. | Civ. A. No. 1:18-cv-01713<br><br>Hon. Matthew F. Kennelly |

**CORRECTED AGREED UPON JOINT MOTION FOR ENTRY OF AN ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, AND SCHEDULING FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO**

Lead Plaintiff Movant Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC (collectively, "Gabelli") and Defendants Akorn, Inc., Rajat Rai, Duane A. Portwood, and Randall E. Pollard (collectively, "Defendants"), by and through their undersigned counsel, hereby respectfully move the Court for the entry of the [Proposed] Order Extending Time To Respond To Complaint, And Scheduling Filing Of Amended Complaint And Defendants' Response Thereto, a copy of which is filed contemporaneously herewith.

Counsel for Plaintiff Joshi Living Trust ("Plaintiff") and Lead Plaintiff Movant Walleye Trading LLC have been consulted and consent to the relief requested.

In support of this Motion, the parties stipulate and agree as follows:

1. WHEREAS, on March 8, 2018, Plaintiff filed the above-captioned action ("*Joshi Living Trust*") against Defendants, which asserts claims for violations of the federal securities laws;

2. WHEREAS, counsel for Defendants hereby accepts service of the summons and Complaint in *Joshi Living Trust* on behalf of Defendants;

3. WHEREAS, *Joshi Living Trust* is subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA");

4. WHEREAS, in accordance with the PSLRA, counsel for Plaintiff published notice of the pendency of *Joshi Living Trust* on March 8, 2018;

5. WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the deadline for any Class member to move for appointment as Lead Plaintiff was May 7, 2018;

6. WHEREAS, on May 7, 2018, pursuant to the PSLRA, Gabelli, Plaintiff, and Walleye Trading LLC each filed motions for appointment as Lead Plaintiff and approval of Lead Counsel in *Joshi Living Trust*;

7. WHEREAS, on May 8, 2018, the Court scheduled a status conference for May 24, 2018 at 9:30 a.m.;

8. WHEREAS, on May 10, 2018, Plaintiff withdrew its motion for appointment as Lead Plaintiff in recognition that Gabelli has the "largest financial interest in this action, and is thus the presumptive Lead Plaintiff," ECF No. 28;

9. WHEREAS, on May 17, 2018, Walleye Trading LLC withdrew its motion for appointment as Lead Plaintiff in recognition that Gabelli has the "largest financial interest in this action, and [is] thus the presumptive Lead Plaintiff," ECF No. 29;

10. WHEREAS, before the underlying case can proceed, the Court must appoint a Lead Plaintiff and approve the Lead Plaintiff's selection of Lead Counsel pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B);

11. WHEREAS, in the interests of judicial economy and preserving the resources of the parties and the Court, the parties agree and respectfully submit to the Court that no answer, motion, or other response to the Complaint should be due until after the Court appoints a Lead Plaintiff and approves the selection of Lead Counsel to represent Lead Plaintiff and the Class, and Lead Plaintiff has filed its amended complaint;

12. WHEREAS, upon entry of an order appointing Lead Plaintiff and approving selection of Lead Counsel, Lead Plaintiff shall have 90 days to file an amended complaint;

13. WHEREAS, upon filing of an amended complaint, Defendants shall have 60 days to file an answer, motion to dismiss, or other response to the amended complaint; and

14. WHEREAS, if Defendants file a motion to dismiss, Lead Plaintiff shall have 60 days to respond to such a motion, and Defendants shall have 30 days to file their reply.

NOW, THEREFORE, the parties respectfully request that the Court enter the [Proposed] Order Extending Time To Respond To Complaint, And Scheduling Filing Of Amended Complaint And Defendants' Response Thereto, a copy of which is filed contemporaneously herewith.

DATED: May 21, 2018

Avi Josefson
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
875 North Michigan Avenue
Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

Gerald H. Silk (*pro hac vice application forthcoming*)
Michael D. Blatchley (*pro hac vice application forthcoming*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
michaelb@blbglaw.com

*Proposed Liaison Counsel for the Class*

Respectfully Submitted,

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
Vincent R. Cappucci (*pro hac vice application pending*)
Arthur V. Nealon (*pro hac vice application pending*)
Robert N. Cappucci (*pro hac vice application pending*)
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
aentwistle@entwistle-law.com
vcappucci@entwistle-law.com
anealon@entwistle-law.com
rcappucci@entwistle-law.com

*Counsel for Proposed Lead Plaintiff Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC and Proposed Lead Counsel for the Class*

DATED: May 21, 2018

Robert H. Baron (*pro hac vice application forthcoming)*
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rbaron@cravath.com

Respectfully Submitted,

*/s/ Richard J. Prendergast*
Richard J. Prendergast
**RICHARD J. PRENDERGAST, LTD.**
111 West Washington, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 641-0881
Facsimile: (312) 641-3562
rprendergast@rjpltd.com

*Counsel for Defendants Akorn, Inc., Rajat Rai, Duane A. Portwood and Randall E. Pollard*