# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSHI LIVING TRUST, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AKORN, INC., RAJAT RAI, DUANE A. PORTWOOD, and RANDALL E. POLLARD,<br><br>Defendants. | Civ. A. No. 1:18-cv-01713<br><br>Hon. Matthew F. Kennelly |

### [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, AND SCHEDULING FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

Upon consideration of the Agreed Upon Joint Motion For Entry of An Order Extending Time To Respond to Complaint, And Scheduling Filing Of Amended Complaint And Defendants' Response Thereto filed by Lead Plaintiff Movant Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC and Defendants Akorn, Inc., Rajat Rai, Duane A. Portwood, and Randall E. Pollard (collectively, "Defendants"), it is hereby ORDERED that:

1. In the interests of judicial economy and preserving the resources of the parties and the Court, no answer, motion, or other response to the Complaint by any Defendant is due until after the Court appoints a Lead Plaintiff and approves the selection of Lead Counsel to represent Lead Plaintiff and the Class, and Lead Plaintiff has filed its amended complaint, as provided for in paragraph 2 below.

2. No more than ninety (90) days after the Court appoints a Lead Plaintiff and approves the selection of Lead Counsel, Lead Plaintiff shall file an amended complaint.

3. No more than sixty (60) days after the filing of an amended complaint, Defendants shall file an answer, motion to dismiss, or other response to the amended complaint.

4. If Defendants file a motion to dismiss the amended complaint, Lead Plaintiff shall have no more than sixty (60) days to respond to such a motion, and Defendants shall have no more than thirty (30) days thereafter to file their reply.

5. No party is waiving any rights, claims, or defenses of any kind except as expressly stated herein.

SO ORDERED THIS __ DAY OF _____, 2018

                                                                                          _____
                                                                                           HON. MATTHEW F. KENNELLY
                                                                                           UNITED STATES DISTRICT JUDGE