# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSHI LIVING TRUST, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AKORN, INC., RAJAT RAI, DUANE A. PORTWOOD, and RANDALL E. POLLARD,<br><br>Defendants. | Civ. A. No. 1:18-cv-01713<br><br>Hon. Matthew F. Kennelly |

**ORDER APPOINTING GABELLI & CO. INVESTMENT ADVISORS, INC. AND GABELLI FUNDS, LLC AS LEAD PLAINTIFF AND <u>APPROVING THEIR SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

Upon consideration of: (1) the unopposed Motion of Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC (collectively, "Gabelli") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel and Liaison Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Andrew J. Entwistle; (4) the Notice Of Withdrawal filed by Plaintiff Joshi Living Trust indicating that Gabelli is the "presumptive Lead Plaintiff," ECF No. 28; (5) the Notice Of Withdrawal filed by Walleye Trading LLC indicating that Gabelli is the "presumptive Lead Plaintiff," ECF No. 29; and (6) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Gabelli's Motion is **GRANTED**.

2. Gabelli is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 5 of this Order.

3. Gabelli's selection of Lead Counsel is **APPROVED**, Entwistle & Cappucci LLP is **APPOINTED** as Lead Counsel for the Class.

4. Gabelli's selection of Liaison Counsel is **APPROVED**, Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Liaison Counsel for the Class.

5. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

6. This action shall be captioned "*In re Akorn, Inc. Data Integrity Securities Litigation*," and the file shall be maintained under Master File No. 1:18-cv-01713.

**IT IS SO ORDERED**.

Dated: May 31, 2018

_____
HON. MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE