UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | Civ. A. No. 1:18-cv-01713<br><br>Hon. Matthew F. Kennelly |

## STIPULATION AND ORDER FOR THE PRESERVATION OF EVIDENCE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that the Defendants herein shall take reasonable steps to preserve (i) all Documents (as defined in Fed. R. Civ. P. 34(a)) in their custody or control that are relevant to any of the allegations of the Complaint (Dkt. No. 1) in the above-captioned action and (ii) all Documents produced by any party or third-party in connection with *Akorn, Inc. v. Fresenius Kabi AG*, CA No. 2018-0300-JTL (Del. Ch.).

DATED: July 19, 2018

Avi Josefson
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
875 North Michigan Avenue
Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

John Rizio-Hamilton (*admitted pro hac vice*)
Abe Alexander (*admitted pro hac vice*)
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

Respectfully Submitted,

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
Vincent R. Cappucci (*admitted pro hac vice*)
Arthur V. Nealon (*admitted pro hac vice*)
Robert N. Cappucci (*admitted pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
aentwistle@entwistle-law.com
vcappucci@entwistle-law.com
anealon@entwistle-law.com
rcappucci@entwistle-law.com

*Lead Counsel for the Class*

1

1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
michaelb@blbglaw.com

*Liaison Counsel for the Class*

DATED: July 19, 2018

Robert H. Baron *(admitted pro hac vice)*
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rbaron@cravath.com

Respectfully Submitted,

*/s/ Richard J. Prendergast*
Richard J. Prendergast
**RICHARD J. PRENDERGAST, LTD.**
111 West Washington, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 641-0881
Facsimile: (312) 641-3562
rprendergast@rjpltd.com

*Counsel for Defendants Akorn, Inc., Rajat Rai, Duane A. Portwood and Randall E. Pollard*

**IT IS SO ORDERED.**

DATED: August 17, 2018

_____
HON. MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE