IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | ) ) ) ) ) ) | Case No. 18-cv-01713<br><br>Honorable Matthew F. Kennelly |

**STIPULATION AND JOINT MOTION FOR ENTRY OF AGREED ORDER**

Plaintiffs, Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC, and Defendants, Akorn, Inc., Rajat Rai, Duane A. Portwood, Mark M. Silverberg, Alan Weinstein, Ronald M. Johnson, Brian Tambi, John Kapoor, Kenneth S. Abramowitz, Adrienne L. Graves, Steven J. Meyer, and Terry A. Rappuhn (collectively referred to as the "Parties") have conferred and have made certain agreements in an effort to streamline the issues and expedite the efficient progress of this litigation. As part of those agreements, the Parties jointly move that this Court enter an agreed order (a proposed agreed order will be sent electronically to the Court and counsel in accord with the Court's Case Procedures) giving effect to the following stipulations:

1. Defendants Akorn, Inc., Rajat Rai, Duane A. Portwood, Alan Weinstein, Ronald M. Johnson, and Brian Tambi will not file any motions to dismiss Counts I and II of the Consolidated Amended Complaint at this time, but instead will file Answers to those claims.

2. The Parties agree to request that the Court set December 19, 2018 as the due date for filing Answers to Counts I and II. The Parties further agree that December 19, 2018 is a reasonable due date for Defendants' Answers to Counts I and II and recognize that December 19, 2018 would have been the due date for reply briefs if motions to dismiss were filed.

3. The Parties agree that Counts III and IV of Plaintiffs' Consolidated Amended

1

Complaint shall be dismissed *without prejudice* and, accordingly, individual defendants John Kapoor, Kenneth S. Abramowitz, Adrienne L. Graves, Steven J. Meyer, and Terry A. Rappuhn shall be dismissed from this case *without prejudice*.

4. The Parties agree that individual defendant Mark M. Silverberg shall be dismissed from this case *with prejudice.*

WHEREFORE the Parties request that this Court enter the attached agreed order, a copy of which is filed herewith.

DATED: October 29, 2018                      Respectfully Submitted,

                                             /s/ James R. Figliulo

Robert H. Baron *(admitted pro hac vice)*    James R. Figliulo
**CRAVATH, SWAINE & MOORE LLP**              **FIGLIULO & SILVERMAN, P.C.**
Worldwide Plaza                              10 S. LaSalle Street
825 Eighth Avenue                            Suite 3600
New York, New York 10019                     Chicago, Illinois 60603
Telephone (212) 474-1000                     Telephone: (312) 251-4600
Facsimile: (212) 474-3700                    Facsimile: (312) 251-4610
rbaron@cravath.com                           jfigliulo@fslegal.com

*Counsel for Defendants*                     -and-

*Akorn, Inc., Rajat Rai, Duane A. Portwood,* Richard J. Prendergast
*Mark M. Silverberg, Alan Weinstein, Ronald* **RICHARD J. PRENDERGAST, LTD.**
*M. Johnson, Brian Tambi, John Kapoor,*      111 W. Washington Street
*Kenneth S. Abramowitz, Adrienne L. Graves,* Suite 1100
*Steven J. Meyer, and Terry A. Rappuhn*      Chicago, Illinois 60602
                                             Telephone: (312) 641-0881
                                             rprendergast@rjpltd.com

2

Avi Josefson
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
875 North Michigan Avenue
Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

John Rizio-Hamilton *(admitted pro hac vice)*
Abe Alexander *(admitted pro hac vice)*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnr@blbglaw.com
abe.alexander@blbglaw.com

*Liaison Counsel for the Class*

Andrew J. Entwistle
Vincent R. Cappucci *(admitted pro hac vice)*
Arthur V. Nealon *(admitted pro hac vice)*
Robert N. Cappucci *(admitted pro hac vice)*
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
aentwistle@entwistle-law.com
vcappucci@entwistle-law.com
anealon@entwistle-law.com
rcappucci@entwistle-law.com

*Lead Counsel for the Class*
*Gabelli & Co. Investment Advisors, Inc., and Gabelli Funds, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a copy of the attached **STIPULATION AND JOINT MOTION FOR ENTRY OF AGREED ORDER** to be electronically filed with the Clerk of the Court on October 29, 2018. Notice of this filing will be served upon counsel of record via Electronic Notification by the District Court's ECF Filing System.

/s/ James R. Figliulo