# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Joshi Living Trust, et al.

                        Plaintiff,

v.                                      Case No.: 1:18–cv–01713
                                                    Honorable Matthew F. Kennelly

Akorn, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 30, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties' joint motion for entry of an agreed order is granted, on the condition that the Court intends to set a discovery schedule at the status hearing set for 11/8/2018. The Court orders as follows: (1) Defendants Akorn, Inc., Rajat Rai, Duane A. Portwood, Alan Weinstein, Ronald M. Johnson, and Brian Tambi shall file answers to counts 1 and 2 of plaintiffs' amended complaint by no later than 12/19/2018. (2) Counts 3 and 4 of plaintiffs' consolidated amended complaint are dismissed without prejudice. (3) Defendants John Kapoor, Kenneth S. Abramowitz, Adrienne L. Graves, Steven J. Meyer, and Terry A. Rappuhn are dismissed from this action without prejudice. (4) Defendant Mark M. Silverberg is dismissed from this action with prejudice. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.