# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Joshi Living Trust, et al.

                          Plaintiff,

v.                                                 Case No.: 1:18−cv−01713
                                                                Honorable Matthew F. Kennelly

Akorn, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 3/27/2019 with attorneys for all parties and non−party Wickstrom. The court finds Case No. 19 C 1299 (Judge Chang) related to this case under Local Rule 40.4 and requests the Executive Committee to transfer that case accordingly. Argument on stipulation regarding consolidation of cases and filing of consolidated amended complaint is set for 4/22/2018 at 1:00 p.m. Discovery and pretrial deadlines are extended as follows: production of documents relating to existing class period is to be completed by 4/19/2019; discovery is held in abeyance from 4/19/2019 through 5/17/2019; motion for class certification is to be filed by 5/17/2019; response is due by 8/16/2019; reply is due by 9/30/2019; production of documents for proposed extended class period is to be completed by 8/2/2019; fact discovery is to be completed by 10/15/2019. Rule 26(a)(2) disclosures on issues other than class certification are due by 10/15/2019, and rebuttal disclosures are due by 11/15/2019. Expert discovery is to be completed by 1/15/2020. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.