# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | Civ. A. No. 1:18-cv-01713<br><br>Hon. Matthew F. Kennelly |

## LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Lead Plaintiffs Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC (the "Lead Plaintiffs"), by and through their attorneys, respectfully move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure to certify this action as a class action on behalf of the following class:

> all persons and entities who purchased or otherwise acquired Akorn, Inc.'s common stock between November 3, 2016 and January 8, 2019, inclusive, and were damaged thereby. Excluded from the Class are: (i) Defendants; (ii) other former and current directors and officers of Akorn, Inc., including their families and affiliates; (iii) any investment funds, companies, partnerships, trusts or other entities controlled by or benefitting such excluded parties; and (iv) the legal representatives, heirs, successors or assigns of any such excluded party (the "Class").

Lead Plaintiffs also move this Court to appoint Lead Plaintiffs as Class Representatives and to appoint Entwistle & Cappucci LLP as Class Counsel and Bernstein Litowitz Berger & Grossmann LLP as Class Liaison Counsel pursuant to Rule 23(g).

The grounds for this motion are set forth in the accompanying memorandum of law and Declaration of Andrew J. Entwistle together with the Expert Report of David I. Tabak, PhD, attached as an exhibit thereto.

Dated: July 5, 2019   Respectfully Submitted,

                                                          */s/ Andrew J. Entwistle*
                                                          Andrew J. Entwistle

**ENTWISTLE & CAPPUCCI LLP**
500 W. 2nd Street, Suite 1900-16
Austin, Texas 78701
Telephone: (512) 710-5960
Email: aentwistle@entwistle-law.com

 -and-

Joshua K. Porter (*admitted pro hac vice*)
Brendan J. Brodeur (*admitted pro hac vice*)
Andrew M. Sher (*admitted pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
jporter@entwistle-law.com
bbrodeur@entwistle-law.com
asher@entwistle-law.com

*Lead Counsel for the Class*


Avi Josefson
John Rizio-Hamilton (*admitted pro hac vice*)
Abe Alexander (*admitted pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
875 North Michigan Avenue
Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
avi@blbglaw.com
johnr@blbglaw.com
abe.alexander@blbglaw.com

*Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

  I, Brendan J. Brodeur, hereby certify that on July 5, 2019, service of the foregoing **LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                   */s/ Brendan J. Brodeur*
                   Brendan J. Brodeur