# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | Civ. A. No. 1:18-cv-01713<br><br>Hon. Matthew F. Kennelly |

## DECLARATION OF ANDREW J. ENTWISTLE
## IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Andrew J. Entwistle, declare as follows:

1. I am a member in good standing of the bar of the State of Illinois and of this Court. I am the Managing Partner of the law firm Entwistle & Cappucci LLP ("Entwistle & Cappucci"). I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification.

2. Lead Plaintiffs Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC have actively supervised the prosecution of this action to date, including reviewing pleadings and substantive motion papers, have provided to counsel for review and production in excess of 20,000 internal documents and have participated in strategic decisions and settlement discussions, including in-person attendance at a full-day mediation session on May 3, 2019.

3. Attached as Exhibit A hereto is a true and correct copy of the Expert Report of David I. Tabak, PhD.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 5, 2019                      */s/ Andrew J. Entwistle*
    Austin, Texas                       Andrew J. Entwistle

### **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Brendan J. Brodeur, hereby certify that on July 5, 2019, service of the foregoing **DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/ Brendan J. Brodeur*
Brendan J. Brodeur