# EXHIBIT A

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | Civ. A. No. 1:18-cv-01713 |

# EXPERT REPORT OF DAVID I. TABAK, PH.D.

## I. SCOPE OF ANALYSIS AND SUMMARY OF FINDINGS

1. This report concerns a securities action brought on behalf of lead plaintiffs and "all other persons or entities who purchased or otherwise acquired the common stock of Akorn, Inc. ('Akorn' or the 'Company') during the period from November 3, 2016 through January 8, 2019, inclusive (the 'Class Period') and were damaged thereby (the 'Class')[.]"[1]

2. Counsel for Lead Plaintiffs in this matter have asked me to examine whether Akorn's common stock traded in an efficient market during the Class Period. As discussed below, the analyses demonstrate that Akorn's common stock traded in an efficient market. Counsel have also asked me to analyze whether damages for investors in Akorn's common stock can be calculated through a common methodology. I find that there are reliable methods to calculate damages on a common class-wide basis.

---

[1] Second Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint"), p. 1.

## II.    QUALIFICATIONS AND REMUNERATION

3.  I received Bachelor's degrees in Physics and in Economics from the Massachusetts Institute of Technology and a Master's degree and a Ph.D. in Economics from Harvard University.  I have appeared as an expert in federal district courts; state trial courts; bankruptcy court; and in arbitration forums, including the National Association of Securities Dealers, the International Chamber of Commerce International Court of Arbitration, and the American Arbitration Association.  I have published in my fields of expertise on subjects such as market efficiency, loss causation, statistics, and the analysis of stock price movements.

4.  National Economic Research Associates ("NERA") was established in 1961 and now employs approximately 500 people in over twenty offices worldwide.  NERA provides consulting for economic matters to parties for their internal use, to parties in litigation, and to governmental and regulatory authorities.  I have worked at NERA for over twenty years and am a managing director in NERA's securities and finance practice.  My work entails providing analyses for parties in litigation and consulting for parties in non-litigation settings.  I have served as a speaker at events providing CLE credits for attorneys and at academic conferences on areas related to securities litigation.  I have provided reports and/or testimony for plaintiffs and defendants in numerous securities class actions.

5.  My curriculum vitae, which sets forth in further detail my publications and prior testimony experience, is attached to this report as Exhibit 1.

6.  NERA is being compensated on a non-contingent basis for out-of-pocket costs and at our usual rates for time.  My billing rate is $950 per hour.  I have been assisted by a number of individuals at NERA working at my direction who are billing at their standard rates.

## III.    MATERIALS CONSIDERED

7.  Materials considered for the purposes of this report are listed in Exhibit 2.

## IV.   THE THEORY OF MARKET EFFICIENCY

8.   In the 1960s, economists Paul Samuelson and Eugene Fama each developed theories that developed into the modern theory of market efficiency, known as the "efficient market hypothesis."[2]  Professors Samuelson and Fama recognized that if market participants are rational, a security cannot have an expected change in price.[3]  For example, suppose that the market expected a stock price to be $15 tomorrow.  The stock could not trade at $10 today, because there would be little reason for anyone to sell at $10 today given that there would be buyers more than happy to pay $11 today for a stock that they could sell at $15 tomorrow.  This process would result in an equilibrium where the price today would be bid up to nearly $15.  Similarly, no rational investor would purchase a stock at $16 today if it was believed that the price would be $15 tomorrow. Thus, the stock price today would be nearly equal to the price tomorrow, and any changes in stock prices would be due to *unexpected* information or randomness, leading to the theory that stock prices follow a "random walk."

9.   In particular, there are three forms of the efficient market hypothesis, known as weak-form efficiency, semi-strong-form efficiency, and strong-form efficiency.  Weak-form efficiency posits that the price of a stock rapidly incorporates all information contained in prior stock prices.  Semi-strong-form efficiency posits that the price of a stock rapidly incorporates all publicly available information.  Strong-form efficiency

---

[2] See, for example, the *New Palgrave Dictionary of Economics*, 2008 edition, entry on Efficient Markets Hypothesis, available online at https://rd.springer.com/referenceworkentry/10.1057/978-1-349-95121-5_42-2.

[3] While later refinements of the theory examined whether certain types of stock price movements are possible because of factors such as the risk entailed in trying to profit from those expected movements (e.g., there is a risk-return tradeoff and sometimes there may be expected profits, on average, to compensate for higher risk), the general outlines of the theory discussed above are still correct.  Throughout the discussion, I abstract away from any such issues.

posits that the price of a stock rapidly incorporates all public and private information.[4] When discussing the "Efficient Market Hypothesis" with regard to publicly traded securities such as Akorn's, financial economists are generally referring to the semi-strong form of market efficiency. I will follow the same convention here.

10. One of the implications of the Efficient Market Hypothesis is that the market begins to incorporate unexpected news quickly into security prices. Therefore, if the market learns of material new, unexpected positive (negative) information about an issuer, then the price of the issuer's common stock will rise (fall) if the market is efficient. Of course, even efficient markets may take time to fully absorb new material information, but they should begin the process of reacting to news as soon as it is available.[5]

11. To determine whether a market is efficient, financial economists and the courts have developed various tests. These tests can broadly be divided into direct tests of whether a market violates the conditions of market efficiency (e.g., whether the price of a security actually responds to material new unexpected information) and indirect tests of the conditions that one expects would be present in an efficient market (e.g., substantial analyst coverage, which suggests that market participants are interested in understanding and responding to news). In the following sections, I discuss the results of these tests for Akorn's common stock.

---

[4] This is a standard taxonomy of Efficient Market Hypothesis theories, discussed, for example in Eugene Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970. (See, for example, p. 388.)

[5] Under the Efficient Market Hypothesis, a market may initially underestimate or overestimate the effects of news. However, these two effects should roughly balance each other. Consequently, in an efficient market, initial price movements should reflect, on average, an unbiased estimate of the effects of the new information (i.e., later price movements are roughly equally likely to be positive or negative)

## V. TESTS OF MARKET EFFICIENCY FOR AKORN'S COMMON STOCK

12. One seminal legal case providing for tests of market efficiency is *Cammer v. Bloom*.[6] This decision discussed five factors that support market efficiency, commonly referred to as the "*Cammer* factors":

> (1) an "average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption";
>
> (2) "a significant number of securities analysts followed and reported on a company's stock during the class period";
>
> (3) the "stock had numerous market makers. The existence of market makers and arbitrageurs" would aid in market efficiency;
>
> (4) "the Company was entitled to file an S-3 Registration Statement in connection with public offerings"; and
>
> (5) "empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."[7]

13. In addition to these factors, the Third Circuit in *DVI Securities Litigation* stated that (6) "the listing of a security on a major exchange such as the NYSE or the NASDAQ weighs in favor of a finding of market efficiency."[8] Furthermore, three additional factors that may be relevant, as discussed in *Krogman v. Sterritt* and other cases are measures of a company's: (7) market capitalization, (8) bid-ask spread, and (9) float.[9]

14. Academics and courts have also looked at whether there was autocorrelation (also known as serial correlation) in the returns of a security, i.e., whether rather than behaving randomly, a movement in the price of a security was more likely to be followed by

---

[6] *Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87 (D.N.J. 1989).

[7] This factor is typically addressed through the use of a statistical analysis known as an "event study," as discussed below.

[8] *In re DVI Securities Litigation*, 639 F.3d 623, 634 (3d Cir. 2011) ("*DVI II*").

[9] *Krogman, Inc. v. Sterritt,* 202 F.R.D. 467, 478 (N.D. Tex. 2001).

another movement in the same direction (positive autocorrelation) or by a movement in the opposite direction (negative autocorrelation).[10]

15. I will discuss each of these factors in more detail as they are presented below, and then present my conclusions based on the totality of the information obtained by examining each of these factors.

### (1) Trading Volume

16. The first *Cammer* factor is the average weekly trading volume as a percent of shares outstanding. As noted on page 1286 of that decision, "[t]he reason the existence of an actively traded market, as evidenced by a large weekly volume of stock trades, suggests there is an efficient market is because it implies significant investor interest in the company." Exhibit 3 shows the weekly volume of trading in Akorn's common stock as reported by Bloomberg, L.P., a recognized data vendor, and the last reported number of shares outstanding for each week. The volume figures in Exhibit 3 are adjusted to remove trades created by estimated market-maker participation.[11] I next calculate the mean and median percentage of shares outstanding traded in each week during the Class Period. The mean is simply the arithmetic average of the weekly percentages of trading volume for each full week in the Class Period.[12] The median is the midpoint of the weeks if arranged by the percentage of shares traded relative to shares outstanding, so

---

[10] See, e.g., *In re DVI, Inc. Securities Litigation*, 249 F.R.D. 196, 213 (E.D. Pa. 2008) ("*DVI I*"). Autocorrelation can also be measured based on the size of the price movements and not just their direction.

[11] A market maker sometimes serves as the counterparty to investor orders. For example, one investor may sell shares to the market maker at $20 and later the market maker sells those shares to another investor at $21. Both trades would be reported, but there really was only one transfer of shares between actual investors. Support for this type of adjustment is found in *Unger v. Amedisys Inc.*, 401 F.3d 316, 324 (5th Cir. 2005).

[12] Including any partial week at the beginning or end of the Class Period would have minimal effects on the results.

that half of the weeks have the same or a larger percentage and half have the same or a smaller percentage.

17. Over the Class Period, the average market-maker-adjusted weekly trading volume of Akorn's common stock is 4.73 percent of the shares outstanding and the median figure is 3.16 percent, corresponding to an average of 5,921,533 and a median of 3,962,091 shares traded weekly.  As previously noted, the *Cammer* court stated that an "average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption…"  Thus, the volume figures for Akorn's stock support a "strong presumption" in favor of market efficiency for the stock under *Cammer*.[13]

### *(2) Analyst Coverage*

18. In discussing the relevance of analyst coverage, the *Cammer* court stated on page 1286 that "[t]he existence of such analysts would imply, for example, the [auditor] reports [on the issuer] were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors." (Closing footnote omitted.)  That is, analysts seek out, review, and disseminate information about a company and make it easier for market participants to understand and react, or choose not to react, to that information, thus facilitating the process that leads to market efficiency.

19. While analysts provide coverage that is meant to inform investors about a company, different analysts provide varying levels of coverage that may have differential impacts in determining whether that coverage should be considered to be a material factor in aiding market efficiency.  For example, some analysts may provide limited analysis or merely repeat what a company has said, while others may provide informative analyses of a company's current and future expected revenues.

---

[13] Even the lowest weekly turnover figure, 1.29 percent, exceeds the level needed for a "substantial" presumption of efficiency under *Cammer*.

20. There are many ways to focus an examination on analysts that are providing at least some meaningful coverage.  One such way is to identify the number of analysts included in the Institutional Brokers' Estimate System ("I/B/E/S") consensus earnings estimate for a given company.  Exhibit 4 shows the number of analysts included in the I/B/E/S earnings estimate for the upcoming quarter for Akorn for each quarter in the Class Period.  As can be seen in the exhibit, the average and median number of analysts providing such estimates were an average of 6.5 and a median of 4.0.

21. The *Cammer* court found efficiency where the security at issue (the common stock of Coated Sales, Inc.) was the subject of "[a]t least 15 research reports … from July 1987 through June 1988," (p. 1283) a 12-month period.  Here, by contrast, there was an average of 6.5 analysts issuing one or more reports each quarter.[14]  Thus, this factor weighs in favor of a finding of market efficiency.  I note that the number of analysts providing such estimates fell from numbers in the double digits through July 2017 to approximately three for the remainder of the Class Period, as Akorn was believed to be in the process of being acquired by Fresenius.  Even these lower figures still were above those found in *Cammer*, where there was an average of just over one analyst report per month.

---

[14] If one looked at the raw number of analyst reports (without removing those that may not have provided an earnings estimate but discussed topics other than earnings), a search on the Thomson Reuters database for Akorn analyst reports yields hundreds of reports over the Class Period.  While in *Cammer*, one might have examined each of the "[a]t least 15" analyst reports in that case to judge their quality, here such a review is not necessary for the hundreds of reports given that the issuing firms included prominent investment houses including Deutsche Bank, JP Morgan, PiperJaffray, and RBC Capital Markets.  Overall, at least a dozen firms issued analyst reports on Akorn during the Class Period.  There were also twelve analysts (from twelve different firms) listed as participants in both Akorn's 3Q16 earnings call and its 4Q16 earnings call.

### *(3) Market Makers and Arbitrageurs*

22. Akorn's stock traded on the NASDAQ stock exchange, which is widely regarded as one of the most open, developed, and efficient in the world. There were 149 market makers who traded Akorn's stock on the NASDAQ stock exchange.[15]

23. Arbitrageurs are investors who attempt to profit from any possible mispricing of a security. There are two types of arbitrageurs that we can examine: those who take a "long" (or positive) position in the stock and those that take a "short" (or negative) position. While there are no data on the identities of arbitrageurs in particular securities or their holdings of those securities, one would expect many of the arbitrageurs who are active enough to move the market to be found among the largest market participants. We can therefore use information about institutional holdings, which are reported quarterly, as a proxy for arbitrageurs that take a long position. Though not all institutions are arbitrageurs, many of the major arbitrageurs who take a long position large enough to affect the price of a stock would be institutional investors, as non-institutional investors generally do not have the capital to take a long-term position of the same magnitude.

24. Over 300 institutions are known to have collectively held over 95 million shares of Akorn, or 76.1 percent of the shares outstanding as of September 30, 2016, the last calendar quarter-end before the start of the Class Period, as seen in Exhibit 5. This figure did not remain constant. As of December 31, 2017, institutions held 107 million shares, representing 85.2 percent of the shares outstanding. As of September 30, 2018, institutional holdings fell to a quarterly low of 84 million shares, or 67.2 percent of the shares outstanding, before rising to 70.7 percent for the final quarter in the Class Period. The directions of the changes in institutional holdings are not important; what is important is that there was a potential for change, with institutions buying or selling in response to factors including news about Akorn and changes in its stock price.

---

[15] Bloomberg, L.P.

25. As alluded to above, if an institution held the same number of shares throughout the Class Period, it may not be adding to market efficiency, since it would be providing neither upward pressure through buy orders nor downward pressure through sell orders. However, an examination of the data underlying Exhibit 5 shows that most institutions did change their positions, with numerous examples of a single reporting institution changing its holdings up or down by more than one million shares over the course of a single quarter. Moreover, during the Class Period, of institutions with a non-zero holding of shares at the end of a quarter, 77.7 percent reported a different holding figure at the end of the next quarter. These observations show that as a group, institutions were not passive investors, but changed their positions, a hallmark of arbitrage activity. Even among the institutions that did not change their positions, there may be some that actively evaluated news about Akorn and changes in its share price and were comfortable maintaining their prior position. The fact that on average more than seven out of ten institutions holding Akorn shares changed their position is evidence that a substantial number of large investors were following the company.

26. With regard to arbitrageurs who held a short position in Akorn shares, I obtained data on the aggregate short position, which is reported twice a month by Bloomberg, L.P., and shown in Exhibit 6. The average aggregate short position over the Class Period was 10.35 percent of Akorn's shares outstanding. The minimum monthly short position over the Class Period as a percentage of shares outstanding was 5.32 percent, while the largest was 21.29 percent, approximately four times as large. This difference is important because it allows us to infer that those who wanted to create or increase a short position were generally not prevented from doing so. If, in contrast, the aggregate short position were always approximately the same, for example always between, say, 5 and 6 percent, one would have to consider whether the shares available for shorting were always used or

close to used, thereby preventing investors who wanted to take a short position in response to new information from doing so.[16]

27. Overall, I find that both institutions and short sellers actively changed their holdings over the Class Period, an indication of their attention to the price of Akorn's shares.[17] Institutional holdings varied from 67.2 percent to 85.2 percent of shares outstanding over the quarter-ends encompassing the Class Period, with 77.7 percent of institutions with a positive holding in one quarter reporting a different amount of holdings in the next. The maximum aggregate short position was approximately four times the minimum. This supports the conclusion that investors were able to, and did, take and change positions in Akorn's stock to reflect their views, the core mechanism by which financial markets are driven to efficiency. The activity of these arbitrageurs, as well as the 149 market makers trading Akorn's stock on the NASDAQ exchange, support a finding of efficiency for Akorn's common stock.

### *(4) S-3 Registration Statement*

28. Another *Cammer* factor is the ability of an issuer to register new shares through an S-3 registration statement form rather than using a Form S-1 or S-2, both of which require more disclosure than a Form S-3. The SEC allows qualifying companies to register shares using the less burdensome S-3 based on the assumption that news about such companies is already publicly available to market participants and therefore does not need to be included in the registration statement. At the time of the *Cammer* opinion,

---

[16] To short a share of Akorn stock, the investor who wants to take the short position must, through their broker, find a share held by another investor to borrow. The investor going short delivers this share to the counterparty (the purchaser) in the short transaction and is required to later return a share to the investor from whom he or she borrowed the share. When there are not enough shares available for borrowing, investors may not be able to establish or expand their short positions, and therefore would not be able to contribute to arbitrage and market efficiency by varying the size of their short positions.

[17] Some changes in institutional holdings may be due to other factors, such as a decision to sell shares for liquidity purposes. Still, the substantial number of changes is evidence of active monitoring of Akorn by many institutions.

an issuer had to have a float (i.e., shares outstanding that are not held by insiders) with a market value of at least $150 million to use a Form S-3. That requirement was later reduced to $75 million. Exhibit 7 shows the market capitalization and float of Akorn's common stock during the Class Period. The market capitalization of Akorn's common stock exceeded $400 million throughout the Class Period, as did its float.

29. A second requirement to be able to file a Form S-3 registration statement is that the issuer be current in its SEC filings. Akorn was not delinquent in its SEC filings during the Class Period. As it satisfied the two requirements, Akorn was eligible to file a Form S-3, thereby satisfying this *Cammer* factor and supporting a finding of market efficiency.

### (5) Price Response to News

30. Whether a stock price responds to material, new, unexpected information is often considered the most direct and important of the *Cammer* factors. The *Cammer* court noted on page 1291 that "one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."

31. Accordingly, I performed statistical analyses, based on tests known as "event studies," the standard means of quantifying stock price responses to news, to examine this factor. An event study is a statistical test that first measures the movement in the price of a stock or other security by removing the influence of general market and/or industry effects. The remaining movement is then compared to a "control period" of similar market-adjusted price movements to see if it is unusual (i.e., statistically significant). If so, then one may be able to make the inference that the news was the cause of the unusual stock price movement.[18] In general, we expect that the price of a

---

[18] Event studies or similar analyses are often required in securities fraud litigation. See, for example, *In re Executive Telecard, Ltd. Securities Litigation*, 979 F. Supp. 1021, 1027 (S.D.N.Y. 1997). ("The Expert Witness' failure to conduct a thorough 'event study' would be reason enough to exclude his proposed testimony.") The event studies I
(continued)

stock will increase in response to unexpectedly positive news and fall in response to unexpectedly negative news.

32. To test the general proposition of whether a stock price responds to news, it is necessary to examine the stock price responses to two different groups of dates: those with news and those without news.[19]  That is, one conducts event studies on the different news and non-news days, and then compares the results of those two analyses.  This is the same idea behind a medical study that has a control group and a treatment group. Here, the control group (i.e., the group not receiving treatment) consists of the "non-news days" while the treatment group consists of the "news days."  Establishing two such groups is necessary because even if the market for a stock were not efficient, there would generally still be some news days that were randomly associated with stock price movements.  Selecting a few examples of such instances and claiming to have thereby found an association between news and stock price movements would be clearly incorrect.[20]

33. Another relevant consideration in this analysis is to recognize that we typically cannot use the news and price movement at the end of a class period in an analysis of market efficiency.  This is because most class periods are chosen to end with a news

---

employ here are consistent with my own published work (David Tabak and Frederick Dunbar, in *Litigation Services Handbook, The Role of the Financial Expert* (3d ed. 2001).)

[19] Ideally, one wants to define news as unexpected material new information.  Other news may be consistent with prior expectations and should not be expected to cause a change in a stock's price.

[20] For example, if such a methodology were valid, one could identify several people with blue eyes who are right-handed and then claim to have "found" an association between blue eyes and right-handedness.  One could also, under the same methodology, identify several left-handed blue-eyed people and also claim to have "found" an association between blue eyes and left-handedness.   A description of the method of analysis I use here is found in Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81, 120-21 (2004).

event corresponding with a large stock price decline. Defining our analysis period to include such a date would result in an improper bias toward finding an association between news and stock price movements.[21] Thus, I end the analysis before the price movements associated with the end of the Class Period.

34. As noted above, the test of a stock price's response to news depends on classifying days into news days and non-news days. If not performed carefully, this classification may be somewhat subjective. Thus, one generally wishes to use an objective measure of news, or at least one where any subjective decisions have been made by others who are not part of the analysis of market efficiency.[22] To remove any possible subjectivity on my part as to which "news days" were selected for examination, I performed one analysis by defining news days as days with Akorn earnings announcements. This is, of course, an overly restrictive definition of "news days," and results in comparing (1) a set of particular news days with (2) a mixed set composed of both non-news days and days that would (but for the restrictive definition) be considered news days. Because the second set of days has a mix of types of days, this will tend to make it harder for a comparison of (1) and (2) to show that Akorn's stock price responded to news.[23] I performed another analysis with broader sets of news days, in

---

[21] One would also want to exclude the first day of a class period if it were chosen because of news causing a large increase in the stock price. Here, there does not seem to be evidence that the initial day of the Class Period was chosen because of a stock price increase, but rather was chosen because of the alleged misrepresentation on that day.

[22] See, for example, *In re Countrywide Financial Corporation Securities Litigation*, 273 F.R.D. 586, 618 (C.D. Cal. 2009) ("It should be obvious, even to those without a background in statistics or econometrics, that the events for study should be selected using criteria that are as objective as possible. Further, those criteria should be determined before looking at the result to be studied (here, stock returns). Relatedly, unless the expert uses articulable objective criteria, it is difficult to evaluate the probative value of expert evidence without evaluating also the expert's own credibility.")

[23] To see this, imagine that Akorn's stock price moved by ten percent on news days and by zero on non-news days. If we had perfectly identified news days and non-news days, we would be comparing a set of days with an average price movement of ten percent to another set of days with an average price movement of zero. Because the second set of
(continued)

which I define news days as days with stories published by the *Dow Jones Newswires*.  In each case, I limited news stories to those that have references to "Akorn Inc" as a company (an option in Factiva that would, for example, also pick up references to variations on the name) in either the headline or the lead paragraph.[24]  Finally, I performed three additional tests to obtain more objective sets of news.  For the first two of these additional tests, I sorted the news days by the number of stories about Akorn on each.  I then looked at (1) the top half of this group (i.e., those days with more news stories than the bottom half) and (2) the top 10% of this group.[25]  The theory here is that the more material a news item is, the more likely it is to either be repeated or updated during the same trading day.  For my third analysis of materiality, I reviewed the stories that appeared in the *Dow Jones Newswires* and removed any that were solely reporting on Akorn's stock price movements or volume (i.e., instances where the news was responding to the stock price rather than the stock price potentially responding to news), that appeared to be duplicates of previously reported news, or were deemed to be non-material because they reported data irrelevant to the value of the Company.[26]

---

days includes some news days, we may wind up comparing a set of days with an average stock price movement of ten percent (some of the news days) to some positive figure such as five percent (if half of the second set consisted of news days).  Thus, rather than a difference of ten percentage points, the difference would be only five percentage points, making it harder to prove that there is a meaningful difference between the two figures.  One should note that under some circumstances (e.g., if non-earnings news has a very small impact on prices), then grouping those with non-news days may make the average price impact of the remaining news stories greater, which could aid in reaching a correct finding that a stock responds to earnings news.

[24] If a news story came out before 4 p.m. (i.e., before the close of trading on the New York Stock Exchange), that day was characterized as a news day.  If the story occurred after 4 pm but before midnight, then the following trading day was characterized as a news day.

[25] Because some days had the same number of news stories, the top half contains 33 news days out of the original 82 news days.

[26] News was deemed to be non-material based on a review of the news story.  For example, some stories referred to competitors and only mentioned events likely to be immaterial such as analysts reaffirming their ratings.  As there is some degree of
(continued)

35. Exhibit 8a compares (A) the percentage of news days within the Class Period that are associated with statistically significant market-adjusted stock price movements with (B) the percentage of statistically significant market-adjusted stock price movements in the control group of non-news days for Akorn's stock. The first row in Exhibit 8a was run using the definition of news days as days with Akorn earnings announcements. The second row was run with news days defined as those days with any reported news mentioning Akorn in the headline or in the lead paragraph of articles in *Dow Jones Newswires*, obtained from Factiva, a well-recognized data vendor. The third and fourth rows were run by looking at the frequency of news on each day, as described above, and the fifth row was run after reallocating 57 news days (listed in Exhibit 8d) as non-news days because they represented solely duplicate or immaterial news.

36. The market model (i.e., the statistical analysis that I employed as part of my event study to control for the effect of general market factors on Akorn's stock) used the Russell 2000 Index as a proxy for the market as a whole and the S&P Pharmaceuticals Select Industry Index as a proxy for the relevant industry, and is presented in Exhibit 8b. As set forth in Exhibit 8b, the R-squared, a measure of how well movements in the chosen index relate to movements in Akorn's stock price was 40.19%, or 0.4019, higher than the values that I have typically observed in similar analyses.[27]

37. As seen in the first row of Exhibit 8a ("Earnings Dates"), in the Class Period, when I limit the definition of news days to earnings announcements and examine the common stock, 22.2 percent of the news days are associated with a statistically significant stock price movement, while only 3.5 percent of the non-news days are

---

subjectivity in this process, this analysis should be considered in combination with the other analyses.

[27] To the extent that a different market model would provide a better explanation of Akorn's stock price movements, then my analysis has understated the results of this test of market efficiency. That is, because a better model would result in data with less noise, the differences in returns on news days and non-news days would likely be sharper and more easily identifiable through statistical analysis.

associated with a statistically significant stock price movement. Thus, statistically significant returns were approximately six times as likely to be observed on earnings-announcement days as on other days. The difference between these two percentages is statistically significant at the commonly used 5% level.[28] The standard level of statistical significance for tests in financial economics is the five-percent level, meaning that there is only a five percent chance that a result as strong as or stronger than the one observed in the data would appear if the market did not react to news. This means that we consider results to be statistically significant if they have a false-positive error rate (i.e., a finding of a reaction to news when no such reaction exists) of five percent or less.

38. One can also examine the absolute value of the excess returns, which, for the stock, averaged 5.25 in log-points (approximately 5.39% in percentage terms) for earnings release dates and 2.10 log-points (approximately 2.13%) for other dates. (See Exhibit 8c.) The differences in the distributions of returns for the two sets of dates is statistically significant, not only at the standard 5% level, but at the more stringent 1% level, providing evidence of market efficiency for the stock. Overall, when one defines news solely as earnings-announcement days, there is strong evidence in favor of efficiency.

39. In the second row of Exhibit 8a ("*Dow Jones Newswires*"), where news days are broadly defined based on headline and lead paragraph mentions in the *Dow Jones Newswires*, we see that in the Class Period, 14.6 percent of the news days are associated with a statistically significant stock price movement in the stock, while 1.9 percent of the non-news days are associated with a statistically significant price movement. The

---

[28] The test is run by comparing the proportions of the news and non-news days with statistically significant returns. A test of proportions implicitly assumes equal variances under the null hypothesis, an update in methodology that I have used in prior cases relative to that used in a publication I co-authored in 2004 (Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81 (2004).)

difference in these results is statistically significant at both the standard five-percent level and the stricter one-percent level.[29]

40. The average absolute value of Akorn's market-adjusted stock-price returns on news dates was 4.80 log-points (approximately 4.92%), while for non-news dates, the average absolute value of the returns was 1.69 log-points (approximately 1.70%). The difference in the distributions of returns for the two sets of news is statistically significant at the standard 5% level.

41. For the third through fifth rows of Exhibit 8a, I reduced the number of news days from the *"Dow Jones Newswires"* row as described above. With each successive objective adjustment to which days are material based on a count of the number of news stories, the results become stronger than those from the second row of Exhibit 8a. This supports the view that more material news stories generated larger price movements on average. The analysis based on the subjective determination of the materiality of news, shown in the fifth row of Exhibit 8a, also results in a statistically significant difference in the share of statistically significant price responses for Akorn's stock, again supporting a finding of market efficiency. Notably, all of these results are statistically significant not just at the standard five-percent level, but also at the more rigorous one-percent level. The third through fifth rows of Exhibit 8c also show evidence in favor of efficiency for Akorn's stock from the analysis of the magnitude of the market-adjusted price movements on news and non-news days. Finally, if one wished to consider a specific example, following the after-hours announcement on February 26, 2018 that Fresenius

---

[29] It is worth noting that there is no meaningful benchmark for the percent of news days that should be associated with a statistically significant return. As the definition of news days becomes looser (i.e., less likely to be material), then the expected percent of such days associated with a statistically significant return should fall. In addition, the results presented are based on the five-percent significance level. The use of a more or less stringent significance level would result in fewer or more price movements, respectively, passing the test of statistical significance. Given the variability of both the definition of news and of statistical significance, there is no reason to expect any particular percentage of news days to be associated with statistically significant returns.

was investigating alleged breaches of FDA data integrity requirements at Akorn, Akorn's stock price dropped by such a large amount that it would not only be statistically significant at the 5% and the 1% significance levels, but at the tremendously more stringent 0.00000000000000000000000000001% significance level. In other words, the market for Akorn stock was not only ready and able but clearly did respond to news related to the allegations in this case, and it would have been appropriate for market participants to have assumed that Akorn's stock price would have reflected such information had it been made public.

42. The tests of stock price response to news, the *Cammer* factor that most directly tests market efficiency, provide strong evidence that Akorn's stock price responded to material new information. All of the five tests provide evidence in favor of efficiency, with Akorn's stock price passing each by demonstrating statistically significant results. When we refine the definition of news to include stories that are likely to be material, based either on an objective count of news stories per day or based on a subjective review of the news, Akorn's stock price exhibits a more statistically significant response to news in both versions of the test. In summary, there is very strong evidence that Akorn's stock price responded to new information during the Class Period, as it demonstrated evidence of such a response with definitions of news that did not strongly address materiality and then demonstrated even stronger evidence of such a response when the news was filtered to be more likely to be material.

### (6) Trading on a Major Securities Market

43. The court in *DVI II*, citing prior case law, stated on page 634, "Securities markets like the NYSE and the NASDAQ are 'open and developed,' ... and are therefore 'well suited for application of the fraud on the market theory,'…. Accordingly, the listing of a security on a major exchange such as the NYSE or the NASDAQ weighs in favor of a finding of market efficiency." That is, major securities markets, such as the NASDAQ, have mechanisms in place to ensure conditions such as the rapid dissemination of price and volume information that allow investors to trade easily and with reliable information about recent trading. Market participants are then better able to spot any potential

deviations of the stock price from an efficient value and move to quickly eliminate any such inefficiencies. Akorn's stock traded on the NASDAQ exchange during the Class Period and therefore satisfy this criterion, supporting a finding of market efficiency.

### (7) Market Capitalization

44. A large market capitalization is another factor that courts have found to weigh in favor of finding an efficient market for common stock. As noted previously, Exhibit 7 shows Akorn's market capitalization over the Class Period. Akorn's market capitalization over the Class Period ranged from $0.4 billion to $4.2 billion, while its average market capitalization was $2.8 billion. The $2.8 billion figure exceeded the market capitalization of 61% of the members of the Russell 3000 Index which itself is composed of 3,000 of the largest stocks traded in the United States.[30]

45. The large capitalization means that there would have been opportunities for investors to make large profits if there were any apparent mispricing, thus providing an incentive for investors to carefully analyze news and information about Akorn. This conclusion supports a finding of market efficiency for Akorn's common stock.

### (8) Bid-Ask Spread

46. A narrow bid-ask spread is a potential indicator of market efficiency because the spread provides information about the cost of arbitrage, with a narrow spread meaning that those costs are lower. Market makers typically work to keep a market functioning by being continuously willing to buy at a certain price (the bid) and to sell at another price (the ask). Market makers make a profit by keeping the bid price below the ask. For example, if the bid is $20.00, the ask may be $20.50. If a market maker receives one market order to buy and one to sell, it buys at $20.00 from the seller and sells at $20.50 to the purchaser. The market maker's gross profit of $0.50 is reduced by the costs of maintaining an inventory of securities (in case there are more buyers than sellers) and the

---

[30] Members of the Russell 3000 Index determined as of November 2, 2016, the day before the start of the Class Period.

other costs of running a market-making operation.  While the market maker earns $0.50 in this transaction, an arbitrageur who thinks that a stock is undervalued would pay $0.50 on their round-trip transaction, hoping that between the purchase and sale times the stock rises by more than this amount.  Thus, the spread between the bid and ask represent the cost of arbitrage, and thus equals a degree of mispricing that arbitrageurs may not seek to exploit because doing so will be unprofitable after taking into account the arbitrageur's transaction costs.[31]

47. Exhibit 9 shows the daily bid-ask spread for Akorn's stock for each trading day in the Class Period.  The bid-ask spread averaged 0.063% of the same-day's closing price over the Class Period.  In dollar terms, the bid-ask spread typically was only $0.01 (the smallest possible amount for a security with bids and asks in levels denominated to the penny[32]) and never exceeded $0.03.  This low figure indicates that, on average, it would be profitable (in expectation) for investors to trade in Akorn stock if they felt that it was mispriced by as little as 0.1%.  This low level of the bid-ask spread supports a finding that arbitrageurs would have an incentive to trade on any perceived mispricing, and therefore would have an incentive to undertake the activities that lead to a stock trading in an efficient market, supporting a finding of market efficiency.

### *(9) Float*

48. Courts have considered the size of an issuer's float (i.e., the shares outstanding not held by insiders) as another indicator of efficiency for the issuer's common stock.  A larger float suggests greater liquidity for shares, making it easier to purchase and sell shares in the market.  Exhibit 7 shows the float in Akorn's stock, or the shares not held by insiders.   Courts have often found that a float representing a large percentage of the

---

[31] In reality, arbitrageurs may be able to trade "between the quotes" and not pay the full bid-ask spread.  However, it is still generally true that the larger the bid-ask spread, the larger are the expected costs of arbitrage activities.

[32] Akorn's closing bids and asks were always at exact cent amounts (i.e., did not contain fractions of a cent) during the Class Period.

shares outstanding is an indicator of efficiency.[33]  This would be true because investors are only able to trade shares that are in the float.  Thus, investors' ability to profit from any apparent mispricing, and their incentives to examine a company's stock price and news about the company, will be related to the number of shares that they can attempt to trade in order to make potential profits.  Over the Class Period, Akorn's float averaged 74.36% of the shares outstanding, indicating a high level of float that strongly supports a finding of efficiency.

### (10)    Autocorrelation

49. A final test of market efficiency is whether there is autocorrelation in Akorn's stock prices, or whether there is a predictable statistical pattern of positive and negative changes in those prices.[34]  For example, if a price rises on Monday, then if the market were able to predict that the stock was more likely to move in the same direction (i.e., rise) than move in the opposite direction on Tuesday, there would be evidence of positive autocorrelation.  Similarly, if the market were able to predict that the market would move in the opposite direction on Tuesday to its movement on Monday, there would be evidence of negative autocorrelation.  Evidence of autocorrelation would be an indicator counter to market efficiency and would invite the question of how severe that violation of market efficiency would be.  In particular, persistent autocorrelation beyond transaction costs would represent a potential failure of investors to exploit profit opportunities in the stock, suggesting that investors may not be properly analyzing the company's stock price movements.

50. In Exhibit 10a, I show the measure of first-degree, or one-day, autocorrelation in the stock for the Class Period.  When first-degree autocorrelation is present, then the size

---

[33] See, for example, *Krogman* 202 F.R.D. 467, p. 474.

[34] Autocorrelation, also known as serial correlation, is discussed as a test of potential market efficiency in Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.  ("More of the literature has, however, been concerned with tests of serial covariances of returns." p. 391.)

and direction of the price movement of a security on one day can be statistically estimated (though, of course, not precisely, but with some degree of uncertainty) in advance based on the size and direction of the security's price movement on the prior trading day.  As can be seen, there is no statistically significant degree of autocorrelation in the stock over the Class Period.  I note that if we look at autocorrelation by year,  we see that the results are statistically significant in 2017.[35]  That means that this is not likely to be a strong, repeated pattern that would present a reliable profit opportunity.  In addition, when we remove the price reaction following the April 7, 2017 announcement of the potential acquisition of Akorn by Fresenius, the degree of autocorrelation in 2017 is no longer statistically significantly positive, but actually becomes negative, a strong indication that this single statistically significant result is being driven by just one announcement.[36]

    51. A second way to examine autocorrelation is by means of what is called a "runs test."[37]  To see how such a test works, imagine flipping a coin N times.  We would expect

---

[35] While there is statistically significant positive autocorrelation at the 5% level when looking solely at the portion of the Class Period in 2017, this does not persist at a statistically significant level in 2018 and becomes a negative autocorrelation during the limited portion of the Class Period in 2019.

[36] A single large price movement can cause apparent autocorrelation.  For example, suppose that the announcement resulted in a price increase, as an announcement of a merger often does.  If the price movement on the day before the announcement was also an increase, then there is apparent evidence of positive autocorrelation, because the prior price increase "predicted" a large additional price increase.  In contrast, if the price movement on the day before the announcement was a price decrease, then there is apparent evidence of negative autocorrelation, because that price decrease "predicted" a large price increase.  Thus, unless the price movement the day before a very large price movement was zero, the large price movement will tend to push the statistical results toward finding autocorrelation.

[37] See, for example, footnote 15 of Prof. Fama's 1970 paper.  ("For the daily price changes, the actual number of runs of price changes of the same sign is less than the expected number for 26 out of 30 stocks.  Moreover, of the eight stocks for which the actual number of runs is more than two standard errors less than the expected number [i.e., is statistically significant at the five-percent level], five of the same stocks have
(continued)

that if the coin were unbiased it would sometimes come up heads and sometimes tails; sometimes there may be a single head followed by tails, and sometimes there may be a string of heads in a row. Suppose first that in running this experiment the coin switched back and forth between heads and tails on every flip. Then the number of runs in the N flips would also be N, as every single flip would start a new run of heads or tails. This would be a form of negative autocorrelation because a result in one direction would indicate that we should expect the next result to be in the other direction. Now suppose instead that the first N/2 flips were heads and the second N/2 flips were tails. In this case, we have only two runs, one of heads and one of tails. This would be a form of positive autocorrelation, because with one exception right in the middle, one could always predict a flip of the coin by assuming that it would be the same as the last flip. Probability theory allows us to show that a fair coin would have approximately N/2 runs. Probability theory also lets us determine how many runs represent a statistically significant deviation from this expected number of runs.

52. This theory has been applied to stock price movements by examining the number of runs of increases or decreases in the stock price during some time period.[38] If the number of runs is sufficiently small, there is evidence of positive autocorrelation while if the number of runs is sufficiently large, there is evidence of negative autocorrelation. The number of runs needed to result in a statistically significant deviation from the results of an unpredictable outcome can be determined by the use of probability and statistical theory. One of the benefits of a runs test is that a single event will not have an outsized effect on the results.

_____

positive daily, first order serial correlations in Table 1 that are more than twice their standard errors [i.e., are statistically significant at the five-percent level]. But in both cases the statistical 'significance' of the results is largely a reflection of the large sample sizes.")

[38] The analysis is actually run comparing the number of runs of returns, or percentage price changes, above and below the median. Because stock prices tend to have a median return of around zero, for present purposes one can imagine looking at runs of positive and negative returns.

53. The results of the runs test similarly point very strongly toward a lack of autocorrelation, which weighs in favor of a finding of efficiency. As shown in Exhibit 10b, there is no statistically significant autocorrelation over the Class Period. There is also no statistically significant autocorrelation at the 5% level in any year (or portion of a year) within the Class Period. Moreover, the number of runs over the entire Class Period is less than half of the number of trading days, which is also true in 2018, but not in the other years (or portions of years). The different results in the subperiods within the Class Period (none of which reach statistical significance) also indicate a lack of any sustained form of autocorrelation.

54. Thus, using two types of tests of autocorrelation (i.e., runs tests and tests based on magnitudes of stock price returns), the results point toward an efficient market.

### (11) Summary

55. The above analyses indicate that Akorn's common stock traded in an efficient market. The market for Akorn's common stock shows clear evidence of efficiency under all five *Cammer* tests. It also does extremely well on the *Krogman* tests. Adding my tests for autocorrelation, I find additional evidence supportive of a finding of market efficiency. Viewed as a whole, the evidence strongly supports a finding of market efficiency for Akorn's common stock during the Class Period.

## VI. DAMAGES FOR INVESTORS IN AKORN'S COMMON STOCK CAN BE CALCULATED THROUGH A COMMON METHODOLOGY

56. While I have not yet been asked to determine the level of inflation in Akorn's common stock, I have been asked to provide an opinion on whether such an analysis can be performed on a Class-wide basis. As discussed below, the answer is unambiguously that such a common methodology is possible in this matter.

57. In the most common type of fraud-on-the-market securities-fraud cases, including this action, the damages analysis begins with an allegation that members of the class have overpaid because the market price of the security they purchased was

artificially inflated. Thus, the proper form of analysis depends not on what an individual investor believed, but on the degree, if any, by which the market price of the security in question was inflated.[39] As all investors face the same market price, the proper analysis of damages will be the same across all investors in any given security.

58. The starting point for calculating damages for an investor who both buys and sells during the class period is determined by the amount of artificial inflation in a security at the time of their purchase less the inflation in that security when sold. If an investor holds their purchase past the end of the class period, then the starting point for damages is the amount of inflation at the time of purchase. Further adjustments may be necessary if the amount of inflation declines for reasons other than a corrective disclosure (e.g., if inflation changes due to market, industry, or company-specific reasons unrelated to the allegations) in order to obtain what is known as the "out-of-pocket" measure of damages. In addition, the 1995 Private Securities Litigation Reform Act provides a limitation on damages.[40] Notably, all of the above calculations are performed on a class-wide basis.

59. The inflation calculation referenced above is begun with an event study, or the analysis of the change in the market prices of Akorn's common stock, accounting for changes in market and/or industry effects, on the dates of (or the trading dates following) the corrective disclosures alleged in this case (i.e., February 26, 2018; April 22, 2018; October 1, 2018; and January 9, 2019). These calculations show the effect of the four corrective disclosure announcements.

---

[39] Certain investors, such as defendants, may be excluded from a class based on their knowledge or beliefs, as the fraud-on-the-market theory applies to an investor who "buys or sells stock at the price set by the market[.]" (*Basic Inc. v. Levinson*, 485 U.S. 224, 247, 108 S. Ct. 978, 99 L. Ed. 2d 194 (1988).)

[40] For shares held beyond the disclosure that corrects the misrepresentation(s) that is (are) the basis for the action, damages are limited to the purchase price less (1) the 90-day average closing price following that disclosure if the shares are held through this 90-day period or (2) the average closing price through the time of sale if the shares are sold within the 90-day period.

60.     In this case, the disclosures potentially inform the market of two things: (1) the data-integrity fraud at Akorn and (2) an update to the probability that the merger with Fresenius will not be completed. Given Fresenius' reaction to its discovery of the fraud at Akorn, one potential but-for world (i.e., the world if the truth about the data-integrity fraud at Akorn had been known) is that there would have been no merger announcement between Akorn and Fresenius, and Akorn would have traded at its "stand-alone" value accounting for the data-integrity fraud at the company. Thus, if discovery supports the view that but for the fraud, the Fresenius transaction would not have been announced in the first place, the true value of Akorn's stock price would be its stand-alone value accounting for the data-integrity fraud. The true value of Akorn's stock before accounting for the data-integrity fraud before the April 7, 2017 news of the potential merger with Fresenius is just Akorn's publicly available stock price. After the news of the potential merger, Akorn's stock price traded close to the $34 merger price rather than on its stand-alone value. Fortunately, analysts pointed out that Akorn's stand-alone value could be based on its EBITDA (though this is not necessarily the only possible valuation formula).[41] This allows for the calculation of that stand-alone value before accounting for the data-integrity fraud.

---

[41] See, for example, (1) "Cutting EBITDA; take-out valuation hard to justify, risk to $34 deal price?", *RBC Capital Markets*, August 17, 2017 ("We think the standalone valuation for AKRX would be materially lower and closer to $10 per share absent a deal on an EV/EBITDA valuation just over 8x." Emphasis removed.); (2) "Latest Thoughts On Fair Value, As A Stand-Alone; Reiterating Neutral," *PiperJaffray*, August 28, 2017 ("A 2017 EV/2017 EBITDA of 12x for AKRX would point to a value per share of $28."); (3) "Where would a standalone AKRX trade?", *Deutsche Bank*, February 21, 2018 ("Assuming EBITDA multiples of 9-13x for the standalone company yields theoretical stock prices of $9-15 based on AKRX's 3Q17 EBITDA annualized and $11-17 based on our 2018E EBITDA."); (4) "Latest Thoughts On Stand-Alone Fair Value; Reiterating Neutral," *PiperJaffray*, March 6, 2018 ("[W]e believe that a fair value for AKRX as a stand-alone entity of $16 to $18 per share, reflecting an implied EV/2018E EBITDA of 11x-12x, is appropriate."); and (5) "FRE 'terminates' deal, AKRX to 'vigorously' defend; stock now linked to litigation," *RBC Capital Markets*, April 22, 2018 ("Leaving [any impairment from alleged data integrity issues] aside, ~10x 2018E Street EBITDA would imply a ~$9 stock[.]") In fact, *RBC Capital Markets* had reports on numerous
(continued)

61.     Alternatively, discovery may show that but for the fraud, the merger would have been announced at a lower price.  In that case, during the period after the announcement of the merger and before the merger failed, inflation would be based on the difference between the actually announced $34 per share and the but-for price that would have been announced.  To the extent that the actual market price was not $34 per share, an adjustment could be made to this difference as well.[42]  More generally, by incorporating the two effects (i.e., the likelihood of the merger and the effect of the data-integrity issues on Akorn's stand-alone value), the methodology is adaptable to different factual scenarios that may become apparent based on further discovery in this matter.

62.     The effects of the data-integrity fraud can be calculated in (at least) three ways.  First, one can determine the excess price decline in Akorn's true value as a result of the corrective disclosures relative to the drop that would have occurred had the merger not occurred and Akorn had traded at its stand-alone value absent any data-integrity fraud.  For example, if Akorn traded at $15 per share above its stand-alone value absent fraud, then that $15 per share can be attributed to the data-integrity fraud.  Second, at least two analysts provided a contemporaneous market estimate of the "value" of the data-integrity fraud on Akorn of $4 per share based on what was known at certain points in time.[43]  Third, analyses similar to those employed in litigation in Delaware regarding

---

dates (April 25, 2017; August 17, 2017; November 2, 2017; February 13, 2018; February 26, 2018; March 1, 2018; March 29, 2018; April 22, 2018; April 27, 2018; and May 2, 2018) that provided a calculation of Akorn's stand-alone value.  Beginning on March 1, 2018, all of these also included an additional calculation of Akorn's stand-alone valuation after accounting for the data-integrity fraud.

[42] For example, if the stock traded at a price that was 99% of the way between the stand-alone price and $34, it may be reasonable to assume that in this but-for world, the stock would have traded at a price that was 99% of the way between the stand-alone price and the but-for merger price.

[43] (1) "FRE 'terminates' deal, AKRX to 'vigorously' defend; stock now linked to litigation," *RBC Capital Markets*, April 22, 2018.  See p. 2, estimating that if the deal breaks, the price for Akorn would be "stock at $9 on no lingering concerns … stock at $5 on lingering data integrity concerns[.]"  (2) "Revisiting Forecasts and Hosting Call with (continued)

this proposed Fresenius-Akorn merger may be employed to estimate the effects of the data-integrity issues and Akorn's stand-alone value.[44] While further analysis and discovery will help determine which approach is more relevant, at a minimum, there is a reliable basis for estimating the artificial inflation that the alleged fraud caused to be added to Akorn's stock price.

63.     The inflation in Akorn's stock price before the April 7, 2017 news of the potential Fresenius merger would equal the value of the data-integrity fraud. This represents the difference between the stand-alone values of Akorn as perceived by the market and as would have been perceived but for the alleged misrepresentations regarding data integrity. Both before and after April 7, 2017, the difference between what investors lost from their purchase of Akorn shares due to the fraud is calculated similarly, as described above, by calculating what is known as the "out-of-pocket" loss, which is assessed by examining the amount of the overpayment due to the alleged fraud that was lost due to a later revelation of the truth regarding that fraud.

64.     While further discovery should aid in some of the exact parameterizations of the damages calculations, a method for determining inflation at any date, and thus damages for any Class member, will be feasible. While there may be questions about how to calculate inflation, those questions will affect all members of the Class who purchased Akorn's common stock and will be resolved by common class-wide proof.

---

Regulatory Expert," *Susquehanna Financial Group*, March 15, 2018. See p.3 with "Standalone Unaffected ($10/share)" and "Standalone Impaired ($6/share)" valuations.

[44] See *Akorn, Inc. v. Fresenius Kabi AG*, CA No. 2018-0300-JTL (Del. Ch. Oct. 1, 2018). The court found that as of April 2017, "the financial impact of Akorn's data integrity issues … lies in the vicinity of the midpoint of the parties' competing submissions, at approximately $900 million. This rough estimate is also close to the $800 million that Gokhale calculated for a two-year delay, particularly when one adds to Gokhale's estimate amount for out-of-pocket remediation costs." (p. 184.) See also fn 736. ("Gokhale also opined as to the effect of comparable delays on Akorn's value in April 2018, when Fresenius terminated the Merger. In that analysis, the lost value from the deferred cash flows is higher and the standalone value of Akorn is lower, so the percentage decline is materially larger.")

Consequently, the inflation in Akorn's stock will be determined in a common manner for all Class members. The resultant figures will then be applied to each Class member's transactions in a mechanical fashion to determine the appropriate claim for each member of the Class.

I reserve the right to modify or extend my opinion in light of any new information, including submissions by any experts for Defendants, that becomes available to me.

David I. Tabak
June 28, 2019



ECONOMIC CONSULTING

**David I. Tabak**
Managing Director

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 3000 Fax +1 212 345 4650
Direct dial: +1 212 345 2176
david.tabak@nera.com
www.nera.com

# EXHIBIT 1
# DAVID I. TABAK
## MANAGING DIRECTOR

Dr. Tabak earned his Ph.D. and M.A. degrees in Economics from Harvard University and his B.S. in Economics and B.S. in Physics from the Massachusetts Institute of Technology. While at Harvard, Dr. Tabak participated in teaching courses in micro- and macroeconomics and American economic policy at the undergraduate and graduate levels and in the creation of an undergraduate textbook and accompanying software package.

Dr. Tabak has appeared as an expert in state, federal, Delaware Chancery, and bankruptcy courts, and before arbitration panels, including the National Association of Securities Dealers, the American Arbitration Association, the International Dispute Resolution Centre, and the International Chamber of Commerce International Court of Arbitration. He has published in his areas of expertise in forums such as *St. John's Law Review* and *Shannon Pratt's Business Valuation Update*, and has published peer-reviewed articles in *Litigation Economics Review* and the *Journal of Forensic Economics*. Dr. Tabak is also the author of book chapters and has served as a member of *BV Q&A Update's* expert author panel and as a referee for peer-reviewed journals. His publications have covered topics such as commercial disputes, economic analysis of market efficiency, valuation discounts for lack of marketability, and the application of statistics in litigation analyses. Dr. Tabak has been an invited presenter at the Securities and Exchange Commission and has spoken at forums that provide continuing legal education credits or continuing professional education credits for accountants and valuation professionals.

Dr. Tabak has been retained as an expert to address issues including allegations of valuations, contract disputes, commercial damages, and disputes between brokers and customers. His non-litigation work has included developing a risk-scoring model for a reinsurance company, assisting financial institutions in new product development, analysis of potential insider trading for a financial institution, and interpretation of statistical analyses of treatment effectiveness for a program for at-risk youth.

David I. Tabak

## Education

**Harvard University**
Ph.D., Economics, 1996
M.A., Economics, 1992

**Massachusetts Institute of Technology**
B.S., Economics, 1990
B.S., Physics, 1990

## Professional Experience

**NERA Economic Consulting**

2005- *Managing Director (f/k/a Senior Vice President)*
Provide written and oral testimony. Conduct and supervise economic analyses, with a focus on securities litigation and valuation cases.

2001-2005 *Vice President*
1998-2001 *Senior Consultant*
1996-1998 *Senior Analyst*

**Harvard University**

1991-1996 *Teaching Fellow in Economics*
Participated in teaching various courses from introductory principles of economics to graduate macroeconomics. Ran coursewide tutorial program for the largest class at Harvard for two academic years, with a staff of over fifty part-time employees.

**Worth Publishers**

1991, 1993 *Research Assistant/Independent Contractor*
Worked on data collection, software analysis, and creation of a problem bank for an educational economics software package.

**National Bureau of Economic Research**

1991 *Research Assistant*
Performed data collection and econometric analysis for a project on comparisons of international growth rates.

## Honors and Professional Activities

Member, American Economic Association, 1993-present

Referee, *Journal of Forensic Economics*, 2005, 2006, 2008, 2009, 2011, 2012, 2015

David I. Tabak

Referee, *Litigation Economics Review*, 2002, 2003, 2004

William M. Mercer Securities Corporation, Registered Representative, Series 7 and 63, 2000 - 2002

Marsh & McLennan Securities Corporation, Registered Representative, Series 7 and 63, 1998 - 2000

Adjunct Member, Committee on International Trade, Association of the Bar of the City of New York, 1998 – 2001

Harvard University Scholarship, 1990-1992

Derek Bok Teaching Award, 1993, 1994, 1995, and 1996

Allyn Young Teaching Award, 1996

David I. Tabak

## Expert Reports and Testimony

Expert Report of David I.Tabak before the United States District Court for the Northern District of Georgia in *In re HD Supply Holdings, Inc. Securities Litigation*, June 17, 2019.

Expert Affidavit of David I. Tabak before the United States District Court for the Northern District of Illinois in *George Hedick Jr. v. The Kraft Heinz Company, et al.* and in *Iron Workers District Council (Philadelphia and vicinity) Retirement and Pension Plan v. The Kraft Heinz Company, et al.*, May 15, 2019.

Rebuttal Expert Report of David I. Tabak before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, April 8, 2019.

Deposition before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 29, 2019.

Deposition before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, March 27, 2019.

Deposition before the United States District Court for the District of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al.*, March 20, 2019.

Expert Report of David I. Tabak before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, March 8, 2019.

Rebuttal Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 7, 2019.

Expert Declaration of David I. Tabak before the United States District Court for the District of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al.*, February 25, 2019.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, February 11, 2019.

Testimony before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., June 12, 2018.

Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., June 4-5, 2018.

Deposition testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., May 14, 2018.

Deposition testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, April 6, 2018.

Deposition testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., March 23, 2018.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 9, 2018.

Expert Report of David I. Tabak, Ph.D. before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., February 21, 2018.

Expert Report of David I. Tabak, Ph.D. before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., February 16, 2018.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, November 17, 2017.

Deposition testimony before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, October 26, 2017.

Report of David I. Tabak, PhD in *Babscay Pty Ltd v. Slater & Gordon Limited*, Federal Court Proceeding VID 659 / 2017, Australia, October 26, 2017.

Deposition testimony before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 28, 2017.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 20, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, September 14, 2017.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, August 24, 2017.

Supplement to Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 9, 2017.

Deposition Testimony before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 1, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., June 15, 2017.

Sur-Reply Expert report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., May 31, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., May 26, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., May 8, 2017.

Deposition Testimony before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., April 21, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., April 13, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., March 23, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., March 16, 2017.

Supplement to Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, February 21, 2017.

Deposition Testimony before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, February 8, 2017.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, January 17, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, December 12, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., December 9, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, December 8, 2016.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, November 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, October 7, 2016.

David I. Tabak

Rebuttal Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, May 6, 2016.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, February 11, 2016.

Deposition Testimony before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 9, 2016.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, January 29, 2016.

Expert Report of David Tabak, Ph.D. before the Securities and Exchange Commission in *In the Matter of Arthur F. Jacob, CPA and Innovative Business Solutions, LLC,* January 29, 2016.

Deposition Testimony before the United States District Court for the Eastern District of New York in *In re Symbol Technologies, Inc. Securities Litigation*, January 28, 2016.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, December 23, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Symbol Technologies, Inc. Securities Litigation*, December 11, 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, December 2, 2015.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, November 16, 2015.

Expert Report of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, November 12, 2015.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, September 2, 2015.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, July 20, 2015.

Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 15, 2015.

David I. Tabak

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 1, 2015.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 30, 2015.

Declaration of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *George Byrun et al. v. Salix Pharmaceuticals et al.*, 30 January 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, January 13, 2015.

Expert Report of David Tabak before the Securities and Exchange Commission in the matter of *Airtouch Communications, Inc., Hideyuki Kanakubo, and Jerome Kaiser, CPA*, December 16, 2014.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Puda Coal Securities et al. Litigation*, November 13, 2014.

Deposition Testimony before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, July 2, 2014.

Testimony before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 16, 2014.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, June 11, 2014.

Supplemental Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 3, 2014.

Deposition before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 31, 2014.

Cross Examination in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation et al. before the Ontario Superior Court of Justice (Commercial List), March 19, 2014.

Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. *against AriZona Beverages USA LLC et al.*, March 11, 2014.

Report of David I. Tabak in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation *et al.* before the Ontario Superior Court of Justice (Commercial List), February 28, 2014.

David I. Tabak

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2013.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, September 4, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2013.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, June 27, 2013.

Deposition Testimony before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, May 10, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, April 11, 2013.

Declaration of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, March 21, 2013.

Reply Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2012.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, November 6, 2012.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2012.

Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, May 3, 2012.

Written Direct Testimony of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, April 17, 2012.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, April 10, 2012.

Rebuttal Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, January 30, 2012.

David I. Tabak

Expert Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, December 5, 2011.   (Affidavits testifying to the report executed on December 9, 2011 and December 20, 2011.)

Deposition Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, August 1, 2011.

Expert Report of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, July 8, 2011.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, February 3, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, January 11, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Securities and Exchange Commission v. Alfred S. Teo, et al.*, November 4, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 29, 2010.

Deposition Testimony before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 7, 2010.

Expert Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, September 16, 2010.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, August 30, 2010.

Rebuttal Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke,* et al. *vs. Novatel Wireless,* et al., April 25, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke,* et al. *vs. Novatel Wireless,* et al., March 12, 2010.

Testimony before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., November 6, 2009.

Expert Rebuttal Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., October 19, 2009.

David I. Tabak

Expert Report of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, September 17, 2009.

Expert Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., September 10, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, July 16, 2009.

Declaration of David Tabak before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, July 13, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, June 26, 2009.

Deposition Testimony before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, June 16, 2009.

Declaration and Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, May 29, 2009.

Deposition Testimony before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, May 6, 2009.

Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, April 15, 2009.

Deposition Testimony before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, February 17, 2009.

Declaration of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, January 5, 2009.

Expert Report of David Tabak, Ph.D., before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, December 15, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, November 7, 2008.

Deposition Testimony before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* October 31, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* September 23, 2008.

Cross-Examination before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, June 23, 2008.

Surrebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, January 11, 2008.

Affidavit of David I. Tabak before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, December 19, 2007.

Rebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 19, 2007.

Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 3, 2007.

Deposition Testimony before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund, et al. vs. The Coca-Cola Company*, August 23, 2007.

Deposition Testimony before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, June 13, 2007.

Expert Report of David Tabak before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund,* et al. *vs. The Coca-Cola Company*, May 30, 2007.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, April 27, 2007.

Expert Report of David Tabak before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, April 4, 2007. (Amended report, June 25, 2007.)

Rebuttal Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, January 18, 2007.

Expert Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, December 18, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, November 9, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 13, 2006.

Affidavit of David I. Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, October 11, 2006.

David I. Tabak

Rebuttal Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 4, 2006.

Expert Report before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, October 4, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, September 15, 2006.

Expert Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, August 25, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, July 20, 2006.

Deposition Testimony before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, May 25, 2006.

Affidavit before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, April 14, 2006.

Deposition Testimony before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 24, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, March 17, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 9, 2006.

Expert Report of David Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, February 13, 2006.

Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, February 1, 2006.

Rebuttal Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 30, 2005.

Deposition Testimony before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 9, 2005.

Expert Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, October 3, 2005.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Pennsylvania in *Sean Fitzpatrick v. Michael Queen, Thomas McGreal, Joseph W. Luter, IV, Michael H. Cole, Smithfield Foods, Inc., Showcase Foods, Inc., and Pennexx Foods, Inc.*, March 25, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 24, 2005.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 18, 2005.

Affidavit of David Tabak, Ph.D. and Stephanie Plancich, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Doug Sutton and Prescott Nottingham v. Robert F. Bernard, Robert T. Clarkson, and Bert B. Young*, January 11, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, January 5, 2005.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Phoenician Trading Partners, L.P. v. Blue Water Fund Ltd., et al.*, January 3, 2005.

Affidavit of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, December 14, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, December 10, 2004.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, October 4, 2004.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, September 22, 2004.

Deposition Testimony before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, September 9, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, August 20, 2004.

Further Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, July 30, 2004.

David I. Tabak

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, June 30, 2004.

Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 7, 2004.

Deposition Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 2, 2004.

Expert Report of David Tabak before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, March 31, 2004.

Statement of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *United States of America v. Morris Weissman*, February 10, 2004.

Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, December 17, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of Ohio Eastern District (at Columbus) in *Barry F. Bovee, et al. v. Coopers & Lybrand, et al.*, December 16, 2003.

Deposition Testimony before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation* and in *In Re Safety-Kleen Rollins Shareholders Litigation*, October 23, 2003.

Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, October 1, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation*, August 28, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Rollins Shareholders Litigation*, August 28, 2003.

Testimony before the NASD in *Ralph Rubenstein, JANT Foundation, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,* June 19, 2003.

Affidavit of David Tabak, Ph.D. and Ramzi Zein, Ph.D. in Support of Norwegian Cruise Line's Opposition to Proposed Rule before the Federal Maritime Commission, May 30, 2003.

Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, March 11 and 12, 2003.

Declaration of David I. Tabak in Support of Defendant's Motion in Opposition to Appointment of Additional Lead Plaintiffs and Class Certification before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, June 21, 2002.

David I. Tabak

Affidavit before the United States District Court for the District of Rhode Island in *George Kinney et al. v. Metro Global Media, Inc., et al.* May 15, 2002.

Testimony before the American Arbitration Association in *Beth Kaplan v. Rite Aid Corporation; Rite Aid Corporation v. Beth Kaplan and Bruce Sholk*, May 2-3, 2002.

Expert Report of David I. Tabak before the United States District Court for the District of Idaho in *Pippin v. ICF Kaiser International, et. Al, Wood v. Edwards et al.*, February 11, 2002.

Deposition Testimony before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, February 7, 2002.

Deposition Testimony before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Securities, Inc. Litigation*, January 17, 2002.

Affidavit before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, January 10, 2002.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Inc. Securities Litigation*, December 28, 2001.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Castle Creek Technology Partners LLC against Cellpoint Inc.*, December 13, 2001.

Deposition Testimony before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, October 11, 2001.

Deposition Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, September 6, 2001.

Testimony before the United States District Court for the Eastern District of New York in *United States of America against Harry Shuster*, July 30, 2001.

Declaration before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, July 23, 2001.

Testimony before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, May 29, 2001.

Opinion Letter before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, May 24, 2001.

Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, May 22, 2001.

Testimony before the Supreme Court of the State of New York, County of New York in *Robert Klein against 5B Technologies Corporation f/k/a Paramount Financial Corporation and Deltaforce Personnel Services, Inc.*, May 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, April 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Central District of California in *In Re Imperial Credit Industries, Inc. Securities Litigation*, April 5, 2001.

Affidavit before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, February 8, 2001.

Deposition Testimony before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 19, 2001.

Expert Report of David I. Tabak before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 11, 2001.

Supplemental Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, September 13, 2000.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Martin R. Lautman v. The Loewen Group Inc., et al.*, September 6, 2000.

Supplemental Affidavit of David I. Tabak before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 25, 2000.

Affidavit of David I. Tabak and Christoph Muelbert before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 23, 2000.

Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, April 28, 2000.

Testimony before the American Arbitration Association in *Roderick Covlin against C.S. Block New York, LLC, Dr. Sharaif Amanat, Omar Amanat*, March 30, 2000.

Expert Report of David I. Tabak before the National Association of Securities Dealers Office of Dispute Resolution in *Brooks, Houghton & Company, Inc. Private Corporate Advisors, Inc., and Brooks, Houghton Securities, Inc. against BIG Entertainment, Inc.*, March 17, 2000.

Declaration of David I. Tabak before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* February 21, 2000.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *The Klass Report LLC and Christopher M. Klass against Telemation, Inc.*, December 15, 1999.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* November 26, 1999.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *A.R. DiGima, Inc. vs. A.G. Edwards & Sons, Inc. and Eugene Damico*, November 5, 1999.

Deposition Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, October 22, 1999.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, September 16, 1999.

Expert Report of Frederick C. Dunbar and David I. Tabak before the United States District Court for the Northern District of Alabama, Southern Division in *MedPartners, Inc. v. Dun & Bradstreet, Inc*, July 28, 1999.

Testimony before the International Chamber of Commerce International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, April 13, 1998.

Expert Witness Statement of David I. Tabak before the International Chamber of Commerce, International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, March 13, 1998.

David I. Tabak

## Publications

"Testing Securities Market Efficiency With Cammer Factors," *Law360.com*, February 5, 2019.

"Securities Class Actions Appear to Be Largely 'Price-Maintenance' and Omissions Cases," *NERA Working Paper*, April 10, 2017.

"Further Insight into 'What Should We Expect When Testing for Price Response to News in Securities Litigation?'," *Oxford Business Law Blog*, September 27, 2016.

"Gauging Share-Price Response to News in Securities Litigation," *The CLS Blue Sky Blog, Columbia Law School's Blog on Corporations and the Capital Markets*, September 8, 2016.

"What Should We Expect When Testing for Price Response to News in Securities Litigation?" *NERA Working Paper*, August 11, 2016.

"Should Solvency Tests Give the Same Answer?" *NERA Working Paper*, July 28, 2015

"Implications for Market Efficiency and Damages Analysis of Plaintiff Interpretations of *Halliburton II's* Statement that 'market efficiency is a matter of degree,'" *Loyola University Chicago Law Journal*, Spring 2015.

"The Solvency Two-Step," Guest Post on the Weil Bankruptcy Blog. March 2013.

"Do Courts Count *Cammer* Factors?" NERA Working Paper, republished in the Harvard Law School Forum on Corporate Governance and Financial Regulation. Also published in modified form as "Counting Cammer Factors – A Review of Case Law" at Law360.com, August 2012.

"Settlement reasonableness from negotiations to coverage disputes," *Litigation and Dispute Resolution 2012 Global Reference* Guide. A prior version of this was published as a NERA Working Paper, February 2012.

"Guesstimating Loss for Sentencing," published in Law360.com, February 2012. (Originally published with the title "Estimating Loss For Sentencing Purposes." Retitled by Law360.com after initial publication on its website.)

"Economic Analysis of Loss in the United States Sentencing Commission's Proposed Methodologies," NERA Working Paper, February 2012.

"Guideline Companies in Valuation: A Careful View of the Market Approach," *Journal of Business Valuation*, 2011 Volume 1. (A previous version appeared as a NERA working paper entitled "Guideline Companies in Valuation: The Economist's View of the Market Approach" in October 2008.)

"The Matrixx of Materiality and Statistical Significance in Securities Fraud Cases," (co-authored with Frederick Lee of Boies, Schiller & Flexner) NERA Working Paper, December 2010.

"Materiality and Statistical Significance Explained" (co-authored with Frederick Lee of Boies, Schiller & Flexner), published in Law360.com, December 2010.

David I. Tabak

"Satisfying Fiduciary Duty Under ERISA," *Employment Law Strategist*, June 2010.

"Use and Misuse of Event Studies to Examine Market Efficiency," NERA Working Paper, April 2010. (A previous version appeared in September 2009, and a condensed version appeared as a Guest Column, "On the Misuse of Event Studies to Examine Market Efficiency," in May 2010 on www.securitiesdocket.com.)

"Comment: 'A Closer Look at Correction for False Discovery Bias When Making Multiple Comparisons," *Journal of Forensic Economics*, December 2009.

Book Review of *Business Valuation: In Integrated Theory (Second Edition)* in *Valuation Strategies,* November/December 2008.

Guest Author/Respondent, *BVUpdate*, published by Business Valuation Resources, LLC, *Special Report:* What Will the Wall Street Meltdown Mean to the BV Profession? (with Raymund Wong), November 2008.

"Inflation and Damages in a Post-*Dura* World," NERA Working Paper, September 2007.

"Multiple Comparisons and the Known or Potential Error Rate," *Journal of Forensic Economics,"* Volume XIX, Number 2, published March 2007.

"Making Assessments About Materiality Less Subjective Through The Use of Content Analysis," NERA Working Paper, March 2007.

"Risk Disclosures and Damages Measurement in Securities Fraud Cases," published in the *Securities Reform Act Litigation Reporter*, April 2006. (Previously published as a NERA Working Paper.)

Guest Author/Respondent, *BV Q&A Update*, published by Business Valuation Resources, LLC., January, March, June, and July 2004; February, May, August, and September 2005.

"Loss Causation and Damages in Shareholder Class Actions: When it Takes Two Steps to Tango," in *Securities Litigation & Enforcement Institute 2004,* published by the Practising Law Institute. (Previously published as a NERA Working Paper.)

"The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-On-The-Market Cases" (with Paul A. Ferrillo and Frederick C. Dunbar), *St. John's Law Review,* Winter 2004. (Previously published as a working paper by NERA and Weil, Gotshal & Manges, LLP.)

"Determination of the Appropriate Event Window Length in Individual Stock Event Studies" (with Dmitry Krivin, Robert Patton, and Erica Rose), NERA Working Paper, November 4, 2003.

"Inflation Methodologies in Securities Fraud Cases: Theory and Practice" (with Chudozie Okongwu), published in *Securities Litigation & Enforcement Institute 2003,* by the Practising Law Institute. (Previously published as a NERA Working Paper.)

David I. Tabak

"Hedging and the Estimation of Marketability Discounts," in *Shannon Pratt's Business Valuation Update*, published by Business Valuation Resources, LLC, August 2003. (Also reprinted in *BVR's Guide to Discounts for Lack of Marketability*, 2007.)

 "Shareholders' Suit against Corporation," in *Litigation Support Report Writing: Accounting, Finance, and Economic Issues*, edited by Jack P. Friedman and Roman L. Weil, published by John Wiley & Sons, Inc., 2003.

"A CAPM-Based Approach to Calculating Illiquidity Discounts," NERA Working Paper, November 2002.

"A Proposed Methodology to Measure Damages for Option Traders Alleging Securities Fraud" (with Svetlana Starykh and Marc Shotland), *Litigation Economics Review*, Vol. 5, No. 2, Winter 2001 (printed July 2002).

"Intraday Trading Rates in Shareholder Class Actions," *NERA Securities and Finance Insights*, June 2002.

"Materiality and Magnitude: Event Studies in the Courtroom" (with Frederick C. Dunbar), *Litigation Services Handbook: The Role of the Financial Expert, Third Edition, 2001*, edited by Roman L. Weil, Michael J. Wagner and Peter B. Frank, published by John Wiley & Sons, Inc. (Previous versions appeared in the 2000 Supplement to the *Litigation Services Handbook* and as a NERA Working Paper.)

"Are Investors Signalling You About Your Y2K Risk?" (with Vinita M. Juneja and Denise N. Martin), *Y2K Marketwatch*, December 1999.

"What Does the Market Think About Your Y2K Exposure?" (with Vinita M. Juneja and Denise N. Martin), *Viewpoint*, Issue No. 2, November 1999.

"Economic Analysis and Identification of Class Conflicts in Securities Fraud Litigation," NERA Working Paper, June 1998.

David I. Tabak

## Selected Presentations

Panelist, "Emerging Issues in Securities Class Actions," Duke Law Center for Judicial Studies, New York, NY, July 20, 2017.

Panelist, "Keeping Or Closing The Employer Stock Fund: A *Dudenhoeffer*-Based Process," American Bar Association Section of Taxation, Chicago, IL, September 19, 2015.

Presenter, "Multiple Comparisons and the Known or Potential Error Rate," National Association of Forensic Economics session at the Eastern Economics Association, New York, NY, 27 February 2015.

Panelist, Annual Institute for Investor Protection Conference at Loyola University Chicago Law School, 24 October 2014.

Panelist, 2014 Business Law Section Annual Meeting, American Bar Association, Chicago, 11 September 2014.

Moderator, New York University Ross Roundtable, April 7, 2014.

Commentator, Institute for Law and Economic Policy Conference: "Business Litigation and Regulatory Agency Review in the Era of the Roberts Court," April 4, 2014.

Panelist, "The Supreme Court's Decision in Amgen and Other Recent Cases," Securitiesdocket.com; July 24, 2013.

Panelist, "Securities Law: Fraud-on-the-Market Theory Demystified," The Knowledge Congress; July 23, 2013.

Moderator, New York University Ross Roundtable, April 15, 2013.

Panelist, 1st Annual Securities Litigation & Enforcement Institute; New York City Bar; New York, NY; December 11, 2012.

Panelist, The Litigation Summit and Exposition; Washington DC; November 12, 2012.

Panelist, The Society of Corporate Secretaries on materiality issues in determining corporate disclosures, October 18, 2012; New York, NY.

Panelist, Symposium in honor of Nobel Prize Winner Daniel Kahneman at Loyola University, Chicago, IL; October 5, 2012.

Panelist, Practising Law Institute, "Taking and Defending Expert Depositions"; New York, NY June 27, 2012.

Discussant, National Association of Forensics Economics; Chicago IL; January 7, 2012.

Panelist, Advanced eDiscovery Institute (session: Statistics and Sampling for Lawyers: How to Apply a Well-Accepted Methodology in the World of eDiscovery); Washington DC; November 17, 2011.

Presenter, Securities Regulation Committee of the New York State Bar Association; New York, New York; July 20, 2011.

Panelist, 2nd Annual Law Firm Marketing U& Business Development Leadership Forum, sponsored by *The American Lawyer* (session: Macro Economic Industry-by-Industry Overview – a power-packed session exploring the sectors that will shape 2011 and beyond); New York, NY; May 24, 2011.

Presenter in webinar on "Fair Value Measurement Consideration for 2010 and Beyond," The Knowledge Congress, July 13, 2010.

Panelist, Forum for Institutional Investors, sponsored by Bernstein Litowitz Berger & Grossman LLP; New York, NY; October 24, 2008.

Presenter, Office of Litigation Support, Securities and Exchange Commission; Washington, DC; May 20, 2008.

Presenter, IQPC Subprime Litigation Conference; New York, New York; February 27, 2008.

Presenter, IQPC Securities Litigation Conference; New York, New York; May 18, 2007.

Presenter, "Everything You Were Afraid To Know About Experts," Fordham University; January 19, 2006.

Presenter, *Eugene P. and Delia S. Murphy Conference on Corporate Law,* Fordham University; November 4, 2005.

Panel Member, *Directors & Officers Under Fire: Protecting Your Interests in this Hostile Environment*, a Directors Roundtable seminar; Washington, D.C.; June 8, 2004.

Guest Lecturer, Fordham University; New York, New York; March 8, 2004.

Panel Member, Business Valuation Resources audio conference on discounts for lack of marketability; May 14, 2003.

Presenter, *Third Annual Law and Business Conference*, Vanderbilt University Law School, ("Inflation Methodologies in Securities Fraud Cases: Theory and Practice"); March 28, 2003.

Guest Lecturer, Middlebury College; Middlebury, Vermont; January 28, 2003.

Panel Member, *Second Annual Grant & Eisenhofer Institutional Investor Conference;* New York, New York; December 9, 2002.

Guest Speaker, Deutsche Bank institutional investor conference call; November 22, 2002.

David I. Tabak

Panel Member, *Key Issues Facing Board Members: The Coming Tide in Securities Class Actions,* a Directors Roundtable seminar; Chicago, Illinois; February 22, 2001.

Panel Member, *Securities Litigation: Risk Management and Avoidance, Emerging Challenges for CXOs*, a seminar sponsored by Jones, Day, Reavis and Pogue and PriceWaterhouseCoopers; Reston, Virginia; September 20, 2000.

"When the Litigation Comes In and the Money Goes Out: What Determines Settlement Values?" presented at *Balancing Disclosure and Litigation Risks for Public Companies (or Soon-to-Be Public Companies)*, a seminar sponsored by Alston & Bird and RR Donnelley Financial; Raleigh, North Carolina; November 10, 1999.

June 2019

**Exhibit 2**

**Akorn, Inc.**

**Materials Considered**

### *Academic Literature*

David Tabak and Frederick Dunbar, Chapter 19 of *Litigation Services Handbook, The Role of the Financial Expert* (3d ed. 2001).

Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.

Fernando Avalos and Marcia Kramer Mayer, "Dealer Participation on the New York Stock Exchange and Nasdaq," May 2002.

Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81, 120-21 (2004).

### *Analyst Reports*

"AKRX – Deal concerns now materially higher on Fresenius investigation into alleged FDA data integrity breaches; CC at 8AM ET," *RBC Capital Markets*, February 26, 2018.

"Cutting EBITDA; take-out valuation hard to justify, risk to $34 deal price?" RBC Capital Markets, August 17, 2017.

"FRE 'terminates' deal, AKRX to 'vigorously' defend; stock now linked to litigation," RBC Capital Markets, April 22, 2018.

"Fresenius for AKRX now 'official'; $34 price reasonable, consistent with new norm," RBC Capital Markets, April 25, 2017.

"Latest Thoughts On Fair Value, As A Stand-Alone; Reiterating Neutral," PiperJaffray, August 28, 2017.

"Latest Thoughts On Stand-Alone Fair Value; Reiterating Neutral," PiperJaffray, March 6, 2018.

"Lowering price target to $25 – we like upside risk/reward trade here; feedback from call with AKRX," RBC Capital Markets, March 29, 2018.

"P&L outlook remains pressured but does it matter? Fresenius deal set to close," RBC Capital Markets, November 2, 2017.

**Exhibit 2**
**Akorn, Inc.**
**Materials Considered**

### *Analyst Reports (Cont.)*

"Our review of complaint adds color to FRE claims; we still see path to closing," RBC Capital Markets, April 27, 2018.

"Results for 1Q underscore why FRE wants out; deal now more likely decided in court," RBC Capital Markets, May 2, 2018.

"Results from 10-K reflect continued P&L pressure; no other material surprises," RBC Capital Markets, March 1, 2018.

"Revisiting Forecasts and Hosting Call with Regulatory Expert," Susquehanna Financial Group, March 15, 2018

"Where would a standalone AKRX trade?", Deutsche Bank, February 21, 2018.

"Why is deal taking so long to close – FTC hurdles at play with broader implications?" RBC Capital Markets, February 13, 2018.

### *Case Law*

*Akorn, Inc. v. Fresenius Kabi AG*, CA No. 2018-0300-JTL (Del. Ch. Oct. 1, 2018).

*Basic Inc. v. Levinson*, 485 U.S. 224, 247, 108 S. Ct. 978, 99 L. Ed. 2d 194 (1988).

*Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87, 1291 (D.N.J. 1989).

*In re Countrywide Financial Corporation Securities Litigation*, 273 F.R.D. 586, 618 (C.D. Cal. 2009).

*In re DVI, Inc. Securities Litigation*, 249 F.R.D. 196, 213 (E.D. Pa. 2008) ("*DVI I*").

*In re DVI, Inc. Securities Litigation*, 639 F.3d 623, 634 (3d Cir. 2011) ("*DVI II*").

*In re Executive Telecard*, *Ltd. Securities Litigation,* 979 F. Supp. 1021, 1027 (S.D.N.Y. 1997).

*Krogman, Inc. v. Sterritt,* 202 F.R.D. 467, 474-78 (N.D. Tex. 2001).

*Unger v. Amedisys Inc*., 401 F.3d 316, 324 (5th Cir. 2005).

**Exhibit 2**
**Akorn, Inc.**
**Materials Considered**

*Data*

Akorn, Inc. analyst coverage obtained from Capital IQ and Thomson Reuters.

Akorn, Inc. common stock closing price, bid price, ask price, trading volume, and short interest data obtained from Bloomberg L.P.

Akorn, Inc. earnings report dates and number of analyst estimates obtained from Institutional Brokers' Estimate System (I/B/E/S) via FactSet Research Systems, Inc.

Akorn, Inc. common stock shares outstanding and insider holdings data obtained from SEC filings.

Akorn, Inc. 10-K, 10-Q and DEF 14A forms filed with the SEC.

Akorn, Inc. quarterly institutional holdings for common stock obtained from FactSet Research Systems, Inc.

Market makers on the NASDAQ Exchange data obtained from Bloomberg L.P.

Russell 2000 Index and S&P Pharmaceuticals Select Industry Index data obtained from Bloomberg L.P.

Russell 3000 member closing price data and shares outstanding data obtained from FactSet Research Systems, Inc.

Russell 3000 members list as of November 2, 2016 obtained from Bloomberg L.P.

*News Articles*

See pages 5 - 7 for a list of news stories obtained from Factiva Dow Jones used in Exhibits 8a, 8c, and 8d.

*Pleadings in This Matter*

Second Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, dated April 22, 2019.

**Exhibit 2**

**Akorn, Inc.**

**Materials Considered**

*Other Materials*

*New Palgrave Dictionary of Economics*, 2008 edition, entry on Efficient Markets Hypothesis, available online at:
https://rd.springer.com/referenceworkentry/10.1057/978-1-349-95121-5_42-2.

Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737, codified as amended in 15 U.S.C §78j.

**Exhibit 2**
**Akorn, Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a, 8c and 8d**

| Date | Time | Effective Date[1] | Headline | News Source |
|------|------|-------------------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 11/3/2016 | 7:05 AM | 11/3/2016 | Akorn Provides Third Quarter 2016 Results | GlobeNewswire |
| 11/16/2016 | 8:30 AM | 11/16/2016 | Akorn to Present at Piper Jaffray 28th Annual Healthcare Conference | GlobeNewswire |
| 11/16/2016 | 8:30 AM | 11/16/2016 | Press Release: Akorn to Present at Piper Jaffray 28th Annual Healthcare Conference | Dow Jones Institutional News |
| 11/28/2016 | 5:15 PM | 11/29/2016 | Akorn Invalidates Durezol(R) Patent Via Inter Partes Review Proceeding | GlobeNewswire |
| 11/28/2016 | 5:15 PM | 11/29/2016 | Press Release: Akorn Invalidates Durezol(R) Patent Via Inter Partes Review Proceeding | Dow Jones Institutional News |
| 11/28/2016 | 5:29 PM | 11/29/2016 | Akorn Files 8K - Other Events >AKRX | Dow Jones Institutional News |
| 11/29/2016 | 7:30 AM | 11/29/2016 | Akorn Launches Ibuprofen Oral Suspension | GlobeNewswire |
| 11/29/2016 | 7:30 AM | 11/29/2016 | Press Release: Akorn Launches Ibuprofen Oral Suspension | Dow Jones Institutional News |
| 12/12/2016 | 7:00 AM | 12/12/2016 | Akorn Announces Completion of FDA Re-inspection of Decatur Facility | GlobeNewswire |
| 12/12/2016 | 7:00 AM | 12/12/2016 | Press Release: Akorn Announces Completion of FDA Re-inspection of Decatur Facility | Dow Jones Institutional News |
| 12/12/2016 | 7:54 AM | 12/12/2016 | Akorn Files 8K - Other Events >AKRX | Dow Jones Institutional News |
| 12/21/2016 | 7:30 AM | 12/21/2016 | Akorn to Present at 35th Annual J.P Morgan Healthcare Conference | GlobeNewswire |
| 12/21/2016 | 7:30 AM | 12/21/2016 | Press Release: Akorn to Present at 35th Annual J.P Morgan Healthcare Conference | Dow Jones Institutional News |
| 1/19/2017 | 3:08 AM | 1/19/2017 | DJ Akorn Inc, Inst Holders, 4Q 2016 (AKRX) | Dow Jones Institutional News |
| 1/24/2017 | 3:57 AM | 1/24/2017 | DJ Akorn Inc, Inst Holders, 4Q 2016 (AKRX) | Dow Jones Institutional News |
| 2/6/2017 | 7:30 AM | 2/6/2017 | Akorn to Report Fourth Quarter and Full Year 2016 Results | GlobeNewswire |
| 2/6/2017 | 7:30 AM | 2/6/2017 | Press Release: Akorn to Report Fourth Quarter and Full Year 2016 Results | Dow Jones Institutional News |
| 2/28/2017 | 5:30 PM | 3/1/2017 | Akorn Receives Approval for Mycophenolate Mofetil for Injection, USP | GlobeNewswire |
| 2/28/2017 | 5:30 PM | 3/1/2017 | Press Release: Akorn Receives Approval for Mycophenolate Mofetil for Injection, USP | Dow Jones Institutional News |
| 3/1/2017 | 6:09 AM | 3/1/2017 | Akorn Files 8K - Regulation FD >AKRX | Dow Jones Institutional News |
| 3/1/2017 | 7:00 AM | 3/1/2017 | Akorn Provides Fourth Quarter and Full Year 2016 Results and Outlines Full Year 2017 Guidance | GlobeNewswire |
| 3/1/2017 | 4:12 PM | 3/2/2017 | Akorn's CEO Raj Rai on Q4 2016 Results — Earnings Call Transcript >AKRX | Dow Jones Institutional News |
| 3/2/2017 | 8:25 AM | 3/2/2017 | Akorn Receives FDA Approval for Ephedrine Sulfate Injection, USP | GlobeNewswire |
| 3/2/2017 | 8:24 AM | 3/2/2017 | Press Release: Akorn Receives FDA Approval for Ephedrine Sulfate Injection, USP | Dow Jones Institutional News |
| 3/2/2017 | 8:36 AM | 3/2/2017 | Akorn Files 8K - Regulation FD >AKRX | Dow Jones Institutional News |
| 3/6/2017 | 6:30 AM | 3/6/2017 | Akorn Cut to Hold From Buy by Deutsche Bank | Dow Jones Institutional News |
| 4/7/2017 | 1:04 PM | 4/7/2017 | Akorn Inc. (AKRX) Paused due to volatility | Dow Jones Institutional News |
| 4/7/2017 | 1:09 PM | 4/7/2017 | Akorn Inc. (AKRX) Resumed Trading | Dow Jones Institutional News |
| 4/7/2017 | 1:41 PM | 4/7/2017 | Why Valeant Just Popped — Barron's Blog | Dow Jones Institutional News |
| 4/7/2017 | 4:54 PM | 4/10/2017 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Fresenius SE & Co. KGaA confirms discussions with Akorn, Inc. | Dow Jones Newswires German |
| 4/7/2017 | 4:54 PM | 4/10/2017 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Fresenius SE & Co. KGaA confirms discussions with Akorn, Inc. | Dow Jones Institutional News |
| 4/7/2017 | 4:54 PM | 4/10/2017 | *Fresenius SE & Co. KGaA Confirms Discussions With Akorn, Inc. | Dow Jones Institutional News |
| 4/7/2017 | 5:09 PM | 4/10/2017 | Fresenius SE & Co. KGaA Confirms Discussions With Akorn, Inc. | Dow Jones Institutional News |
| 4/7/2017 | 5:58 PM | 4/10/2017 | Akorn Confirms Discussions with Fresenius Kabi | GlobeNewswire |
| 4/7/2017 | 5:58 PM | 4/10/2017 | Press Release: Akorn Confirms Discussions with Fresenius Kabi | Dow Jones Institutional News |
| 4/8/2017 | 5:14 AM | 4/10/2017 | Germany's Fresenius in Talks to Buy U.S. Pharmaceuticals Maker Akorn | Dow Jones Institutional News |
| 4/8/2017 | 5:29 AM | 4/10/2017 | Germany's Fresenius in Talks to Buy U.S. Pharmaceuticals Maker Akorn | Dow Jones Institutional News |
| 4/8/2017 | 7:11 AM | 4/10/2017 | Fresenius in Talks to Buy U.S. Drug Maker Akorn — Update | Dow Jones Institutional News |
| 4/8/2017 | 7:26 AM | 4/10/2017 | Fresenius in Talks to Buy U.S. Drug Maker Akorn — Update | Dow Jones Institutional News |
| 4/9/2017 | 8:40 PM | 4/10/2017 | Fresenius in Talks to Buy U.S. Drug Maker Akorn >FSNUY AKRX | Dow Jones Institutional News |
| 4/9/2017 | 10:10 PM | 4/10/2017 | Germanyâ€™s Fresenius in Talks to Buy U.S. Drug Maker Akorn | Dow Jones Newswires Chinese (English) |
| 4/10/2017 | 6:04 AM | 4/10/2017 | Akorn Files 8K - Other Events >AKRX | Dow Jones Institutional News |
| 4/10/2017 | 6:09 AM | 4/10/2017 | Fresenius' Possible Akorn Buy "Feasible, Manageable and Sensible" -- Market Talk | Dow Jones Institutional News |
| 4/10/2017 | 7:05 AM | 4/10/2017 | Akorn Buy May Increase Fresenius EPS by 10%-11% -- Market Talk | Dow Jones Institutional News |
| 4/10/2017 | 8:42 AM | 4/10/2017 | Fresenius Unlikely to Lose IG Rating Over Akorn Takeover -- Market Talk | Dow Jones Institutional News |
| 4/10/2017 | 5:38 PM | 4/11/2017 | *S&PGR Puts Akorn Inc. Rtgs On Watch Pos On Acq Plan | Dow Jones Institutional News |
| 4/19/2017 | 3:12 AM | 4/19/2017 | DJ Akorn Inc, Inst Holders, 1Q 2017 (AKRX) | Dow Jones Institutional News |
| 4/24/2017 | 4:25 PM | 4/25/2017 | Akorn Inc. (AKRX) Halted due to pending news | Dow Jones Institutional News |
| 4/24/2017 | 4:55 PM | 4/25/2017 | DGAP-Adhoc: Fresenius Kabi to strengthen and diversify product portfolio by acquiring Akorn and Merck KGaA's biosimilars business | Dow Jones Institutional News |
| 4/24/2017 | 4:55 PM | 4/25/2017 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Fresenius Kabi to strengthen and diversify product portfolio by acquiring Akorn and Merck KGaA's biosimilars business | Dow Jones Newswires German |
| 4/24/2017 | 4:55 PM | 4/25/2017 | *Fresenius Kabi To Strengthen And Diversify Product Portfolio By Acquiring Akorn And Merck KGaA's Biosimilars Business | Dow Jones Institutional News |
| 4/24/2017 | 4:58 PM | 4/25/2017 | *Fresenius Kabi To Acquire Akorn AKRX | Dow Jones Institutional News |
| 4/24/2017 | 5:25 PM | 4/25/2017 | Akorn Inc. (AKRX) Paused (quote only) due to news pending | Dow Jones Institutional News |
| 4/24/2017 | 5:28 PM | 4/25/2017 | Germany's Fresenius Kabi to buy Akorn for $4.3 billion | Dow Jones Newswires Chinese (English) |
| 4/24/2017 | 5:30 PM | 4/25/2017 | Akorn Inc. (AKRX) Resumed Trading | Dow Jones Institutional News |
| 4/25/2017 | 3:03 AM | 4/25/2017 | Fresenius Makes Two Acquisitions to Boost Kabi Clinical Unit | Dow Jones Institutional News |
| 4/25/2017 | 2:48 AM | 4/25/2017 | Fresenius Makes Two Acquisitions to Boost Kabi Clinical Unit | Dow Jones Institutional News |
| 4/25/2017 | 3:55 AM | 4/25/2017 | Fresenius SE's Buy of Akorn Is Positive -- Market Talk | Dow Jones Institutional News |
| 4/25/2017 | 3:55 AM | 4/25/2017 | Global Equities Roundup: Market Talk | Dow Jones Institutional News |
| 4/25/2017 | 4:24 AM | 4/25/2017 | Fresenius's Smaller Biosimilars Buy Opens New Avenue -- Market Talk | Dow Jones Institutional News |
| 4/25/2017 | 5:57 AM | 4/25/2017 | Akorn Files 8K - Changes To Articles >AKRX | Dow Jones Institutional News |
| 4/25/2017 | 5:57 AM | 4/25/2017 | Akorn Files 8K - Entry Into Definitive Agreement >AKRX | Dow Jones Institutional News |
| 4/25/2017 | 5:57 AM | 4/25/2017 | Akorn Files 8K - Other Events >AKRX | Dow Jones Institutional News |
| 4/25/2017 | 8:04 AM | 4/25/2017 | Press Release: AKORN (AKRX) ALERT: J&W Launches Investigation into the Sale of Akorn; Is $34 a Fair Price? | Dow Jones Institutional News |
| 4/25/2017 | 11:48 AM | 4/25/2017 | Press Release: S&PGRBulletin: Fresenius Rtgs Unchangd By Akorn And Merck News | Dow Jones Institutional News |
| 4/25/2017 | 12:02 PM | 4/25/2017 | Press Release: Harwood Feffer LLP Announces Investigation of Akorn, Inc. | Dow Jones Institutional News |
| 4/25/2017 | 6:41 PM | 4/26/2017 | Press Release: AKORN INVESTOR ALERT BY THE FORMER ATTORNEY GENERAL OF LOUISIANA: Kahn Swick & Foti, LLC Investigates Adequacy of Price and Process in Proposed Sale of Akorn, Inc. | Dow Jones Institutional News |
| 4/26/2017 | 3:07 PM | 4/26/2017 | Moody's Reviews Akorn's Ratings For Upgrade | Dow Jones Institutional News |
| 4/25/2017 | 7:17 PM | 5/1/2017 | Press Release: Lifshitz & Miller LLP Announces Investigation of AdvancePierre Foods Holdings, Inc., Akorn, Inc., AllianceMMA, Inc., Altisource Portfolio Solutions, DelTaco Restaurants, Inc., Express Scripts Holding Company, China Unicom (Hong Kong) Limited, and Global Eagle Entertainment Inc. | Dow Jones Institutional News |
| 5/5/2017 | 8:31 AM | 5/5/2017 | Finnish Central Bank May Help Fresenius Buy Akorn -- Market Talk | Dow Jones Institutional News |
| 6/2/2017 | 6:56 PM | 6/5/2017 | Gainey McKenna & Egleston Announces A Class Action Lawsuit Has Been Filed Against Akorn, Inc. (AKRX) | GlobeNewswire |
| 7/7/2017 | 9:01 PM | 7/10/2017 | Press Release: Johnson & Weaver, Announces Investigation of Omega Protein Corporation, Monogram Residential Trust, Inc. and Akorn, Inc.; Investors Encouraged to Contact Firm | Dow Jones Institutional News |
| 7/10/2017 | 8:05 AM | 7/10/2017 | Akorn Files 8K - Other Events >AKRX | Dow Jones Institutional News |
| 7/19/2017 | 3:07 AM | 7/19/2017 | DJ Akorn Inc, Inst Holders, 2Q 2017 (AKRX) | Dow Jones Institutional News |
| 7/19/2017 | 4:30 PM | 7/20/2017 | Akorn Shareholders Vote to Approve Merger Agreement with Fresenius Kabi | GlobeNewswire |
| 7/19/2017 | 4:30 PM | 7/20/2017 | Press Release: Akorn Shareholders Vote to Approve Merger Agreement with Fresenius Kabi | Dow Jones Institutional News |
| 7/19/2017 | 5:03 PM | 7/20/2017 | Akorn Files 8K - Other Events >AKRX | Dow Jones Institutional News |
| 8/7/2017 | 7:35 AM | 8/7/2017 | Fresenius Unit Buys NxStage Medical in $2 Billion Dialysis Deal -- Update | Dow Jones Institutional News |
| 8/7/2017 | 7:40 AM | 8/7/2017 | Fresenius Unit Buys NxStage Medical in $2 Billion Dialysis Deal | Dow Jones Institutional News |
| 8/14/2017 | 5:50 PM | 8/15/2017 | John Paulson Turns From Pharmaceutical Bets | Dow Jones Institutional News |
| 8/14/2017 | 5:46 PM | 8/15/2017 | John Paulson Turns From Pharmaceutical Bets After Rough Run | Dow Jones Institutional News |
| 9/7/2017 | 3:43 PM | 9/7/2017 | Akorn, Inc. (Nasdaq: AKRX) to Ring The Nasdaq Stock Market Opening Bell | GlobeNewswire |
| 9/8/2017 | 2:49 PM | 9/8/2017 | Allergan Partners With Indian Tribe to Protect Drug Patents | Dow Jones Newswires Chinese (English) |
| 9/8/2017 | 1:37 PM | 9/8/2017 | Allergan Partners With Indian Tribe to Protect Drug Patents | Dow Jones Institutional News |
| 9/8/2017 | 3:19 PM | 9/8/2017 | Allergan Partners With Indian Tribe to Protect Drug Patents — 2nd Update | Dow Jones Institutional News |
| 9/8/2017 | 4:29 PM | 9/11/2017 | Allergan Partners With Indian Tribe to Protect Drug Patents — 3rd Update | Dow Jones Institutional News |
| 9/20/2017 | 5:58 AM | 9/20/2017 | Strategic Value of Fresenius's Akorn Deal Intact -- Market Talk | Dow Jones Institutional News |
| 9/20/2017 | 5:58 AM | 9/20/2017 | Strategic Value of Fresenius's Akorn Deal Intact -- Market Talk | Dow Jones Institutional News |
| 10/19/2017 | 3:19 AM | 10/19/2017 | DJ Akorn Inc, Inst Holders, 3Q 2017 (AKRX) | Dow Jones Institutional News |
| 10/30/2017 | 9:27 AM | 10/30/2017 | Fresenius Likely to Revise Guidance for Akorn: Berenberg -- Market Talk | Dow Jones Institutional News |

**Exhibit 2**
**Akorn, Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a, 8c and 8d**

| Date | Time | Effective Date[1] | Headline | News Source |
|------|------|------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 10/31/2017 | 7:01 AM | 10/31/2017 | Akorn Files 8K - Changes Exec Mgmt >AKRX | Dow Jones Institutional News |
| 10/31/2017 | 8:10 AM | 10/31/2017 | Insys Cofounder Resigns from Akorn's Board -- Market Talk | Dow Jones Institutional News |
| 11/3/2017 | 6:54 AM | 11/3/2017 | Fresenius's Good Quarter Marred by Questions About Akorn: Deutsche Bank -- Market Talk | Dow Jones Institutional News |
| 11/6/2017 | 3:49 AM | 11/6/2017 | DJ Akorn Inc, Inst Holders, 3Q 2017 (AKRX) | Dow Jones Institutional News |
| 1/4/2018 | 8:00 AM | 1/4/2018 | Press Release: Pomerantz LLP and Glancy Prongay & Murray LLP announce that the United States District Court for the Northern District of ... | Dow Jones Institutional News |
| 1/11/2018 | 1:23 PM | 1/11/2018 | Pomerantz LLP and Glancy Prongay & Murray LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Common Stock of Akorn, Inc. - AKRX | GlobeNewswire |
| 1/18/2018 | 8:00 AM | 1/18/2018 | Press Release: Pomerantz LLP and Glancy Prongay & Murray LLP announce that the United States District Court for the Northern District of ... | Dow Jones Institutional News |
| 1/19/2018 | 3:25 AM | 1/19/2018 | DJ Akorn Inc, Inst Holders, 4Q 2017 (AKRX) | Dow Jones Institutional News |
| 2/9/2018 | 8:03 AM | 2/9/2018 | Press Release: Akorn Investor Alert: Kyros Law is Filing Compensation Claims on Behalf of Akorn Pharmaceuticals (NASDAQ: AKRX) Investors | Dow Jones Institutional News |
| 2/26/2018 | 12:44 PM | 2/26/2018 | Correction to Restasis Patents Story | Dow Jones Institutional News |
| 2/26/2018 | 4:37 PM | 2/27/2018 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Investigation into alleged breaches of FDA data integrity requirements at Akorn, Inc.; Fresenius ... | Dow Jones Newswires German |
| 2/26/2018 | 4:37 PM | 2/27/2018 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Investigation into alleged breaches of FDA data integrity requirements at Akorn, Inc.; Fresenius ... | Dow Jones Institutional News |
| 2/26/2018 | 4:37 PM | 2/27/2018 | *Investigation Into Alleged Breaches Of FDA Data Integrity Requirements At Akorn, Inc.; Fresenius Aims At Strong Growth In 2018 And Confirm... | Dow Jones Institutional News |
| 2/26/2018 | 5:30 PM | 2/27/2018 | Akorn's Stock Plunges as Fresenius Discloses Review Into Company Data | Dow Jones Institutional News |
| 2/26/2018 | 6:56 PM | 2/27/2018 | Akorn Shares Plunge as Fresenius Investigates Company -- Update | Dow Jones Institutional News |
| 2/26/2018 | 7:47 PM | 2/27/2018 | Akorn Issues Statement on Investigation | GlobeNewswire |
| 2/26/2018 | 7:51 PM | 2/27/2018 | Akorn Shares Plunge as Fresenius Investigates Company -- Update | Dow Jones Newswires Chinese (English) |
| 2/26/2018 | 7:47 PM | 2/27/2018 | Press Release: Akorn Issues Statement on Investigation | Dow Jones Institutional News |
| 2/26/2018 | 7:10 PM | 2/27/2018 | Akorn Shares Plunge as Fresenius Investigates Company | Dow Jones Institutional News |
| 2/26/2018 | 9:00 PM | 2/27/2018 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 2/26/2018 | 11:00 PM | 2/27/2018 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 2/27/2018 | 2:52 AM | 2/27/2018 | Fresenius Results Overshadowed by Akorn Investigation: Berenberg -- Market Talk | Dow Jones Institutional News |
| 2/27/2018 | 5:18 AM | 2/27/2018 | *Fresenius CEO: Too Early to Speculate on Outcome of Akorn Investigation | Dow Jones Institutional News |
| 2/27/2018 | 6:38 AM | 2/27/2018 | Akorn Plunges 34% In Premarket After Fresenius Announces Probe -- MarketWatch | Dow Jones Institutional News |
| 2/27/2018 | 6:06 AM | 2/27/2018 | *Fresenius CEO: There Would Be Alternatives to Akorn Deal | Dow Jones Institutional News |
| 2/27/2018 | 6:59 AM | 2/27/2018 | Akorn plunges 34% in premarket after Fresenius announces probe | Dow Jones Newswires Chinese (English) |
| 2/27/2018 | 7:48 AM | 2/27/2018 | Fresenius Could Walk Away From Akorn Deal | Dow Jones Institutional News |
| 2/27/2018 | 2:17 PM | 2/27/2018 | Press Release: Investor Alert: Kaplan Fox Announces Investigation Of Akorn, Inc. | Dow Jones Institutional News |
| 2/27/2018 | 11:46 AM | 2/27/2018 | Generic Deal Blowup Is a Reminder That Character Matters -- Heard on the Street | Dow Jones Institutional News |
| 3/6/2018 | 11:43 AM | 3/6/2018 | *S&PGR Revises Akorn CreditWatch To Developing From Positive | Dow Jones Institutional News |
| 3/9/2018 | 1:11 PM | 3/9/2018 | Pomerantz Law Firm Announces the Filing of a Class Action against Akorn, Inc. and Certain Officers -- AKRX | GlobeNewswire |
| 3/9/2018 | 2:08 PM | 3/9/2018 | AKORN, INC. INVESTOR ALERT: Wolf Haldenstein Adler Freeman & Herz LLP reminds investors that a securities class action ... | GlobeNewswire |
| 3/9/2018 | 8:00 PM | 3/12/2018 | Gainey McKenna & Egleston Announces a Class Action Lawsuit Has Been Filed Against Akorn, Inc. (AKRX) | GlobeNewswire |
| 3/13/2018 | 4:15 PM | 3/14/2018 | SHAREHOLDER ALERT: Brower Piven Notifies Investors of Class Action Lawsuit And Encourages Those Who Have Losses In Excess Of $100,000 From I... | GlobeNewswire |
| 3/23/2018 | 3:36 PM | 3/23/2018 | SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Akorn, Inc. of a Class Action Lawsuit and a Lead Plaintiff Deadline of May 7, 2018 -- AKRX | GlobeNewswire |
| 3/26/2018 | 3:17 PM | 3/26/2018 | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Akorn, Inc. of Class Action Lawsuit and Upcoming Deadline -- AKRX | GlobeNewswire |
| 3/27/2018 | 4:12 PM | 3/28/2018 | AKRX SHAREHOLDER ALERT: The Law Offices of Vincent Wong Notifies Investors of Commencement of a Class Action Involving Akorn, Inc. and a Le... | GlobeNewswire |
| 3/28/2018 | 5:26 PM | 3/29/2018 | AKORN INVESTOR ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 In Akorn, Inc.To Contact The Firm | GlobeNewswire |
| 3/31/2018 | 8:30 AM | 4/2/2018 | EQUITY NOTICE: Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Akorn, Inc. -- AKRX | GlobeNewswire |
| 4/2/2018 | 6:00 AM | 4/2/2018 | SHAREHOLDER ALERT: Brower Piven Encourages Investors Who Have Losses In Excess Of $100,000 From Investment In Akorn, Inc. (Nasdaq: AKRX) ... | GlobeNewswire |
| 4/3/2018 | 4:29 PM | 4/4/2018 | The Klein Law Firm Announces Commencement of a Class Action Filed on Behalf of Akorn, Inc. Shareholders and a Lead Plaintiff Deadline of M... | GlobeNewswire |
| 4/3/2018 | 4:30 PM | 4/4/2018 | Hagens Berman Alerts Investors in Akorn, Inc. to the May 7, 2018 Lead Plaintiff Deadline in the Pending Securities Class Action | GlobeNewswire |
| 4/11/2018 | 6:45 PM | 4/12/2018 | Press Release: AKORN ALERT: Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Akorn, Inc - AKRX | Dow Jones Institutional News |
| 4/18/2018 | 4:07 PM | 4/19/2018 | INVESTOR ALERT: Levi & Korsinsky, LLP Reminds Shareholders of Akorn, Inc. of Commencement of a Class Action Lawsuit and a Lead Plaintiff Deadline of May 7, 2018 -- AKRX | GlobeNewswire |
| 4/18/2018 | 8:00 PM | 4/19/2018 | Saffenstein Metcalf LLP Announces That A Class Action Lawsuit Has Been Filed Against Akorn, Inc. --- AKRX | GlobeNewswire |
| 4/19/2018 | 3:07 AM | 4/19/2018 | DJ Akorn Inc, Inst Holders, 1Q 2018 (AKRX) | Dow Jones Institutional News |
| 4/19/2018 | 11:31 AM | 4/19/2018 | AKRX EQUITY ALERT: The Law Offices of Vincent Wong Reminds Investors of a Class Action Involving Akorn, Inc. and a Lead Plaintiff Deadl... | GlobeNewswire |
| 4/22/2018 | 12:59 PM | 4/23/2018 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Fresenius terminates merger agreement with Akorn | Dow Jones Institutional News |
| 4/22/2018 | 12:59 PM | 4/23/2018 | *Fresenius Terminates Merger Agreement With Akorn | Dow Jones Institutional News |
| 4/22/2018 | 4:16 PM | 4/23/2018 | Press Release: Akorn Issues Statement | Dow Jones Institutional News |
| 4/22/2018 | 5:24 PM | 4/23/2018 | Fresenius Ends Deal to Buy Akorn, Which Pledges a Fight | Dow Jones Institutional News |
| 4/22/2018 | 9:29 PM | 4/23/2018 | Fresenius Ends Deal to Buy Akorn, Which Pledges a Fight | Dow Jones Newswires Chinese (English) |
| 4/23/2018 | 2:46 AM | 4/23/2018 | Fresenius's Akorn Merger Termination Positive: Berenberg -- Market Talk | Dow Jones Institutional News |
| 4/23/2018 | 8:10 PM | 4/23/2018 | Akorn Vows to Fight Fresenius Decision to End Deal | Dow Jones Institutional News |
| 4/23/2018 | 5:34 AM | 4/23/2018 | Fresenius, After 12-Month Decline, Buoyed by Akorn Exit -- Market Talk | Dow Jones Institutional News |
| 4/23/2018 | 7:14 AM | 4/23/2018 | Akorn's Stock Plunged Toward 5-year Low After Fresenius Terminates Merger Deal -- MarketWatch | Dow Jones Institutional News |
| 4/23/2018 | 8:44 AM | 4/23/2018 | *Akorn Asks Delaware Court to Require Fresenius Kabi to Fulfill Its Obligations Under Merger Agreement | Dow Jones Institutional News |
| 4/23/2018 | 8:59 AM | 4/23/2018 | Akorn Files Complaint Against Fresenius for Ending Merger Deal -- MarketWatch | Dow Jones Institutional News |
| 4/23/2018 | 10:52 AM | 4/23/2018 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Akorn, Inc. sues Fresenius for consummation of merger agreement after its termination by Fresenius | Dow Jones Institutional News |
| 4/23/2018 | 10:52 AM | 4/23/2018 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Akorn, Inc. sues Fresenius for consummation of merger agreement after its termination by Fresenius | Dow Jones Newswires German |
| 4/23/2018 | 10:52 AM | 4/23/2018 | *Akorn, Inc. Sues Fresenius For Consummation Of Merger Agreement After Its Termination By Fresenius | Dow Jones Institutional News |
| 4/23/2018 | 2:23 PM | 4/23/2018 | The Klein Law Firm Reminds Investors of a Class Action Filed on Behalf of Akorn, Inc. Shareholders and a Lead Plaintiff Deadline of May 7, 2018 (AKRX) | GlobeNewswire |
| 4/23/2018 | 4:28 PM | 4/24/2018 | Moody's Changes Akorn's Ratings Review To Direction Uncertain | Dow Jones Institutional News |
| 4/23/2018 | 10:27 AM | 4/24/2018 | AKORN, INC. INVESTOR ALERT: Wolf Haldenstein Adler Freeman & Herz LLP reminds investors that a securities class action lawsuit has be... | GlobeNewswire |
| 4/24/2018 | 1:46 PM | 4/24/2018 | Press Release: Lifshitz & Miller LLP Announces Investigation of Acadia Healthcare Company, Inc., Akorn, Inc., Blackhawk Network Holdings, Inc., Facebook, Inc., iZEA Inc., MuleSoft, Inc., Solid Biosciences Inc., and Tableau Software, Inc. | Dow Jones Institutional News |
| 4/24/2018 | 4:32 PM | 4/25/2018 | *S&PGRBulletin: Rating On Akorn Inc. Still On Watch Developing | Dow Jones Institutional News |
| 4/30/2018 | 10:00 AM | 4/30/2018 | SHAREHOLDER ALERT - Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action Against Akorn, Inc. (AKRX) & Lead Plaintiff Deadline: May 7, 2018 | GlobeNewswire |
| 5/1/2018 | 3:54 PM | 5/1/2018 | Rosen Law Firm Reminds Akorn, Inc. Investors of Important May 7 Deadline in Class Action -- AKRX | GlobeNewswire |
| 5/2/2018 | 10:00 AM | 5/2/2018 | FINAL DEADLINE ALERT: Brower Piven Reminds Shareholders Of Approaching Deadline In Class Action Lawsuit And Encourages Those Who Have Losse... | GlobeNewswire |
| 5/11/2018 | 3:30 PM | 5/11/2018 | *S&PGR Downgrades Akorn To 'B', CreditWatch Positive | Dow Jones Institutional News |
| 5/29/2018 | 3:31 PM | 5/29/2018 | Press Release: Moore Kuehn, PLLC Announces an Investigation Involving Possible Breaches of Fiduciary Duties by Officers and Directors of Akorn, Inc. | Dow Jones Institutional News |
| 6/4/2018 | 9:10 AM | 6/4/2018 | Lawsuit for Investors in shares of Akorn, Inc. (NASDAQ: AKRX) announced by Shareholders Foundation | GlobeNewswire |

**Exhibit 2**
**Akorn, Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a, 8c and 8d**

| Date | Time | Effective Date[1] | Headline | News Source |
|------|------|-------------------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 7/13/2018 | 5:01 AM | 7/13/2018 | Fresenius SE Had Testing Issues Like Akorn's, Executive Says -Bloomberg | Dow Jones Institutional News |
| 7/13/2018 | 5:18 AM | 7/13/2018 | Fresenius Trades Lower on Akorn Trial Comments -- Market Talk | Dow Jones Institutional News |
| 7/13/2018 | 5:18 AM | 7/13/2018 | Fresenius Trades Lower on Akorn Trial Comments -- Market Talk | Dow Jones Institutional News |
| 7/19/2018 | 3:26 AM | 7/19/2018 | DJ Akorn Inc, Inst Holders, 2Q 2018 (AKRX) | Dow Jones Institutional News |
| 10/1/2018 | 8:24 AM | 10/1/2018 | Akorn Inc. (AKRX) Halted due to pending news | Dow Jones Institutional News |
| 10/1/2018 | 9:17 AM | 10/1/2018 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Delaware court upholds Fresenius' termination of merger agreement with Akorn | Dow Jones Newswires German |
| 10/1/2018 | 9:17 AM | 10/1/2018 | *Delaware Court Upholds Fresenius' Termination Of Merger Agreement With Akorn | Dow Jones Institutional News |
| 10/1/2018 | 9:25 AM | 10/1/2018 | Press Release: Akorn Comments on Delaware Chancery Court Ruling | Dow Jones Institutional News |
| 10/1/2018 | 9:42 AM | 10/1/2018 | Akorn Stock Set To Drop Nearly 50% After Court Supports Fresenius Ending $4.3 Bln Merger -- MarketWatch | Dow Jones Institutional News |
| 10/1/2018 | 9:50 AM | 10/1/2018 | Akorn Inc. (AKRX) Paused (quotes only) due to news pending | Dow Jones Institutional News |
| 10/1/2018 | 9:53 AM | 10/1/2018 | Fresenius Shares Rise After Favorable Court Ruling | Dow Jones Institutional News |
| 10/1/2018 | 9:55 AM | 10/1/2018 | Akorn Inc. (AKRX) Resumed Trading | Dow Jones Institutional News |
| 10/1/2018 | 9:57 AM | 10/1/2018 | Akorn Inc. (AKRX) Paused due to volatility | Dow Jones Institutional News |
| 10/1/2018 | 10:02 AM | 10/1/2018 | Akorn Inc. (AKRX) Resumed Trading | Dow Jones Institutional News |
| 10/1/2018 | 10:53 AM | 10/1/2018 | Akorn Down Over 54% After Court Upholds Termination Of Merger Agreement -- Data Talk | Dow Jones Institutional News |
| 10/3/2018 | 5:20 PM | 10/4/2018 | *S&P.GR Affirms Akorn 'B' Rtg, Off Watch; Otlk Stable | Dow Jones Institutional News |
| 10/10/2018 | 7:05 AM | 10/10/2018 | Press Release: Akorn Receives Product Approval | Dow Jones Institutional News |
| 10/10/2018 | 7:22 AM | 10/10/2018 | Akorn's Stock Soars After FDA Approves ANDA For Hypotrichosis Of Eyelashes Treatment -- MarketWatch | Dow Jones Institutional News |
| 10/17/2018 | 5:58 AM | 10/17/2018 | Akorn Raised to Overweight From Neutral by PiperJaffray | Dow Jones Institutional News |
| 10/17/2018 | 12:15 PM | 10/17/2018 | Press Release: RM LAW Announces Investigation of Akorn, Inc. | Dow Jones Institutional News |
| 10/18/2018 | 1:47 PM | 10/18/2018 | Press Release: Akorn Appeals Fresenius Kabi Ruling | Dow Jones Institutional News |
| 10/19/2018 | 3:18 AM | 10/19/2018 | DJ Akorn Inc, Inst Holders, 3Q 2018 (AKRX) | Dow Jones Institutional News |
| 10/23/2018 | 5:37 PM | 10/24/2018 | *Akorn Inc. Will Leave S&P MidCap 400; S&P Dow Jones Indices Says Company No Longer Representative of Index Market Space | Dow Jones Institutional News |
| 10/23/2018 | 5:57 PM | 10/24/2018 | Press Release: Resideo Technologies Set to Join S&P MidCap 400; Akorn to Join S&P SmallCap 600 | Dow Jones Institutional News |
| 10/29/2018 | 7:05 AM | 10/29/2018 | Press Release: Akorn Receives Product Approval | Dow Jones Institutional News |
| 11/6/2018 | 5:10 PM | 11/7/2018 | *Akorn 3Q Loss/Shr 56c >AKRX | Dow Jones Institutional News |
| 11/14/2018 | 11:52 AM | 11/14/2018 | *S&P.GR Revises Akorn Inc. Outlook To Negative, Ratings Affirmed | Dow Jones Institutional News |
| 11/26/2018 | 5:29 PM | 11/27/2018 | Press Release: Akorn Receives Product Approval | Dow Jones Institutional News |
| 12/7/2018 | 10:51 AM | 12/7/2018 | Akorn Inc. (AKRX) Paused due to volatility | Dow Jones Institutional News |
| 12/7/2018 | 10:56 AM | 12/7/2018 | Akorn Inc. (AKRX) Resumed Trading | Dow Jones Institutional News |
| 12/7/2018 | 11:33 AM | 12/7/2018 | *Delaware Supreme Court Rules in Favor of Fresenius in Akorn Suit >AKRX | Dow Jones Institutional News |
| 12/7/2018 | 11:52 AM | 12/7/2018 | Delaware Supreme Court Upholds Ruling Allowing Fresenius to End Akorn Deal -- Update | Dow Jones Institutional News |
| 12/7/2018 | 12:52 PM | 12/7/2018 | DGAP-Adhoc: Fresenius SE & Co. KGaA: Delaware Supreme Court upholds Fresenius' termination of merger agreement with Akorn | Dow Jones Newswires German |
| 12/7/2018 | 12:52 PM | 12/7/2018 | *Delaware Supreme Court Upholds Fresenius' Termination Of Merger Agreement With Akorn | Dow Jones Institutional News |
| 12/7/2018 | 5:04 PM | 12/10/2018 | Press Release: Supreme Court of the State of Delaware Rules Against Akorn, New CEO Search Underway | Dow Jones Institutional News |
| 12/7/2018 | 5:11 PM | 12/10/2018 | Akorn Files 8K - Director, Officer or Compensation Filing >AKRX | Dow Jones Institutional News |
| 12/7/2018 | 5:43 PM | 12/10/2018 | Akorn CEO Retires Following Court Ruling | Dow Jones Institutional News |
| 12/14/2018 | 4:22 PM | 12/17/2018 | Moody's Downgrades Akorn's Ratings To Caa1; Outlook Revised To Negative | Dow Jones Institutional News |
| 12/17/2018 | 5:15 PM | 12/18/2018 | Akorn Files 8K - Director, Officer or Compensation Filing >AKRX | Dow Jones Institutional News |
| 12/20/2018 | 5:05 PM | 12/21/2018 | Press Release: Akorn Names Douglas S. Boothe as President and CEO | Dow Jones Institutional News |
| 12/20/2018 | 5:29 PM | 12/21/2018 | Akorn Files 8K - Director, Officer or Compensation Filing >AKRX | Dow Jones Institutional News |
| 12/28/2018 | 4:02 PM | 12/31/2018 | Akorn Files 8K - Director, Officer or Compensation Filing >AKRX | Dow Jones Institutional News |
| 1/7/2019 | 5:08 PM | 1/8/2019 | Akorn Files 8K - Director, Officer or Compensation Filing >AKRX | Dow Jones Institutional News |

**Notes and Sources:**

News stories were obtained through a search for the company "Akorn Inc" between November 3, 2016 and January 8, 2019. The search included news stories published by Dow Jones Newswires, searching headlines and lead paragraph only, excluding "recurring pricing and market data" and "Obituaries, sports, calendars...."

[1] On days when news came out after 4:00PM or when there was news on a non-trading day, the next trading day was considered the effective date.

**Exhibit 3**

**Akorn, Inc.**

**Weekly Trading Volume as a Percent of Shares Outstanding**

**For Common Stock**

**November 3, 2016 to January 8, 2019**

| Week | First Trading Date of Week | Weekly Volume[1] | Shares Outstanding[2] | Percent of Shares Traded Weekly |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) (3) / (4) |
| 1 | 11/3/2016 | 4,568,534 | 125,240,731 | 3.65 % |
| 2 | 11/7/2016 | 5,844,562 | 125,240,731 | 4.67 |
| 3 | 11/14/2016 | 2,734,492 | 125,240,731 | 2.18 |
| 4 | 11/21/2016 | 1,743,395 | 125,240,731 | 1.39 |
| 5 | 11/28/2016 | 3,686,759 | 125,240,731 | 2.94 |
| 6 | 12/5/2016 | 5,478,961 | 125,240,731 | 4.37 |
| 7 | 12/12/2016 | 5,448,868 | 125,240,731 | 4.35 |
| 8 | 12/19/2016 | 3,580,370 | 125,240,731 | 2.86 |
| 9 | 12/27/2016 | 1,611,190 | 125,240,731 | 1.29 |
| 10 | 1/3/2017 | 2,900,994 | 124,390,217 | 2.33 |
| 11 | 1/9/2017 | 2,418,044 | 124,390,217 | 1.94 |
| 12 | 1/17/2017 | 2,592,141 | 124,390,217 | 2.08 |
| 13 | 1/23/2017 | 2,584,464 | 124,390,217 | 2.08 |
| 14 | 1/30/2017 | 6,018,833 | 124,390,217 | 4.84 |
| 15 | 2/6/2017 | 2,749,425 | 124,390,217 | 2.21 |
| 16 | 2/13/2017 | 2,934,622 | 124,395,325 | 2.36 |
| 17 | 2/21/2017 | 2,139,383 | 124,415,759 | 1.72 |
| 18 | 2/27/2017 | 9,458,597 | 124,415,759 | 7.60 |
| 19 | 3/6/2017 | 3,931,010 | 124,415,759 | 3.16 |
| 20 | 3/13/2017 | 2,875,239 | 124,449,843 | 2.31 |
| 21 | 3/20/2017 | 2,757,358 | 124,449,843 | 2.22 |
| 22 | 3/27/2017 | 5,438,126 | 124,454,368 | 4.37 |
| 23 | 4/3/2017 | 15,754,740 | 124,472,468 | 12.66 |
| 24 | 4/10/2017 | 11,614,036 | 124,472,468 | 9.33 |
| 25 | 4/17/2017 | 6,253,228 | 124,472,468 | 5.02 |
| 26 | 4/24/2017 | 39,233,724 | 124,489,028 | 31.52 |
| 27 | 5/1/2017 | 10,980,161 | 124,555,268 | 8.82 |
| 28 | 5/8/2017 | 6,610,833 | 124,555,268 | 5.31 |
| 29 | 5/15/2017 | 5,177,348 | 124,555,268 | 4.16 |
| 30 | 5/22/2017 | 4,396,599 | 124,555,268 | 3.53 |
| 31 | 5/30/2017 | 3,546,370 | 124,555,268 | 2.85 |
| 32 | 6/5/2017 | 4,760,935 | 124,555,268 | 3.82 |
| 33 | 6/12/2017 | 3,085,292 | 124,555,268 | 2.48 |
| 34 | 6/19/2017 | 4,061,356 | 124,555,268 | 3.26 |
| 35 | 6/26/2017 | 3,411,381 | 124,615,867 | 2.74 |
| 36 | 7/3/2017 | 2,111,171 | 124,858,261 | 1.69 |
| 37 | 7/10/2017 | 3,480,661 | 124,858,261 | 2.79 |

**Exhibit 3**

**Akorn, Inc.**

**Weekly Trading Volume as a Percent of Shares Outstanding**

**For Common Stock**

**November 3, 2016 to January 8, 2019**

| Week | First Trading Date of Week | Weekly Volume[1] | Shares Outstanding[2] | Percent of Shares Traded Weekly |
|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5)<br>(3) / (4) |
| 38 | 7/17/2017 | 10,219,649 | 124,858,261 | 8.18 % |
| 39 | 7/24/2017 | 3,487,737 | 124,916,615 | 2.79 |
| 40 | 7/31/2017 | 7,308,520 | 124,916,615 | 5.85 |
| 41 | 8/7/2017 | 7,421,704 | 124,916,615 | 5.94 |
| 42 | 8/14/2017 | 9,210,360 | 124,916,615 | 7.37 |
| 43 | 8/21/2017 | 7,010,233 | 124,916,615 | 5.61 |
| 44 | 8/28/2017 | 4,298,104 | 124,916,615 | 3.44 |
| 45 | 9/5/2017 | 3,268,736 | 124,916,615 | 2.62 |
| 46 | 9/11/2017 | 4,485,470 | 124,916,615 | 3.59 |
| 47 | 9/18/2017 | 2,633,189 | 124,916,615 | 2.11 |
| 48 | 9/25/2017 | 3,685,064 | 124,916,615 | 2.95 |
| 49 | 10/2/2017 | 9,201,278 | 125,068,571 | 7.36 |
| 50 | 10/9/2017 | 3,953,569 | 125,068,571 | 3.16 |
| 51 | 10/16/2017 | 3,707,462 | 125,068,571 | 2.96 |
| 52 | 10/23/2017 | 8,246,482 | 125,068,981 | 6.59 |
| 53 | 10/30/2017 | 9,239,865 | 125,070,621 | 7.39 |
| 54 | 11/6/2017 | 4,689,966 | 125,070,621 | 3.75 |
| 55 | 11/13/2017 | 2,645,380 | 125,070,621 | 2.12 |
| 56 | 11/20/2017 | 7,067,740 | 125,070,621 | 5.65 |
| 57 | 11/27/2017 | 1,988,730 | 125,070,621 | 1.59 |
| 58 | 12/4/2017 | 2,479,707 | 125,070,621 | 1.98 |
| 59 | 12/11/2017 | 3,922,596 | 125,070,621 | 3.14 |
| 60 | 12/18/2017 | 2,397,571 | 125,070,621 | 1.92 |
| 61 | 12/26/2017 | 3,490,476 | 125,070,621 | 2.79 |
| 62 | 1/2/2018 | 1,793,515 | 125,090,522 | 1.43 |
| 63 | 1/8/2018 | 4,164,065 | 125,090,522 | 3.33 |
| 64 | 1/16/2018 | 3,449,045 | 125,090,522 | 2.76 |
| 65 | 1/22/2018 | 2,431,040 | 125,090,522 | 1.94 |
| 66 | 1/29/2018 | 2,124,073 | 125,090,522 | 1.70 |
| 67 | 2/5/2018 | 3,372,669 | 125,090,522 | 2.70 |
| 68 | 2/12/2018 | 2,876,257 | 125,124,053 | 2.30 |
| 69 | 2/20/2018 | 2,891,826 | 125,258,177 | 2.31 |
| 70 | 2/26/2018 | 23,568,040 | 125,258,177 | 18.82 |
| 71 | 3/5/2018 | 4,389,490 | 125,258,177 | 3.50 |
| 72 | 3/12/2018 | 2,621,860 | 125,258,177 | 2.09 |
| 73 | 3/19/2018 | 1,726,294 | 125,258,177 | 1.38 |
| 74 | 3/26/2018 | 2,559,252 | 125,258,177 | 2.04 |

**Exhibit 3**

**Akorn, Inc.**

**Weekly Trading Volume as a Percent of Shares Outstanding**

**For Common Stock**

**November 3, 2016 to January 8, 2019**

| Week | First Trading Date of Week | Weekly Volume[1] | Shares Outstanding[2] | Percent of Shares Traded Weekly |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) (3) / (4) |
| 75 | 4/2/2018 | 4,135,656 | 125,258,615 | 3.30 % |
| 76 | 4/9/2018 | 3,417,359 | 125,258,615 | 2.73 |
| 77 | 4/16/2018 | 2,182,227 | 125,258,615 | 1.74 |
| 78 | 4/23/2018 | 17,304,780 | 125,258,615 | 13.82 |
| 79 | 4/30/2018 | 13,988,399 | 125,258,615 | 11.17 |
| 80 | 5/7/2018 | 7,793,440 | 125,258,615 | 6.22 |
| 81 | 5/14/2018 | 4,355,835 | 125,258,615 | 3.48 |
| 82 | 5/21/2018 | 3,750,812 | 125,258,615 | 2.99 |
| 83 | 5/29/2018 | 3,584,621 | 125,258,615 | 2.86 |
| 84 | 6/4/2018 | 3,427,566 | 125,258,615 | 2.74 |
| 85 | 6/11/2018 | 3,962,091 | 125,258,615 | 3.16 |
| 86 | 6/18/2018 | 10,082,479 | 125,258,615 | 8.05 |
| 87 | 6/25/2018 | 3,623,714 | 125,258,615 | 2.89 |
| 88 | 7/2/2018 | 5,318,707 | 125,404,158 | 4.24 |
| 89 | 7/9/2018 | 11,835,937 | 125,404,158 | 9.44 |
| 90 | 7/16/2018 | 5,253,309 | 125,404,158 | 4.19 |
| 91 | 7/23/2018 | 3,520,071 | 125,422,964 | 2.81 |
| 92 | 7/30/2018 | 3,852,085 | 125,451,174 | 3.07 |
| 93 | 8/6/2018 | 3,207,130 | 125,451,174 | 2.56 |
| 94 | 8/13/2018 | 3,119,717 | 125,451,174 | 2.49 |
| 95 | 8/20/2018 | 10,116,945 | 125,451,174 | 8.06 |
| 96 | 8/27/2018 | 5,315,929 | 125,451,174 | 4.24 |
| 97 | 9/4/2018 | 3,904,683 | 125,451,174 | 3.11 |
| 98 | 9/10/2018 | 5,265,303 | 125,451,174 | 4.20 |
| 99 | 9/17/2018 | 4,349,893 | 125,451,174 | 3.47 |
| 100 | 9/24/2018 | 3,590,212 | 125,451,174 | 2.86 |
| 101 | 10/1/2018 | 25,544,128 | 125,492,373 | 20.36 |
| 102 | 10/8/2018 | 8,903,423 | 125,492,373 | 7.09 |
| 103 | 10/15/2018 | 8,027,097 | 125,492,373 | 6.40 |
| 104 | 10/22/2018 | 7,135,538 | 125,492,373 | 5.69 |
| 105 | 10/29/2018 | 15,924,208 | 125,492,373 | 12.69 |
| 106 | 11/5/2018 | 6,768,367 | 125,492,373 | 5.39 |
| 107 | 11/12/2018 | 3,862,878 | 125,492,373 | 3.08 |
| 108 | 11/19/2018 | 2,607,032 | 125,492,373 | 2.08 |
| 109 | 11/26/2018 | 4,196,813 | 125,492,373 | 3.34 |
| 110 | 12/3/2018 | 17,847,338 | 125,492,373 | 14.22 |
| 111 | 12/10/2018 | 8,608,414 | 125,492,373 | 6.86 |

**Exhibit 3**

**Akorn, Inc.**

**Weekly Trading Volume as a Percent of Shares Outstanding**

**For Common Stock**

**November 3, 2016 to January 8, 2019**

| Week | First Trading Date of Week | Weekly Volume[1] | Shares Outstanding[2] | Percent of Shares Traded Weekly |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| | | | | (3) / (4) |
| 112 | 12/17/2018 | 11,008,887 | 125,492,373 | 8.77 % |
| 113 | 12/24/2018 | 4,053,824 | 125,492,373 | 3.23 |
| 114 | 12/31/2018 | 6,954,672 | 125,492,373 | 5.54 |
| 115 | 1/7/2019 | 2,498,229 | 125,492,373 | 1.99 |
| | Average:[3] | 5,921,533 | | 4.73 % |
| | Median:[3] | 3,962,091 | | 3.16 % |

**Notes and Sources:**

Daily trading volume data obtained from Bloomberg L.P.

Shares outstanding data obtained from SEC filings.

[1] Daily trading volume is adjusted for the NASDAQ specialist rate, which is taken to be 54.76%. For more information, see Fernando Avalos and Marcia Kramer Mayer, "Dealer Participation on the New York Stock Exchange and Nasdaq."

[2] Shares outstanding figures are as of the most recent reported date.

[3] Calculated using only weeks 2 through 114 as they are full weeks wholly included in the class period. All weeks are weighted equally.

**Exhibit 4**
**Akorn, Inc.**
**Analysts Contributing to**
**Quarterly I/B/E/S[1] Consensus Earnings Estimates**
**October 2016 to January 2019**

| Estimate Date | Fiscal Quarter End | Earnings Announcement Date | Number of Analysts Submitting Quarterly Earnings Estimates to I/B/E/S[2] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 10/20/2016 | 09/2016 | 11/3/2016 | 14 |
| 11/17/2016 | 12/2016 | 3/1/2017 | 13 |
| 12/15/2016 | 12/2016 | 3/1/2017 | 14 |
| 1/19/2017 | 12/2016 | 3/1/2017 | 15 |
| 2/16/2017 | 12/2016 | 3/1/2017 | 15 |
| 3/16/2017 | 03/2017 | 5/4/2017 | 12 |
| 4/20/2017 | 03/2017 | 5/4/2017 | 13 |
| 5/18/2017 | 06/2017 | 7/31/2017 | 10 |
| 6/15/2017 | 06/2017 | 7/31/2017 | 10 |
| 7/20/2017 | 06/2017 | 7/31/2017 | 10 |
| 8/17/2017 | 09/2017 | 11/1/2017 | 3 |
| 9/14/2017 | 09/2017 | 11/1/2017 | 4 |
| 10/19/2017 | 09/2017 | 11/1/2017 | 4 |
| 11/16/2017 | 12/2017 | 2/28/2018 | 4 |
| 12/14/2017 | 12/2017 | 2/28/2018 | 2 |
| 1/18/2018 | 12/2017 | 2/28/2018 | 2 |
| 2/15/2018 | 12/2017 | 2/28/2018 | 1 |
| 3/15/2018 | 03/2018 | 5/2/2018 | 3 |
| 4/19/2018 | 03/2018 | 5/2/2018 | 5 |
| 5/17/2018 | 06/2018 | 8/1/2018 | 4 |
| 6/14/2018 | 06/2018 | 8/1/2018 | 3 |
| 7/19/2018 | 06/2018 | 8/1/2018 | 3 |
| 8/16/2018 | 09/2018 | 11/6/2018 | 3 |
| 9/20/2018 | 09/2018 | 11/6/2018 | 2 |
| 10/18/2018 | 09/2018 | 11/6/2018 | 4 |
| 11/15/2018 | 12/2018 | 2/28/2019 | 5 |
| 12/20/2018 | 12/2018 | 2/28/2019 | 5 |
| 1/17/2019 | 12/2018 | 2/28/2019 | 5 |

| **Average Number of Analyst Estimates:[3]** | 6.5 |
|---|---|

| **Median Number of Analyst Estimates:[3]** | 4.0 |
|---|---|

**Notes and Sources:**

Earnings dates and number of analyst estimates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems, Inc.

[1] Institutional Brokers' Estimate System.

[2] Number of analysts covering Akorn common stock.

[3] Calculated using earnings estimate data within the class period (observations from November 17, 2016 to December 20, 2018). If data immediately before and after the class period are used (October 20, 2016 and January 17, 2019), the average number of analyst estimates is 6.7, and the median number of analyst estimates is 4.5.

**Exhibit 5**

**Akorn, Inc.**

**Summary of Quarterly Institutional Holdings for Common Stock**

**September 30, 2016 to March 31, 2019**

| As of Date | Number of Institutional Holders[1] | Total Institutional Holdings[2] | Shares Outstanding[3] | Total Institutional Holdings As a Percent of Shares Outstanding |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| | | | | (3) / (4) |
| 9/30/2016 | 351 | 95,336,480 | 125,234,041 | 76.1 % |
| 12/31/2016 | 346 | 93,897,162 | 124,390,217 | 75.5 |
| 3/31/2017 | 352 | 94,755,190 | 124,472,468 | 76.1 |
| 6/30/2017 | 335 | 93,575,012 | 124,858,261 | 74.9 |
| 9/30/2017 | 290 | 101,135,146 | 125,068,571 | 80.9 |
| 12/31/2017 | 300 | 106,566,782 | 125,090,522 | 85.2 |
| 3/31/2018 | 296 | 86,634,171 | 125,258,615 | 69.2 |
| 6/30/2018 | 300 | 92,163,541 | 125,404,158 | 73.5 |
| 9/30/2018 | 298 | 84,271,349 | 125,492,373 | 67.2 |
| 12/31/2018 | 240 | 88,779,259 | 125,492,373 | 70.7 |
| 3/31/2019 | 233 | 87,722,563 | 125,577,671 | 69.9 |

| | |
|---|---|
| **Average Quarterly Holdings as a Percent of Shares Outstanding:[4]** | 74.8 % |

| | |
|---|---|
| **Median Quarterly Holdings as a Percent of Shares Outstanding:[4]** | 74.9 % |

**Notes and Sources:**

Institutional holdings data obtained from FactSet Research Systems, Inc.

Shares outstanding data obtained from SEC filings.

[1] Number of institutions that reported non-zero holdings during the quarter.

[2] Total calculated by summing individual institutional holdings figures from institutions that reported holdings.

[3] Daily shares outstanding figures are as of the most recent reported date.

[4] Calculated using institutional holdings data for periods wholly within the class period (observations from December 31, 2016 through December 31, 2018). If data immediately before and after the class period are used (September 30, 2016 and March 31, 2019), then the average quarterly institutional holdings as a percent of shares outstanding is 74.5% and the median quarterly institutional holdings as a percent of shares outstanding is 74.9%.

**Exhibit 6**
**Akorn, Inc.**
**Summary of Short Interest for Common Stock**
**October 2016 to January 2019**

| As of Date | Short Interest | Shares Outstanding[1] | Short Interest As a Percent of Shares Outstanding |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) / (3) |
| 10/31/2016 | 12,192,656 | 125,240,731 | 9.74 % |
| 11/15/2016 | 10,324,737 | 125,240,731 | 8.24 |
| 11/30/2016 | 9,958,701 | 125,240,731 | 7.95 |
| 12/15/2016 | 9,344,306 | 125,240,731 | 7.46 |
| 12/30/2016 | 8,870,739 | 125,240,731 | 7.08 |
| 1/13/2017 | 9,106,821 | 124,390,217 | 7.32 |
| 1/31/2017 | 10,147,065 | 124,390,217 | 8.16 |
| 2/15/2017 | 8,855,143 | 124,390,217 | 7.12 |
| 2/28/2017 | 9,300,023 | 124,415,759 | 7.47 |
| 3/15/2017 | 11,368,648 | 124,449,843 | 9.14 |
| 3/31/2017 | 12,365,586 | 124,472,468 | 9.93 |
| 4/13/2017 | 10,943,284 | 124,472,468 | 8.79 |
| 4/28/2017 | 8,836,773 | 124,555,268 | 7.09 |
| 5/15/2017 | 7,297,197 | 124,555,268 | 5.86 |
| 5/31/2017 | 6,886,219 | 124,555,268 | 5.53 |
| 6/15/2017 | 7,311,132 | 124,555,268 | 5.87 |
| 6/30/2017 | 6,788,051 | 124,858,261 | 5.44 |
| 7/14/2017 | 7,236,730 | 124,858,261 | 5.80 |
| 7/31/2017 | 9,353,832 | 124,916,615 | 7.49 |
| 8/15/2017 | 15,605,371 | 124,916,615 | 12.49 |
| 8/31/2017 | 19,291,494 | 124,916,615 | 15.44 |
| 9/15/2017 | 18,693,446 | 124,916,615 | 14.96 |
| 9/29/2017 | 18,998,478 | 124,916,615 | 15.21 |
| 10/13/2017 | 22,781,466 | 125,068,571 | 18.22 |
| 10/31/2017 | 26,010,144 | 125,070,621 | 20.80 |
| 11/15/2017 | 25,079,879 | 125,070,621 | 20.05 |
| 11/30/2017 | 26,139,322 | 125,070,621 | 20.90 |
| 12/15/2017 | 26,629,723 | 125,070,621 | 21.29 |
| 12/29/2017 | 25,205,843 | 125,070,621 | 20.15 |
| 1/12/2018 | 25,736,380 | 125,090,522 | 20.57 |
| 1/31/2018 | 25,049,552 | 125,090,522 | 20.03 |
| 2/15/2018 | 24,036,105 | 125,090,522 | 19.21 |
| 2/28/2018 | 20,769,706 | 125,258,177 | 16.58 |
| 3/15/2018 | 10,952,583 | 125,258,177 | 8.74 |
| 3/29/2018 | 10,541,538 | 125,258,177 | 8.42 |
| 4/13/2018 | 9,693,806 | 125,258,615 | 7.74 |
| 4/30/2018 | 12,582,108 | 125,258,615 | 10.04 |
| 5/15/2018 | 10,488,176 | 125,258,615 | 8.37 |
| 5/31/2018 | 10,146,950 | 125,258,615 | 8.10 |
| 6/15/2018 | 9,793,593 | 125,258,615 | 7.82 |
| 6/29/2018 | 12,260,105 | 125,258,615 | 9.79 |

**Exhibit 6**
**Akorn, Inc.**
**Summary of Short Interest for Common Stock**
**October 2016 to January 2019**

| As of Date (1) | Short Interest (2) | Shares Outstanding[1] (3) | Short Interest As a Percent of Shares Outstanding (4) (2) / (3) |
|---|---|---|---|
| 7/13/2018 | 10,972,803 | 125,404,158 | 8.75 % |
| 7/31/2018 | 10,860,963 | 125,451,174 | 8.66 |
| 8/15/2018 | 9,939,058 | 125,451,174 | 7.92 |
| 8/31/2018 | 8,893,224 | 125,451,174 | 7.09 |
| 9/14/2018 | 7,895,282 | 125,451,174 | 6.29 |
| 9/28/2018 | 7,881,575 | 125,451,174 | 6.28 |
| 10/15/2018 | 8,144,405 | 125,492,373 | 6.49 |
| 10/31/2018 | 8,731,313 | 125,492,373 | 6.96 |
| 11/15/2018 | 7,302,823 | 125,492,373 | 5.82 |
| 11/30/2018 | 6,670,362 | 125,492,373 | 5.32 |
| 12/14/2018 | 7,056,383 | 125,492,373 | 5.62 |
| 12/31/2018 | 8,068,043 | 125,492,373 | 6.43 |
| 1/15/2019 | 8,178,541 | 125,492,373 | 6.52 |

| | |
|---|---|
| **Average Short Interest as a Percent of Shares Outstanding:[2]** | 10.35 % |

| | |
|---|---|
| **Median Short Interest as a Percent of Shares Outstanding:[2]** | 8.13 % |

**Notes and Sources:**
Short interest data obtained from Bloomberg L.P.
Shares outstanding data obtained from SEC filings.

[1] Daily shares outstanding figures are as of the most recent reported date.

[2] Calculated using short interest data within the class period (observations from period November 15, 2016 to December 31, 2018). If data immediately before and after the class period are used (October 31, 2016 and January 15, 2019), the average short interest as a percent of shares outstanding is 10.27% and the median short interest as a percent of shares outstanding is 8.13%.

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 11/3/2016 | $ 20.27 | 125,240,731 | $ 2,538,629,617 | 34,711,746 | 90,528,985 | $ 1,835,022,526 | 72.28 % |
| 11/4/2016 | 19.68 | 125,240,731 | 2,464,737,586 | 34,711,746 | 90,528,985 | 1,781,610,425 | 72.28 |
| 11/7/2016 | 20.26 | 125,240,731 | 2,537,377,210 | 34,711,746 | 90,528,985 | 1,834,117,236 | 72.28 |
| 11/8/2016 | 20.01 | 125,240,731 | 2,506,067,027 | 34,711,746 | 90,528,985 | 1,811,484,990 | 72.28 |
| 11/9/2016 | 21.90 | 125,240,731 | 2,742,772,009 | 34,711,746 | 90,528,985 | 1,982,584,772 | 72.28 |
| 11/10/2016 | 21.55 | 125,240,731 | 2,698,937,753 | 34,711,746 | 90,528,985 | 1,950,899,627 | 72.28 |
| 11/11/2016 | 22.18 | 125,240,731 | 2,777,839,414 | 34,711,746 | 90,528,985 | 2,007,932,887 | 72.28 |
| 11/14/2016 | 22.96 | 125,240,731 | 2,875,527,184 | 34,711,746 | 90,528,985 | 2,078,545,496 | 72.28 |
| 11/15/2016 | 23.27 | 125,240,731 | 2,914,351,810 | 34,711,746 | 90,528,985 | 2,106,609,481 | 72.28 |
| 11/16/2016 | 22.16 | 125,240,731 | 2,775,334,599 | 34,711,746 | 90,528,985 | 2,006,122,308 | 72.28 |
| 11/17/2016 | 22.27 | 125,240,731 | 2,789,111,079 | 34,711,746 | 90,528,985 | 2,016,080,496 | 72.28 |
| 11/18/2016 | 21.89 | 125,240,731 | 2,741,519,602 | 34,711,746 | 90,528,985 | 1,981,679,482 | 72.28 |
| 11/21/2016 | 21.79 | 125,240,731 | 2,728,995,528 | 34,711,746 | 90,528,985 | 1,972,626,583 | 72.28 |
| 11/22/2016 | 21.48 | 125,240,731 | 2,690,170,902 | 34,711,746 | 90,528,985 | 1,944,562,598 | 72.28 |
| 11/23/2016 | 22.40 | 125,240,731 | 2,805,392,374 | 34,711,746 | 90,528,985 | 2,027,849,264 | 72.28 |
| 11/25/2016 | 22.38 | 125,240,731 | 2,802,887,560 | 34,711,746 | 90,528,985 | 2,026,038,684 | 72.28 |
| 11/28/2016 | 22.40 | 125,240,731 | 2,805,392,374 | 34,711,746 | 90,528,985 | 2,027,849,264 | 72.28 |
| 11/29/2016 | 22.00 | 125,240,731 | 2,755,296,082 | 34,711,746 | 90,528,985 | 1,991,637,670 | 72.28 |
| 11/30/2016 | 21.22 | 125,240,731 | 2,657,608,312 | 34,711,746 | 90,528,985 | 1,921,025,062 | 72.28 |
| 12/1/2016 | 19.99 | 125,240,731 | 2,503,562,213 | 34,711,746 | 90,528,985 | 1,809,674,410 | 72.28 |
| 12/2/2016 | 19.88 | 125,240,731 | 2,489,785,732 | 34,711,746 | 90,528,985 | 1,799,716,222 | 72.28 |
| 12/5/2016 | 20.22 | 125,240,731 | 2,532,367,581 | 34,711,746 | 90,528,985 | 1,830,496,077 | 72.28 |
| 12/6/2016 | 18.94 | 125,240,731 | 2,372,059,445 | 34,711,746 | 90,528,985 | 1,714,618,976 | 72.28 |
| 12/7/2016 | 18.23 | 125,240,731 | 2,283,138,526 | 34,711,746 | 90,528,985 | 1,650,343,397 | 72.28 |
| 12/8/2016 | 18.40 | 125,240,731 | 2,304,429,450 | 34,711,746 | 90,528,985 | 1,665,733,324 | 72.28 |
| 12/9/2016 | 18.60 | 125,240,731 | 2,329,477,597 | 34,711,746 | 90,528,985 | 1,683,839,121 | 72.28 |
| 12/12/2016 | 20.21 | 125,240,731 | 2,531,115,174 | 34,711,746 | 90,528,985 | 1,829,590,787 | 72.28 |
| 12/13/2016 | 20.47 | 125,240,731 | 2,563,677,764 | 34,711,746 | 90,528,985 | 1,853,128,323 | 72.28 |
| 12/14/2016 | 20.29 | 125,240,731 | 2,541,134,432 | 34,711,746 | 90,528,985 | 1,836,833,106 | 72.28 |
| 12/15/2016 | 20.30 | 125,240,731 | 2,542,386,839 | 34,711,746 | 90,528,985 | 1,837,738,396 | 72.28 |
| 12/16/2016 | 20.92 | 125,240,731 | 2,620,036,093 | 34,711,746 | 90,528,985 | 1,893,866,366 | 72.28 |
| 12/19/2016 | 21.05 | 125,240,731 | 2,636,317,388 | 34,711,746 | 90,528,985 | 1,905,635,134 | 72.28 |
| 12/20/2016 | 21.30 | 125,240,731 | 2,667,627,570 | 34,711,746 | 90,528,985 | 1,928,267,381 | 72.28 |
| 12/21/2016 | 21.34 | 125,240,731 | 2,672,637,200 | 34,711,746 | 90,528,985 | 1,931,888,540 | 72.28 |
| 12/22/2016 | 21.08 | 125,240,731 | 2,640,074,609 | 34,711,746 | 90,528,985 | 1,908,351,004 | 72.28 |
| 12/23/2016 | 21.71 | 125,240,731 | 2,718,976,270 | 34,711,746 | 90,528,985 | 1,965,384,264 | 72.28 |
| 12/27/2016 | 21.48 | 125,240,731 | 2,690,170,902 | 34,711,746 | 90,528,985 | 1,944,562,598 | 72.28 |
| 12/28/2016 | 21.02 | 125,240,731 | 2,632,560,166 | 34,711,746 | 90,528,985 | 1,902,919,265 | 72.28 |
| 12/29/2016 | 21.15 | 125,240,731 | 2,648,841,461 | 34,711,746 | 90,528,985 | 1,914,688,033 | 72.28 |
| 12/30/2016 | 21.83 | 125,240,731 | 2,734,005,158 | 34,711,746 | 90,528,985 | 1,976,247,743 | 72.28 |
| 1/3/2017 | 22.07 | 124,390,217 | 2,745,292,089 | 34,711,746 | 89,678,471 | 1,979,203,855 | 72.09 |
| 1/4/2017 | 23.42 | 124,390,217 | 2,913,218,882 | 34,711,746 | 89,678,471 | 2,100,269,791 | 72.09 |
| 1/5/2017 | 23.42 | 124,390,217 | 2,913,218,882 | 34,711,746 | 89,678,471 | 2,100,269,791 | 72.09 |
| 1/6/2017 | 22.55 | 124,390,217 | 2,804,999,393 | 34,711,746 | 89,678,471 | 2,022,249,521 | 72.09 |
| 1/9/2017 | 22.60 | 124,390,217 | 2,811,218,904 | 34,711,746 | 89,678,471 | 2,026,733,445 | 72.09 |
| 1/10/2017 | 22.54 | 124,390,217 | 2,803,755,491 | 34,711,746 | 89,678,471 | 2,021,352,736 | 72.09 |
| 1/11/2017 | 21.66 | 124,390,217 | 2,694,292,100 | 34,711,746 | 89,678,471 | 1,942,435,682 | 72.09 |
| 1/12/2017 | 21.87 | 124,390,217 | 2,720,414,046 | 34,711,746 | 89,678,471 | 1,961,268,161 | 72.09 |
| 1/13/2017 | 22.48 | 124,390,217 | 2,796,292,078 | 34,711,746 | 89,678,471 | 2,015,972,028 | 72.09 |
| 1/17/2017 | 21.25 | 124,390,217 | 2,643,292,111 | 34,711,746 | 89,678,471 | 1,905,667,509 | 72.09 |
| 1/18/2017 | 20.87 | 124,390,217 | 2,596,023,829 | 34,711,746 | 89,678,471 | 1,871,589,690 | 72.09 |
| 1/19/2017 | 20.61 | 124,390,217 | 2,563,682,372 | 34,711,746 | 89,678,471 | 1,848,273,287 | 72.09 |
| 1/20/2017 | 20.52 | 124,390,217 | 2,552,487,253 | 34,711,746 | 89,678,471 | 1,840,202,225 | 72.09 |
| 1/23/2017 | 20.17 | 124,390,217 | 2,508,950,677 | 34,711,746 | 89,678,471 | 1,808,814,760 | 72.09 |
| 1/24/2017 | 19.77 | 124,390,217 | 2,459,194,590 | 34,711,746 | 89,678,471 | 1,772,943,372 | 72.09 |
| 1/25/2017 | 19.89 | 124,390,217 | 2,474,121,416 | 34,711,746 | 89,678,471 | 1,783,704,788 | 72.09 |
| 1/26/2017 | 19.70 | 124,390,217 | 2,450,487,275 | 34,711,746 | 89,678,471 | 1,766,665,879 | 72.09 |
| 1/27/2017 | 19.65 | 124,390,217 | 2,444,267,764 | 34,711,746 | 89,678,471 | 1,762,181,955 | 72.09 |
| 1/30/2017 | 18.29 | 124,390,217 | 2,275,097,069 | 34,711,746 | 89,678,471 | 1,640,219,235 | 72.09 |
| 1/31/2017 | 19.10 | 124,390,217 | 2,375,853,145 | 34,711,746 | 89,678,471 | 1,712,858,796 | 72.09 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) (2) × (3) | (5) | (6) (3) - (5) | (7) (2) × (6) | (8) (6) / (3) |
| 2/1/2017 | $ 19.45 | 124,390,217 | $ 2,419,389,721 | 34,711,746 | 89,678,471 | $ 1,744,246,261 | 72.09 % |
| 2/2/2017 | 19.91 | 124,390,217 | 2,475,987,269 | 34,711,746 | 89,678,471 | 1,785,049,965 | 72.09 |
| 2/3/2017 | 20.08 | 124,390,217 | 2,497,755,557 | 34,711,746 | 89,678,471 | 1,800,743,698 | 72.09 |
| 2/6/2017 | 20.06 | 124,390,217 | 2,495,267,753 | 34,711,746 | 89,678,471 | 1,798,950,128 | 72.09 |
| 2/7/2017 | 19.84 | 124,390,217 | 2,467,901,905 | 34,711,746 | 89,678,471 | 1,779,220,865 | 72.09 |
| 2/8/2017 | 20.54 | 124,390,217 | 2,554,975,057 | 34,711,746 | 89,678,471 | 1,841,995,794 | 72.09 |
| 2/9/2017 | 20.69 | 124,390,217 | 2,573,633,590 | 34,711,746 | 89,678,471 | 1,855,447,565 | 72.09 |
| 2/10/2017 | 20.49 | 124,390,217 | 2,548,755,546 | 34,711,746 | 89,678,471 | 1,837,511,871 | 72.09 |
| 2/13/2017 | 20.74 | 124,390,217 | 2,579,853,101 | 34,711,746 | 89,678,471 | 1,859,931,489 | 72.09 |
| 2/14/2017 | 21.65 | 124,390,217 | 2,693,048,198 | 34,711,746 | 89,678,471 | 1,941,538,897 | 72.09 |
| 2/15/2017 | 21.98 | 124,390,217 | 2,734,096,970 | 34,711,746 | 89,678,471 | 1,971,132,793 | 72.09 |
| 2/16/2017 | 21.84 | 124,390,217 | 2,716,682,339 | 34,711,746 | 89,678,471 | 1,958,577,807 | 72.09 |
| 2/17/2017 | 21.78 | 124,415,759 | 2,709,775,231 | 34,711,746 | 89,704,013 | 1,953,753,403 | 72.10 |
| 2/21/2017 | 21.91 | 124,415,759 | 2,725,949,280 | 34,711,746 | 89,704,013 | 1,965,414,925 | 72.10 |
| 2/22/2017 | 21.57 | 124,415,759 | 2,683,647,922 | 34,711,746 | 89,704,013 | 1,934,915,560 | 72.10 |
| 2/23/2017 | 21.58 | 124,415,759 | 2,684,892,079 | 34,711,746 | 89,704,013 | 1,935,812,601 | 72.10 |
| 2/24/2017 | 21.28 | 124,415,759 | 2,647,567,352 | 34,711,746 | 89,704,013 | 1,908,901,397 | 72.10 |
| 2/27/2017 | 22.08 | 124,415,759 | 2,747,099,959 | 34,711,746 | 89,704,013 | 1,980,664,607 | 72.10 |
| 2/28/2017 | 20.81 | 124,415,759 | 2,589,091,945 | 34,711,746 | 89,704,013 | 1,866,740,511 | 72.10 |
| 3/1/2017 | 21.85 | 124,415,759 | 2,718,484,334 | 34,711,746 | 89,704,013 | 1,960,032,684 | 72.10 |
| 3/2/2017 | 22.98 | 124,415,759 | 2,859,074,142 | 34,474,910 | 89,940,849 | 2,066,840,710 | 72.29 |
| 3/3/2017 | 24.12 | 124,415,759 | 3,000,286,028 | 34,474,910 | 89,940,849 | 2,168,923,574 | 72.29 |
| 3/6/2017 | 22.39 | 124,415,759 | 2,785,668,844 | 34,474,910 | 89,940,849 | 2,013,775,609 | 72.29 |
| 3/7/2017 | 22.48 | 124,415,759 | 2,796,866,262 | 34,474,910 | 89,940,849 | 2,021,870,286 | 72.29 |
| 3/8/2017 | 22.89 | 124,415,759 | 2,847,876,724 | 34,474,910 | 89,940,849 | 2,058,746,034 | 72.29 |
| 3/9/2017 | 22.82 | 124,415,759 | 2,839,167,620 | 34,474,910 | 89,940,849 | 2,052,450,174 | 72.29 |
| 3/10/2017 | 22.66 | 124,415,759 | 2,819,261,099 | 34,474,910 | 89,940,849 | 2,038,059,638 | 72.29 |
| 3/13/2017 | 22.50 | 124,449,843 | 2,800,121,468 | 34,474,910 | 89,974,933 | 2,024,435,993 | 72.30 |
| 3/14/2017 | 22.22 | 124,449,843 | 2,765,275,511 | 34,474,910 | 89,974,933 | 1,999,243,011 | 72.30 |
| 3/15/2017 | 22.68 | 124,449,843 | 2,822,522,439 | 34,474,910 | 89,974,933 | 2,040,631,480 | 72.30 |
| 3/16/2017 | 22.82 | 124,449,843 | 2,839,945,417 | 34,474,910 | 89,974,933 | 2,053,227,971 | 72.30 |
| 3/17/2017 | 22.32 | 124,449,843 | 2,777,720,496 | 34,474,910 | 89,974,933 | 2,008,240,505 | 72.30 |
| 3/20/2017 | 22.54 | 124,449,843 | 2,805,099,461 | 34,474,910 | 89,974,933 | 2,028,034,990 | 72.30 |
| 3/21/2017 | 22.37 | 124,449,843 | 2,783,942,988 | 34,474,910 | 89,974,933 | 2,012,739,251 | 72.30 |
| 3/22/2017 | 22.24 | 124,449,843 | 2,767,764,508 | 34,474,910 | 89,974,933 | 2,001,042,510 | 72.30 |
| 3/23/2017 | 22.30 | 124,449,843 | 2,774,609,250 | 34,474,910 | 89,974,933 | 2,005,991,131 | 72.30 |
| 3/24/2017 | 22.75 | 124,449,843 | 2,831,233,928 | 34,474,910 | 89,974,933 | 2,046,929,726 | 72.30 |
| 3/27/2017 | 23.98 | 124,449,843 | 2,984,307,235 | 34,474,910 | 89,974,933 | 2,157,598,893 | 72.30 |
| 3/28/2017 | 24.77 | 124,449,843 | 3,082,622,611 | 34,474,910 | 89,974,933 | 2,228,679,090 | 72.30 |
| 3/29/2017 | 24.46 | 124,449,843 | 3,044,043,160 | 34,474,910 | 89,974,933 | 2,200,786,861 | 72.30 |
| 3/30/2017 | 24.35 | 124,449,843 | 3,030,353,677 | 34,474,910 | 89,974,933 | 2,190,889,619 | 72.30 |
| 3/31/2017 | 24.08 | 124,472,468 | 2,997,297,029 | 34,474,910 | 89,997,558 | 2,167,141,197 | 72.30 |
| 4/3/2017 | 23.69 | 124,472,468 | 2,948,752,767 | 34,474,910 | 89,997,558 | 2,132,042,149 | 72.30 |
| 4/4/2017 | 23.33 | 124,472,468 | 2,903,942,678 | 34,474,910 | 89,997,558 | 2,099,643,028 | 72.30 |
| 4/5/2017 | 23.96 | 124,472,468 | 2,982,360,333 | 34,474,910 | 89,997,558 | 2,156,341,490 | 72.30 |
| 4/6/2017 | 25.22 | 124,472,468 | 3,139,195,643 | 34,474,910 | 89,997,558 | 2,269,738,413 | 72.30 |
| 4/7/2017 | 29.77 | 124,472,468 | 3,705,545,372 | 34,474,910 | 89,997,558 | 2,679,227,302 | 72.30 |
| 4/10/2017 | 32.50 | 124,472,468 | 4,045,355,210 | 34,474,910 | 89,997,558 | 2,924,920,635 | 72.30 |
| 4/11/2017 | 32.76 | 124,472,468 | 4,077,718,052 | 34,474,910 | 89,997,558 | 2,948,320,000 | 72.30 |
| 4/12/2017 | 32.99 | 124,472,468 | 4,106,346,719 | 34,474,910 | 89,997,558 | 2,969,019,438 | 72.30 |
| 4/13/2017 | 32.42 | 124,472,468 | 4,035,397,413 | 34,474,910 | 89,997,558 | 2,917,720,830 | 72.30 |
| 4/17/2017 | 31.99 | 124,472,468 | 3,981,874,251 | 34,474,910 | 89,997,558 | 2,879,021,880 | 72.30 |
| 4/18/2017 | 33.04 | 124,472,468 | 4,112,570,343 | 34,474,910 | 89,997,558 | 2,973,519,316 | 72.30 |
| 4/19/2017 | 32.85 | 124,472,468 | 4,088,920,574 | 34,474,910 | 89,997,558 | 2,956,419,780 | 72.30 |
| 4/20/2017 | 33.00 | 124,472,468 | 4,107,591,444 | 34,474,910 | 89,997,558 | 2,969,919,414 | 72.30 |
| 4/21/2017 | 32.91 | 124,472,468 | 4,096,388,922 | 34,474,910 | 89,997,558 | 2,961,819,634 | 72.30 |
| 4/24/2017 | 32.72 | 124,472,468 | 4,072,739,153 | 34,474,910 | 89,997,558 | 2,944,720,098 | 72.30 |
| 4/25/2017 | 33.09 | 124,472,468 | 4,118,793,966 | 34,474,910 | 89,997,558 | 2,978,019,194 | 72.30 |
| 4/26/2017 | 33.18 | 124,472,468 | 4,129,996,488 | 34,474,910 | 89,997,558 | 2,986,118,974 | 72.30 |
| 4/27/2017 | 33.34 | 124,472,468 | 4,149,912,083 | 34,474,910 | 89,997,558 | 3,000,518,584 | 72.30 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 4/28/2017 | $ 33.45 | 124,555,268 | $ 4,166,373,715 | 34,474,910 | 90,080,358 | $ 3,013,187,975 | 72.32 % |
| 5/1/2017 | 33.32 | 124,555,268 | 4,150,181,530 | 34,474,910 | 90,080,358 | 3,001,477,529 | 72.32 |
| 5/2/2017 | 33.50 | 124,555,268 | 4,171,978,702 | 34,474,910 | 90,080,358 | 3,017,241,591 | 72.32 |
| 5/3/2017 | 33.14 | 124,555,268 | 4,127,761,582 | 34,474,910 | 90,080,358 | 2,985,263,064 | 72.32 |
| 5/4/2017 | 33.10 | 124,555,268 | 4,122,779,371 | 34,474,910 | 90,080,358 | 2,981,659,850 | 72.32 |
| 5/5/2017 | 33.08 | 124,555,268 | 4,120,288,265 | 34,474,910 | 90,080,358 | 2,979,858,243 | 72.32 |
| 5/8/2017 | 33.10 | 124,555,268 | 4,122,156,594 | 34,474,910 | 90,080,358 | 2,981,209,448 | 72.32 |
| 5/9/2017 | 33.27 | 124,555,268 | 4,143,953,766 | 34,474,910 | 90,080,358 | 2,996,973,511 | 72.32 |
| 5/10/2017 | 33.24 | 124,555,268 | 4,140,217,108 | 34,474,910 | 90,080,358 | 2,994,271,100 | 72.32 |
| 5/11/2017 | 33.17 | 124,555,268 | 4,131,498,240 | 34,474,910 | 90,080,358 | 2,987,965,475 | 72.32 |
| 5/12/2017 | 33.15 | 124,555,268 | 4,129,007,134 | 34,474,910 | 90,080,358 | 2,986,163,868 | 72.32 |
| 5/15/2017 | 33.19 | 124,555,268 | 4,133,989,345 | 34,474,910 | 90,080,358 | 2,989,767,082 | 72.32 |
| 5/16/2017 | 33.27 | 124,555,268 | 4,143,953,766 | 34,474,910 | 90,080,358 | 2,996,973,511 | 72.32 |
| 5/17/2017 | 33.14 | 124,555,268 | 4,127,761,582 | 34,474,910 | 90,080,358 | 2,985,263,064 | 72.32 |
| 5/18/2017 | 33.10 | 124,555,268 | 4,122,779,371 | 34,474,910 | 90,080,358 | 2,981,659,850 | 72.32 |
| 5/19/2017 | 33.21 | 124,555,268 | 4,136,480,450 | 34,474,910 | 90,080,358 | 2,991,568,689 | 72.32 |
| 5/22/2017 | 33.20 | 124,555,268 | 4,135,234,898 | 34,474,910 | 90,080,358 | 2,990,667,886 | 72.32 |
| 5/23/2017 | 33.18 | 124,555,268 | 4,132,743,792 | 34,474,910 | 90,080,358 | 2,988,866,278 | 72.32 |
| 5/24/2017 | 33.18 | 124,555,268 | 4,132,743,792 | 34,474,910 | 90,080,358 | 2,988,866,278 | 72.32 |
| 5/25/2017 | 33.24 | 124,555,268 | 4,140,217,108 | 34,474,910 | 90,080,358 | 2,994,271,100 | 72.32 |
| 5/26/2017 | 33.21 | 124,555,268 | 4,136,480,450 | 34,474,910 | 90,080,358 | 2,991,568,689 | 72.32 |
| 5/30/2017 | 33.20 | 124,555,268 | 4,135,234,898 | 34,474,910 | 90,080,358 | 2,990,667,886 | 72.32 |
| 5/31/2017 | 33.27 | 124,555,268 | 4,143,953,766 | 34,474,910 | 90,080,358 | 2,996,973,511 | 72.32 |
| 6/1/2017 | 33.30 | 124,555,268 | 4,147,690,424 | 34,474,910 | 90,080,358 | 2,999,675,921 | 72.32 |
| 6/2/2017 | 33.26 | 124,555,268 | 4,142,708,214 | 34,474,910 | 90,080,358 | 2,996,072,707 | 72.32 |
| 6/5/2017 | 33.20 | 124,555,268 | 4,135,234,898 | 34,474,910 | 90,080,358 | 2,990,667,886 | 72.32 |
| 6/6/2017 | 33.23 | 124,555,268 | 4,138,971,556 | 34,474,910 | 90,080,358 | 2,993,370,296 | 72.32 |
| 6/7/2017 | 33.36 | 124,555,268 | 4,155,163,740 | 34,474,910 | 90,080,358 | 3,005,080,743 | 72.32 |
| 6/8/2017 | 33.28 | 124,555,268 | 4,145,199,319 | 34,474,910 | 90,080,358 | 2,997,874,314 | 72.32 |
| 6/9/2017 | 33.24 | 124,555,268 | 4,140,217,108 | 34,474,910 | 90,080,358 | 2,994,271,100 | 72.32 |
| 6/12/2017 | 33.38 | 124,555,268 | 4,157,654,846 | 34,474,910 | 90,080,358 | 3,006,882,350 | 72.32 |
| 6/13/2017 | 33.44 | 124,555,268 | 4,165,128,162 | 34,474,910 | 90,080,358 | 3,012,287,172 | 72.32 |
| 6/14/2017 | 33.44 | 124,555,268 | 4,165,128,162 | 34,474,910 | 90,080,358 | 3,012,287,172 | 72.32 |
| 6/15/2017 | 33.45 | 124,555,268 | 4,166,373,715 | 34,474,910 | 90,080,358 | 3,013,187,975 | 72.32 |
| 6/16/2017 | 33.48 | 124,555,268 | 4,170,110,373 | 34,474,910 | 90,080,358 | 3,015,890,386 | 72.32 |
| 6/19/2017 | 33.45 | 124,555,268 | 4,166,373,715 | 34,474,910 | 90,080,358 | 3,013,187,975 | 72.32 |
| 6/20/2017 | 33.41 | 124,555,268 | 4,161,391,504 | 34,474,910 | 90,080,358 | 3,009,584,761 | 72.32 |
| 6/21/2017 | 33.49 | 124,555,268 | 4,171,355,925 | 34,474,910 | 90,080,358 | 3,016,791,189 | 72.32 |
| 6/22/2017 | 33.53 | 124,555,268 | 4,176,338,136 | 34,474,910 | 90,080,358 | 3,020,394,404 | 72.32 |
| 6/23/2017 | 33.53 | 124,555,268 | 4,176,338,136 | 34,474,910 | 90,080,358 | 3,020,394,404 | 72.32 |
| 6/26/2017 | 33.58 | 124,555,268 | 4,182,565,899 | 34,474,910 | 90,080,358 | 3,024,898,422 | 72.32 |
| 6/27/2017 | 33.41 | 124,555,268 | 4,161,391,504 | 34,474,910 | 90,080,358 | 3,009,584,761 | 72.32 |
| 6/28/2017 | 33.49 | 124,555,268 | 4,171,355,925 | 34,474,910 | 90,080,358 | 3,016,791,189 | 72.32 |
| 6/29/2017 | 33.44 | 124,555,268 | 4,165,128,162 | 34,474,910 | 90,080,358 | 3,012,287,172 | 72.32 |
| 6/30/2017 | 33.54 | 124,858,261 | 4,187,746,074 | 34,474,910 | 90,383,351 | 3,031,457,593 | 72.39 |
| 7/3/2017 | 33.47 | 124,858,261 | 4,179,005,996 | 34,474,910 | 90,383,351 | 3,025,130,758 | 72.39 |
| 7/5/2017 | 33.51 | 124,858,261 | 4,184,000,326 | 34,474,910 | 90,383,351 | 3,028,746,092 | 72.39 |
| 7/6/2017 | 33.50 | 124,858,261 | 4,182,751,744 | 34,474,910 | 90,383,351 | 3,027,842,259 | 72.39 |
| 7/7/2017 | 33.55 | 124,858,261 | 4,188,994,657 | 34,474,910 | 90,383,351 | 3,032,361,426 | 72.39 |
| 7/10/2017 | 33.57 | 124,858,261 | 4,190,867,530 | 34,474,910 | 90,383,351 | 3,033,717,176 | 72.39 |
| 7/11/2017 | 33.60 | 124,858,261 | 4,195,237,570 | 34,474,910 | 90,383,351 | 3,036,880,594 | 72.39 |
| 7/12/2017 | 33.55 | 124,858,261 | 4,188,994,657 | 34,474,910 | 90,383,351 | 3,032,361,426 | 72.39 |
| 7/13/2017 | 33.63 | 124,858,261 | 4,198,983,317 | 34,474,910 | 90,383,351 | 3,039,592,094 | 72.39 |
| 7/14/2017 | 33.65 | 124,858,261 | 4,200,856,191 | 34,474,910 | 90,383,351 | 3,040,947,844 | 72.39 |
| 7/17/2017 | 33.70 | 124,858,261 | 4,207,723,396 | 34,474,910 | 90,383,351 | 3,045,918,929 | 72.39 |
| 7/18/2017 | 33.70 | 124,858,261 | 4,207,723,396 | 34,474,910 | 90,383,351 | 3,045,918,929 | 72.39 |
| 7/19/2017 | 33.64 | 124,858,261 | 4,200,231,900 | 34,474,910 | 90,383,351 | 3,040,495,928 | 72.39 |
| 7/20/2017 | 33.65 | 124,858,261 | 4,201,480,483 | 34,474,910 | 90,383,351 | 3,041,399,761 | 72.39 |
| 7/21/2017 | 33.60 | 124,858,261 | 4,195,237,570 | 34,474,910 | 90,383,351 | 3,036,880,594 | 72.39 |
| 7/24/2017 | 33.62 | 124,916,615 | 4,199,696,596 | 34,474,910 | 90,441,705 | 3,040,650,122 | 72.40 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 7/25/2017 | $ 33.65 | 124,916,615 | $ 4,203,444,095 | 34,474,910 | 90,441,705 | $ 3,043,363,373 | 72.40 % |
| 7/26/2017 | 33.63 | 124,916,615 | 4,200,945,762 | 34,474,910 | 90,441,705 | 3,041,554,539 | 72.40 |
| 7/27/2017 | 33.60 | 124,916,615 | 4,197,198,264 | 34,474,910 | 90,441,705 | 3,038,841,288 | 72.40 |
| 7/28/2017 | 33.63 | 124,916,615 | 4,200,945,762 | 34,474,910 | 90,441,705 | 3,041,554,539 | 72.40 |
| 7/31/2017 | 33.62 | 124,916,615 | 4,199,696,596 | 34,474,910 | 90,441,705 | 3,040,650,122 | 72.40 |
| 8/1/2017 | 33.45 | 124,916,615 | 4,178,460,772 | 34,474,910 | 90,441,705 | 3,025,275,032 | 72.40 |
| 8/2/2017 | 33.48 | 124,916,615 | 4,182,208,270 | 34,474,910 | 90,441,705 | 3,027,988,283 | 72.40 |
| 8/3/2017 | 33.45 | 124,916,615 | 4,178,460,772 | 34,474,910 | 90,441,705 | 3,025,275,032 | 72.40 |
| 8/4/2017 | 33.47 | 124,916,615 | 4,180,959,104 | 34,474,910 | 90,441,705 | 3,027,083,866 | 72.40 |
| 8/7/2017 | 33.47 | 124,916,615 | 4,180,959,104 | 34,474,910 | 90,441,705 | 3,027,083,866 | 72.40 |
| 8/8/2017 | 33.40 | 124,916,615 | 4,172,214,941 | 34,474,910 | 90,441,705 | 3,020,752,947 | 72.40 |
| 8/9/2017 | 33.36 | 124,916,615 | 4,167,218,276 | 34,474,910 | 90,441,705 | 3,017,135,279 | 72.40 |
| 8/10/2017 | 33.32 | 124,916,615 | 4,162,221,612 | 34,474,910 | 90,441,705 | 3,013,517,611 | 72.40 |
| 8/11/2017 | 33.31 | 124,916,615 | 4,160,972,446 | 34,474,910 | 90,441,705 | 3,012,613,194 | 72.40 |
| 8/14/2017 | 33.34 | 124,916,615 | 4,164,095,361 | 34,474,910 | 90,441,705 | 3,014,874,236 | 72.40 |
| 8/15/2017 | 33.34 | 124,916,615 | 4,164,719,944 | 34,474,910 | 90,441,705 | 3,015,326,445 | 72.40 |
| 8/16/2017 | 33.30 | 124,916,615 | 4,159,723,280 | 34,474,910 | 90,441,705 | 3,011,708,777 | 72.40 |
| 8/17/2017 | 32.60 | 124,916,615 | 4,072,281,649 | 34,474,910 | 90,441,705 | 2,948,399,583 | 72.40 |
| 8/18/2017 | 31.98 | 124,916,615 | 3,994,833,348 | 34,474,910 | 90,441,705 | 2,892,325,726 | 72.40 |
| 8/21/2017 | 32.61 | 124,916,615 | 4,073,530,815 | 34,474,910 | 90,441,705 | 2,949,304,000 | 72.40 |
| 8/22/2017 | 32.52 | 124,916,615 | 4,062,288,320 | 34,474,910 | 90,441,705 | 2,941,164,247 | 72.40 |
| 8/23/2017 | 32.32 | 124,916,615 | 4,037,304,997 | 34,474,910 | 90,441,705 | 2,923,075,906 | 72.40 |
| 8/24/2017 | 32.36 | 124,916,615 | 4,042,301,661 | 34,474,910 | 90,441,705 | 2,926,693,574 | 72.40 |
| 8/25/2017 | 32.50 | 124,916,615 | 4,059,789,988 | 34,474,910 | 90,441,705 | 2,939,355,413 | 72.40 |
| 8/28/2017 | 32.49 | 124,916,615 | 4,058,540,821 | 34,474,910 | 90,441,705 | 2,938,450,995 | 72.40 |
| 8/29/2017 | 32.62 | 124,916,615 | 4,074,779,981 | 34,474,910 | 90,441,705 | 2,950,208,417 | 72.40 |
| 8/30/2017 | 32.83 | 124,916,615 | 4,101,012,470 | 34,474,910 | 90,441,705 | 2,969,201,175 | 72.40 |
| 8/31/2017 | 32.90 | 124,916,615 | 4,109,756,634 | 34,474,910 | 90,441,705 | 2,975,532,095 | 72.40 |
| 9/1/2017 | 32.94 | 124,916,615 | 4,114,753,298 | 34,474,910 | 90,441,705 | 2,979,149,763 | 72.40 |
| 9/5/2017 | 32.97 | 124,916,615 | 4,118,500,797 | 34,474,910 | 90,441,705 | 2,981,863,014 | 72.40 |
| 9/6/2017 | 32.96 | 124,916,615 | 4,117,251,630 | 34,474,910 | 90,441,705 | 2,980,958,597 | 72.40 |
| 9/7/2017 | 32.99 | 124,916,615 | 4,120,999,129 | 34,474,910 | 90,441,705 | 2,983,671,848 | 72.40 |
| 9/8/2017 | 33.11 | 124,916,615 | 4,135,989,123 | 34,474,910 | 90,441,705 | 2,994,524,853 | 72.40 |
| 9/11/2017 | 33.17 | 124,916,615 | 4,143,484,120 | 34,474,910 | 90,441,705 | 2,999,951,355 | 72.40 |
| 9/12/2017 | 33.23 | 124,916,615 | 4,150,979,116 | 34,474,910 | 90,441,705 | 3,005,377,857 | 72.40 |
| 9/13/2017 | 33.15 | 124,916,615 | 4,140,985,787 | 34,474,910 | 90,441,705 | 2,998,142,521 | 72.40 |
| 9/14/2017 | 32.97 | 124,916,615 | 4,118,500,797 | 34,474,910 | 90,441,705 | 2,981,863,014 | 72.40 |
| 9/15/2017 | 33.10 | 124,916,615 | 4,134,739,957 | 34,474,910 | 90,441,705 | 2,993,620,436 | 72.40 |
| 9/18/2017 | 33.02 | 124,916,615 | 4,124,746,627 | 34,474,910 | 90,441,705 | 2,986,385,099 | 72.40 |
| 9/19/2017 | 33.10 | 124,916,615 | 4,134,739,957 | 34,474,910 | 90,441,705 | 2,993,620,436 | 72.40 |
| 9/20/2017 | 33.15 | 124,916,615 | 4,140,985,787 | 34,474,910 | 90,441,705 | 2,998,142,521 | 72.40 |
| 9/21/2017 | 33.14 | 124,916,615 | 4,139,736,621 | 34,474,910 | 90,441,705 | 2,997,238,104 | 72.40 |
| 9/22/2017 | 33.06 | 124,916,615 | 4,129,743,292 | 34,474,910 | 90,441,705 | 2,990,002,767 | 72.40 |
| 9/25/2017 | 33.11 | 124,916,615 | 4,135,989,123 | 34,474,910 | 90,441,705 | 2,994,524,853 | 72.40 |
| 9/26/2017 | 33.12 | 124,916,615 | 4,137,238,289 | 34,474,910 | 90,441,705 | 2,995,429,270 | 72.40 |
| 9/27/2017 | 33.15 | 124,916,615 | 4,140,985,787 | 34,474,910 | 90,441,705 | 2,998,142,521 | 72.40 |
| 9/28/2017 | 33.17 | 124,916,615 | 4,143,484,120 | 34,474,910 | 90,441,705 | 2,999,951,355 | 72.40 |
| 9/29/2017 | 33.19 | 124,916,615 | 4,145,982,452 | 34,474,910 | 90,441,705 | 3,001,760,189 | 72.40 |
| 10/2/2017 | 33.17 | 125,068,571 | 4,148,524,500 | 34,474,910 | 90,593,661 | 3,004,991,735 | 72.44 |
| 10/3/2017 | 32.68 | 125,068,571 | 4,087,240,900 | 34,474,910 | 90,593,661 | 2,960,600,841 | 72.44 |
| 10/4/2017 | 32.90 | 125,068,571 | 4,114,755,986 | 34,474,910 | 90,593,661 | 2,980,531,447 | 72.44 |
| 10/5/2017 | 32.79 | 125,068,571 | 4,100,998,443 | 34,474,910 | 90,593,661 | 2,970,566,144 | 72.44 |
| 10/6/2017 | 32.83 | 125,068,571 | 4,106,001,186 | 34,474,910 | 90,593,661 | 2,974,189,891 | 72.44 |
| 10/9/2017 | 32.86 | 125,068,571 | 4,109,753,243 | 34,474,910 | 90,593,661 | 2,976,907,700 | 72.44 |
| 10/10/2017 | 32.94 | 125,068,571 | 4,119,133,386 | 34,474,910 | 90,593,661 | 2,983,702,225 | 72.44 |
| 10/11/2017 | 32.95 | 125,068,571 | 4,121,009,414 | 34,474,910 | 90,593,661 | 2,985,061,130 | 72.44 |
| 10/12/2017 | 33.16 | 125,068,571 | 4,147,273,814 | 34,474,910 | 90,593,661 | 3,004,085,799 | 72.44 |
| 10/13/2017 | 33.22 | 125,068,571 | 4,154,777,929 | 34,474,910 | 90,593,661 | 3,009,521,418 | 72.44 |
| 10/16/2017 | 33.21 | 125,068,571 | 4,153,527,243 | 34,474,910 | 90,593,661 | 3,008,615,482 | 72.44 |
| 10/17/2017 | 33.25 | 125,068,571 | 4,158,529,986 | 34,474,910 | 90,593,661 | 3,012,239,228 | 72.44 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 10/18/2017 | $ 33.18 | 125,068,571 | $ 4,149,775,186 | 34,474,910 | 90,593,661 | $ 3,005,897,672 | 72.44 % |
| 10/19/2017 | 33.15 | 125,068,571 | 4,146,023,129 | 34,474,910 | 90,593,661 | 3,003,179,862 | 72.44 |
| 10/20/2017 | 33.28 | 125,068,571 | 4,162,282,043 | 34,474,910 | 90,593,661 | 3,014,957,038 | 72.44 |
| 10/23/2017 | 33.29 | 125,068,571 | 4,163,532,729 | 34,474,910 | 90,593,661 | 3,015,862,975 | 72.44 |
| 10/24/2017 | 33.26 | 125,068,571 | 4,159,780,671 | 34,474,910 | 90,593,661 | 3,013,145,165 | 72.44 |
| 10/25/2017 | 33.22 | 125,068,571 | 4,154,777,929 | 34,474,910 | 90,593,661 | 3,009,521,418 | 72.44 |
| 10/26/2017 | 32.84 | 125,068,571 | 4,107,251,872 | 34,474,910 | 90,593,661 | 2,975,095,827 | 72.44 |
| 10/27/2017 | 32.52 | 125,070,621 | 4,067,296,595 | 34,474,910 | 90,595,711 | 2,946,172,522 | 72.44 |
| 10/30/2017 | 32.44 | 125,070,621 | 4,057,290,945 | 34,474,910 | 90,595,711 | 2,938,924,865 | 72.44 |
| 10/31/2017 | 32.57 | 125,070,621 | 4,073,550,126 | 34,474,910 | 90,595,711 | 2,950,702,307 | 72.44 |
| 11/1/2017 | 32.54 | 125,070,621 | 4,069,798,007 | 34,474,910 | 90,595,711 | 2,947,984,436 | 72.44 |
| 11/2/2017 | 33.25 | 125,070,621 | 4,158,598,148 | 34,474,910 | 90,595,711 | 3,012,307,391 | 72.44 |
| 11/3/2017 | 33.15 | 125,070,621 | 4,146,091,086 | 34,474,910 | 90,595,711 | 3,003,247,820 | 72.44 |
| 11/6/2017 | 33.26 | 125,070,621 | 4,159,848,854 | 34,474,910 | 90,595,711 | 3,013,213,348 | 72.44 |
| 11/7/2017 | 33.27 | 125,070,621 | 4,161,099,561 | 34,474,910 | 90,595,711 | 3,014,119,305 | 72.44 |
| 11/8/2017 | 33.24 | 125,070,621 | 4,157,347,442 | 34,474,910 | 90,595,711 | 3,011,401,434 | 72.44 |
| 11/9/2017 | 33.15 | 125,070,621 | 4,146,091,086 | 34,474,910 | 90,595,711 | 3,003,247,820 | 72.44 |
| 11/10/2017 | 33.21 | 125,070,621 | 4,153,595,323 | 34,474,910 | 90,595,711 | 3,008,683,562 | 72.44 |
| 11/13/2017 | 33.31 | 125,070,621 | 4,166,102,386 | 34,474,910 | 90,595,711 | 3,017,743,133 | 72.44 |
| 11/14/2017 | 33.37 | 125,070,621 | 4,173,606,623 | 34,474,910 | 90,595,711 | 3,023,178,876 | 72.44 |
| 11/15/2017 | 33.44 | 125,070,621 | 4,182,361,566 | 34,474,910 | 90,595,711 | 3,029,520,576 | 72.44 |
| 11/16/2017 | 33.48 | 125,070,621 | 4,187,364,391 | 34,474,910 | 90,595,711 | 3,033,144,404 | 72.44 |
| 11/17/2017 | 33.40 | 125,070,621 | 4,177,358,741 | 34,474,910 | 90,595,711 | 3,025,896,747 | 72.44 |
| 11/20/2017 | 33.40 | 125,070,621 | 4,177,358,741 | 34,474,910 | 90,595,711 | 3,025,896,747 | 72.44 |
| 11/21/2017 | 32.30 | 125,070,621 | 4,039,781,058 | 34,474,910 | 90,595,711 | 2,926,241,465 | 72.44 |
| 11/22/2017 | 32.37 | 125,070,621 | 4,048,536,002 | 34,474,910 | 90,595,711 | 2,932,583,165 | 72.44 |
| 11/24/2017 | 32.61 | 125,070,621 | 4,078,552,951 | 34,474,910 | 90,595,711 | 2,954,326,136 | 72.44 |
| 11/27/2017 | 32.64 | 125,070,621 | 4,082,305,069 | 34,474,910 | 90,595,711 | 2,957,044,007 | 72.44 |
| 11/28/2017 | 32.45 | 125,070,621 | 4,058,541,651 | 34,474,910 | 90,595,711 | 2,939,830,822 | 72.44 |
| 11/29/2017 | 32.53 | 125,070,621 | 4,068,547,301 | 34,474,910 | 90,595,711 | 2,947,078,479 | 72.44 |
| 11/30/2017 | 32.55 | 125,070,621 | 4,071,048,714 | 34,474,910 | 90,595,711 | 2,948,890,393 | 72.44 |
| 12/1/2017 | 32.90 | 125,070,621 | 4,114,823,431 | 34,474,910 | 90,595,711 | 2,980,598,892 | 72.44 |
| 12/4/2017 | 32.76 | 125,070,621 | 4,097,313,544 | 34,474,910 | 90,595,711 | 2,967,915,492 | 72.44 |
| 12/5/2017 | 32.80 | 125,070,621 | 4,102,316,369 | 34,474,910 | 90,595,711 | 2,971,539,321 | 72.44 |
| 12/6/2017 | 32.69 | 125,070,621 | 4,088,558,600 | 34,474,910 | 90,595,711 | 2,961,573,793 | 72.44 |
| 12/7/2017 | 32.49 | 125,070,621 | 4,063,544,476 | 34,474,910 | 90,595,711 | 2,943,454,650 | 72.44 |
| 12/8/2017 | 32.92 | 125,070,621 | 4,117,324,843 | 34,474,910 | 90,595,711 | 2,982,410,806 | 72.44 |
| 12/11/2017 | 32.64 | 125,070,621 | 4,082,305,069 | 34,474,910 | 90,595,711 | 2,957,044,007 | 72.44 |
| 12/12/2017 | 32.20 | 125,070,621 | 4,027,273,996 | 34,474,910 | 90,595,711 | 2,917,181,894 | 72.44 |
| 12/13/2017 | 32.22 | 125,070,621 | 4,029,775,409 | 34,474,910 | 90,595,711 | 2,918,993,808 | 72.44 |
| 12/14/2017 | 32.20 | 125,070,621 | 4,027,273,996 | 34,474,910 | 90,595,711 | 2,917,181,894 | 72.44 |
| 12/15/2017 | 32.36 | 125,070,621 | 4,047,285,296 | 34,474,910 | 90,595,711 | 2,931,677,208 | 72.44 |
| 12/18/2017 | 32.32 | 125,070,621 | 4,041,657,118 | 34,474,910 | 90,595,711 | 2,927,600,401 | 72.44 |
| 12/19/2017 | 32.37 | 125,070,621 | 4,048,536,002 | 34,474,910 | 90,595,711 | 2,932,583,165 | 72.44 |
| 12/20/2017 | 32.36 | 125,070,621 | 4,047,285,296 | 34,474,910 | 90,595,711 | 2,931,677,208 | 72.44 |
| 12/21/2017 | 32.04 | 125,070,621 | 4,007,262,697 | 34,474,910 | 90,595,711 | 2,902,686,580 | 72.44 |
| 12/22/2017 | 32.08 | 125,070,621 | 4,012,265,522 | 34,474,910 | 90,595,711 | 2,906,310,409 | 72.44 |
| 12/26/2017 | 31.95 | 125,070,621 | 3,996,006,341 | 34,474,910 | 90,595,711 | 2,894,532,966 | 72.44 |
| 12/27/2017 | 31.85 | 125,070,621 | 3,983,499,279 | 34,474,910 | 90,595,711 | 2,885,473,395 | 72.44 |
| 12/28/2017 | 31.84 | 125,070,621 | 3,982,248,573 | 34,474,910 | 90,595,711 | 2,884,567,438 | 72.44 |
| 12/29/2017 | 32.23 | 125,070,621 | 4,031,026,115 | 34,474,910 | 90,595,711 | 2,919,899,766 | 72.44 |
| 1/2/2018 | 32.67 | 125,090,522 | 4,086,707,354 | 34,474,910 | 90,615,612 | 2,960,412,044 | 72.44 |
| 1/3/2018 | 32.70 | 125,090,522 | 4,090,460,069 | 34,474,910 | 90,615,612 | 2,963,130,512 | 72.44 |
| 1/4/2018 | 32.45 | 125,090,522 | 4,059,187,439 | 34,474,910 | 90,615,612 | 2,940,476,609 | 72.44 |
| 1/5/2018 | 32.46 | 125,090,522 | 4,060,438,344 | 34,474,910 | 90,615,612 | 2,941,382,766 | 72.44 |
| 1/8/2018 | 32.72 | 125,090,522 | 4,092,961,880 | 34,474,910 | 90,615,612 | 2,964,942,825 | 72.44 |
| 1/9/2018 | 33.37 | 125,090,522 | 4,173,645,267 | 34,474,910 | 90,615,612 | 3,023,389,894 | 72.44 |
| 1/10/2018 | 33.51 | 125,090,522 | 4,191,783,392 | 34,474,910 | 90,615,612 | 3,036,529,158 | 72.44 |
| 1/11/2018 | 33.56 | 125,090,522 | 4,198,037,918 | 34,474,910 | 90,615,612 | 3,041,059,939 | 72.44 |
| 1/12/2018 | 33.55 | 125,090,522 | 4,196,787,013 | 34,474,910 | 90,615,612 | 3,040,153,783 | 72.44 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | (2) × (3) | | (3) − (5) | (2) × (6) | (6) / (3) |
| 1/16/2018 | $ 33.42 | 125,090,522 | $ 4,180,525,245 | 34,474,910 | 90,615,612 | $ 3,028,373,753 | 72.44 % |
| 1/17/2018 | 33.15 | 125,090,522 | 4,146,750,804 | 34,474,910 | 90,615,612 | 3,003,907,538 | 72.44 |
| 1/18/2018 | 33.06 | 125,090,522 | 4,135,492,657 | 34,474,910 | 90,615,612 | 2,995,752,133 | 72.44 |
| 1/19/2018 | 33.01 | 125,090,522 | 4,129,238,131 | 34,474,910 | 90,615,612 | 2,991,221,352 | 72.44 |
| 1/22/2018 | 33.09 | 125,090,522 | 4,139,245,373 | 34,474,910 | 90,615,612 | 2,998,470,601 | 72.44 |
| 1/23/2018 | 33.16 | 125,090,522 | 4,148,001,710 | 34,474,910 | 90,615,612 | 3,004,813,694 | 72.44 |
| 1/24/2018 | 32.93 | 125,090,522 | 4,119,230,889 | 34,474,910 | 90,615,612 | 2,983,972,103 | 72.44 |
| 1/25/2018 | 32.59 | 125,090,522 | 4,076,700,112 | 34,474,910 | 90,615,612 | 2,953,162,795 | 72.44 |
| 1/26/2018 | 32.47 | 125,090,522 | 4,061,689,249 | 34,474,910 | 90,615,612 | 2,942,288,922 | 72.44 |
| 1/29/2018 | 32.29 | 125,090,522 | 4,039,172,955 | 34,474,910 | 90,615,612 | 2,925,978,111 | 72.44 |
| 1/30/2018 | 32.25 | 125,090,522 | 4,033,543,882 | 34,474,910 | 90,615,612 | 2,921,900,409 | 72.44 |
| 1/31/2018 | 32.22 | 125,090,522 | 4,030,416,619 | 34,474,910 | 90,615,612 | 2,919,635,019 | 72.44 |
| 2/1/2018 | 32.57 | 125,090,522 | 4,074,198,302 | 34,474,910 | 90,615,612 | 2,951,350,483 | 72.44 |
| 2/2/2018 | 32.33 | 125,090,522 | 4,044,176,576 | 34,474,910 | 90,615,612 | 2,929,602,736 | 72.44 |
| 2/5/2018 | 32.00 | 125,090,522 | 4,002,896,704 | 34,474,910 | 90,615,612 | 2,899,699,584 | 72.44 |
| 2/6/2018 | 31.98 | 125,090,522 | 4,000,394,894 | 34,474,910 | 90,615,612 | 2,897,887,272 | 72.44 |
| 2/7/2018 | 31.75 | 125,090,522 | 3,971,624,074 | 34,474,910 | 90,615,612 | 2,877,045,681 | 72.44 |
| 2/8/2018 | 31.19 | 125,090,522 | 3,901,573,381 | 34,474,910 | 90,615,612 | 2,826,300,938 | 72.44 |
| 2/9/2018 | 32.12 | 125,090,522 | 4,017,907,567 | 34,474,910 | 90,615,612 | 2,910,573,457 | 72.44 |
| 2/12/2018 | 31.90 | 125,090,522 | 3,990,387,652 | 34,474,910 | 90,615,612 | 2,890,638,023 | 72.44 |
| 2/13/2018 | 31.33 | 125,090,522 | 3,919,086,054 | 34,474,910 | 90,615,612 | 2,838,987,124 | 72.44 |
| 2/14/2018 | 31.30 | 125,090,522 | 3,915,333,339 | 34,474,910 | 90,615,612 | 2,836,268,656 | 72.44 |
| 2/15/2018 | 31.95 | 125,090,522 | 3,996,642,178 | 34,474,910 | 90,615,612 | 2,895,168,803 | 72.44 |
| 2/16/2018 | 31.85 | 125,258,177 | 3,989,472,937 | 34,474,910 | 90,783,267 | 2,891,447,054 | 72.48 |
| 2/20/2018 | 31.59 | 125,258,177 | 3,956,905,811 | 34,474,910 | 90,783,267 | 2,867,843,405 | 72.48 |
| 2/21/2018 | 31.38 | 125,258,177 | 3,930,601,594 | 34,474,910 | 90,783,267 | 2,848,778,918 | 72.48 |
| 2/22/2018 | 30.73 | 125,258,177 | 3,849,183,779 | 34,474,910 | 90,783,267 | 2,789,769,795 | 72.48 |
| 2/23/2018 | 30.12 | 125,258,177 | 3,772,776,291 | 34,474,910 | 90,783,267 | 2,734,392,002 | 72.48 |
| 2/26/2018 | 30.28 | 125,258,177 | 3,792,817,600 | 34,474,910 | 90,783,267 | 2,748,917,325 | 72.48 |
| 2/27/2018 | 18.65 | 125,258,177 | 2,336,065,001 | 34,474,910 | 90,783,267 | 1,693,107,930 | 72.48 |
| 2/28/2018 | 16.94 | 125,258,177 | 2,121,873,518 | 34,474,910 | 90,783,267 | 1,537,868,543 | 72.48 |
| 3/1/2018 | 17.84 | 125,258,177 | 2,234,605,878 | 34,474,910 | 90,783,267 | 1,619,573,483 | 72.48 |
| 3/2/2018 | 18.97 | 125,258,177 | 2,376,147,618 | 34,474,910 | 90,783,267 | 1,722,158,575 | 72.48 |
| 3/5/2018 | 17.93 | 125,258,177 | 2,245,879,114 | 34,474,910 | 90,783,267 | 1,627,743,977 | 72.48 |
| 3/6/2018 | 18.41 | 125,258,177 | 2,306,003,039 | 34,474,910 | 90,783,267 | 1,671,319,945 | 72.48 |
| 3/7/2018 | 18.28 | 125,258,177 | 2,289,719,476 | 34,474,910 | 90,783,267 | 1,659,518,121 | 72.48 |
| 3/8/2018 | 18.59 | 125,258,177 | 2,328,549,510 | 34,474,910 | 90,783,267 | 1,687,660,934 | 72.48 |
| 3/9/2018 | 18.98 | 125,258,177 | 2,377,400,199 | 34,474,910 | 90,783,267 | 1,723,066,408 | 72.48 |
| 3/12/2018 | 18.97 | 125,258,177 | 2,376,147,618 | 34,474,910 | 90,783,267 | 1,722,158,575 | 72.48 |
| 3/13/2018 | 18.96 | 125,258,177 | 2,374,895,036 | 34,474,910 | 90,783,267 | 1,721,250,742 | 72.48 |
| 3/14/2018 | 18.77 | 125,258,177 | 2,351,095,982 | 34,474,910 | 90,783,267 | 1,704,001,922 | 72.48 |
| 3/15/2018 | 18.77 | 125,258,177 | 2,351,095,982 | 34,474,910 | 90,783,267 | 1,704,001,922 | 72.48 |
| 3/16/2018 | 18.78 | 125,258,177 | 2,352,348,564 | 34,474,910 | 90,783,267 | 1,704,909,754 | 72.48 |
| 3/19/2018 | 18.74 | 125,258,177 | 2,347,338,237 | 34,474,910 | 90,783,267 | 1,701,278,424 | 72.48 |
| 3/20/2018 | 18.78 | 125,258,177 | 2,352,348,564 | 34,474,910 | 90,783,267 | 1,704,909,754 | 72.48 |
| 3/21/2018 | 18.60 | 125,258,177 | 2,329,802,092 | 34,474,910 | 90,783,267 | 1,688,568,766 | 72.48 |
| 3/22/2018 | 18.52 | 125,258,177 | 2,319,781,438 | 34,474,910 | 90,783,267 | 1,681,306,105 | 72.48 |
| 3/23/2018 | 18.38 | 125,258,177 | 2,302,245,293 | 34,474,910 | 90,783,267 | 1,668,596,447 | 72.48 |
| 3/26/2018 | 18.72 | 125,258,177 | 2,344,833,073 | 34,474,910 | 90,783,267 | 1,699,462,758 | 72.48 |
| 3/27/2018 | 19.10 | 125,258,177 | 2,392,431,181 | 34,474,910 | 90,783,267 | 1,733,960,400 | 72.48 |
| 3/28/2018 | 18.74 | 125,258,177 | 2,347,338,237 | 34,474,910 | 90,783,267 | 1,701,278,424 | 72.48 |
| 3/29/2018 | 18.71 | 125,258,177 | 2,343,580,492 | 34,474,910 | 90,783,267 | 1,698,554,926 | 72.48 |
| 4/2/2018 | 18.64 | 125,258,615 | 2,334,820,584 | 34,474,910 | 90,783,705 | 1,692,208,261 | 72.48 |
| 4/3/2018 | 19.07 | 125,258,615 | 2,388,681,788 | 34,474,910 | 90,783,705 | 1,731,245,254 | 72.48 |
| 4/4/2018 | 19.46 | 125,258,615 | 2,437,532,648 | 34,474,910 | 90,783,705 | 1,766,650,899 | 72.48 |
| 4/5/2018 | 18.97 | 125,258,615 | 2,376,155,927 | 34,474,910 | 90,783,705 | 1,722,166,884 | 72.48 |
| 4/6/2018 | 18.39 | 125,258,615 | 2,303,505,930 | 34,474,910 | 90,783,705 | 1,669,512,335 | 72.48 |
| 4/9/2018 | 18.05 | 125,258,615 | 2,260,918,001 | 34,474,910 | 90,783,705 | 1,638,645,875 | 72.48 |
| 4/10/2018 | 18.41 | 125,258,615 | 2,306,011,102 | 34,474,910 | 90,783,705 | 1,671,328,009 | 72.48 |
| 4/11/2018 | 18.24 | 125,258,615 | 2,284,717,138 | 34,474,910 | 90,783,705 | 1,655,894,779 | 72.48 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | (2) × (3) | | (3) − (5) | (2) × (6) | (6) / (3) |
| 4/12/2018 | $ 18.22 | 125,258,615 | $ 2,282,211,965 | 34,474,910 | 90,783,705 | $ 1,654,079,105 | 72.48 % |
| 4/13/2018 | 18.43 | 125,258,615 | 2,308,516,274 | 34,474,910 | 90,783,705 | 1,673,143,683 | 72.48 |
| 4/16/2018 | 18.69 | 125,258,615 | 2,341,083,514 | 34,474,910 | 90,783,705 | 1,696,747,446 | 72.48 |
| 4/17/2018 | 18.97 | 125,258,615 | 2,376,155,927 | 34,474,910 | 90,783,705 | 1,722,166,884 | 72.48 |
| 4/18/2018 | 19.33 | 125,258,615 | 2,421,249,028 | 34,474,910 | 90,783,705 | 1,754,849,018 | 72.48 |
| 4/19/2018 | 19.38 | 125,258,615 | 2,427,511,959 | 34,474,910 | 90,783,705 | 1,759,388,203 | 72.48 |
| 4/20/2018 | 19.70 | 125,258,615 | 2,467,594,716 | 34,474,910 | 90,783,705 | 1,788,438,989 | 72.48 |
| 4/23/2018 | 13.05 | 125,258,615 | 1,634,624,926 | 34,474,910 | 90,783,705 | 1,184,727,350 | 72.48 |
| 4/24/2018 | 13.24 | 125,258,615 | 1,658,424,063 | 34,474,910 | 90,783,705 | 1,201,976,254 | 72.48 |
| 4/25/2018 | 13.53 | 125,258,615 | 1,694,749,061 | 34,474,910 | 90,783,705 | 1,228,303,529 | 72.48 |
| 4/26/2018 | 13.60 | 125,258,615 | 1,703,517,164 | 34,474,910 | 90,783,705 | 1,234,658,388 | 72.48 |
| 4/27/2018 | 14.54 | 125,258,615 | 1,821,260,262 | 34,474,910 | 90,783,705 | 1,319,995,071 | 72.48 |
| 4/30/2018 | 14.43 | 125,258,615 | 1,807,481,814 | 34,474,910 | 90,783,705 | 1,310,008,863 | 72.48 |
| 5/1/2018 | 14.76 | 125,258,615 | 1,848,817,157 | 34,474,910 | 90,783,705 | 1,339,967,486 | 72.48 |
| 5/2/2018 | 12.55 | 125,258,615 | 1,571,995,618 | 34,474,910 | 90,783,705 | 1,139,335,498 | 72.48 |
| 5/3/2018 | 11.57 | 125,258,615 | 1,449,242,176 | 34,474,910 | 90,783,705 | 1,050,367,467 | 72.48 |
| 5/4/2018 | 11.74 | 125,258,615 | 1,470,536,140 | 34,474,910 | 90,783,705 | 1,065,800,697 | 72.48 |
| 5/7/2018 | 12.13 | 125,258,615 | 1,519,387,000 | 34,474,910 | 90,783,705 | 1,101,206,342 | 72.48 |
| 5/8/2018 | 12.65 | 125,258,615 | 1,584,521,480 | 34,474,910 | 90,783,705 | 1,148,413,868 | 72.48 |
| 5/9/2018 | 12.81 | 125,258,615 | 1,604,562,858 | 34,474,910 | 90,783,705 | 1,162,939,261 | 72.48 |
| 5/10/2018 | 13.61 | 125,258,615 | 1,704,769,750 | 34,474,910 | 90,783,705 | 1,235,566,225 | 72.48 |
| 5/11/2018 | 14.03 | 125,258,615 | 1,757,378,368 | 34,474,910 | 90,783,705 | 1,273,695,381 | 72.48 |
| 5/14/2018 | 14.25 | 125,258,615 | 1,784,935,264 | 34,474,910 | 90,783,705 | 1,293,667,796 | 72.48 |
| 5/15/2018 | 14.16 | 125,258,615 | 1,773,661,988 | 34,474,910 | 90,783,705 | 1,285,497,263 | 72.48 |
| 5/16/2018 | 14.04 | 125,258,615 | 1,758,630,955 | 34,474,910 | 90,783,705 | 1,274,603,218 | 72.48 |
| 5/17/2018 | 14.24 | 125,258,615 | 1,783,682,678 | 34,474,910 | 90,783,705 | 1,292,759,959 | 72.48 |
| 5/18/2018 | 13.98 | 125,258,615 | 1,751,115,438 | 34,474,910 | 90,783,705 | 1,269,156,196 | 72.48 |
| 5/21/2018 | 14.04 | 125,258,615 | 1,758,630,955 | 34,474,910 | 90,783,705 | 1,274,603,218 | 72.48 |
| 5/22/2018 | 13.73 | 125,258,615 | 1,719,800,784 | 34,474,910 | 90,783,705 | 1,246,460,270 | 72.48 |
| 5/23/2018 | 13.70 | 125,258,615 | 1,716,043,026 | 34,474,910 | 90,783,705 | 1,243,736,759 | 72.48 |
| 5/24/2018 | 14.00 | 125,258,615 | 1,753,620,610 | 34,474,910 | 90,783,705 | 1,270,971,870 | 72.48 |
| 5/25/2018 | 14.07 | 125,258,615 | 1,762,388,713 | 34,474,910 | 90,783,705 | 1,277,326,729 | 72.48 |
| 5/29/2018 | 14.33 | 125,258,615 | 1,794,955,953 | 34,474,910 | 90,783,705 | 1,300,930,493 | 72.48 |
| 5/30/2018 | 14.34 | 125,258,615 | 1,796,208,539 | 34,474,910 | 90,783,705 | 1,301,838,330 | 72.48 |
| 5/31/2018 | 13.97 | 125,258,615 | 1,749,862,852 | 34,474,910 | 90,783,705 | 1,268,248,359 | 72.48 |
| 6/1/2018 | 13.79 | 125,258,615 | 1,727,316,301 | 34,474,910 | 90,783,705 | 1,251,907,292 | 72.48 |
| 6/4/2018 | 13.75 | 125,258,615 | 1,722,305,956 | 34,474,910 | 90,783,705 | 1,248,275,944 | 72.48 |
| 6/5/2018 | 14.20 | 125,258,615 | 1,778,672,333 | 34,474,910 | 90,783,705 | 1,289,128,611 | 72.48 |
| 6/6/2018 | 14.45 | 125,258,615 | 1,809,986,987 | 34,474,910 | 90,783,705 | 1,311,824,537 | 72.48 |
| 6/7/2018 | 14.45 | 125,258,615 | 1,809,986,987 | 34,474,910 | 90,783,705 | 1,311,824,537 | 72.48 |
| 6/8/2018 | 14.60 | 125,258,615 | 1,828,775,779 | 34,474,910 | 90,783,705 | 1,325,442,093 | 72.48 |
| 6/11/2018 | 14.75 | 125,258,615 | 1,847,564,571 | 34,474,910 | 90,783,705 | 1,339,059,649 | 72.48 |
| 6/12/2018 | 14.57 | 125,258,615 | 1,825,018,021 | 34,474,910 | 90,783,705 | 1,322,718,582 | 72.48 |
| 6/13/2018 | 14.87 | 125,258,615 | 1,862,595,605 | 34,474,910 | 90,783,705 | 1,349,953,693 | 72.48 |
| 6/14/2018 | 15.04 | 125,258,615 | 1,883,889,570 | 34,474,910 | 90,783,705 | 1,365,386,923 | 72.48 |
| 6/15/2018 | 15.42 | 125,258,615 | 1,931,487,843 | 34,474,910 | 90,783,705 | 1,399,884,731 | 72.48 |
| 6/18/2018 | 15.21 | 125,258,615 | 1,905,183,534 | 34,474,910 | 90,783,705 | 1,380,820,153 | 72.48 |
| 6/19/2018 | 15.90 | 125,258,615 | 1,991,611,979 | 34,474,910 | 90,783,705 | 1,443,460,910 | 72.48 |
| 6/20/2018 | 15.62 | 125,258,615 | 1,956,539,566 | 34,474,910 | 90,783,705 | 1,418,041,472 | 72.48 |
| 6/21/2018 | 15.76 | 125,258,615 | 1,974,075,772 | 34,474,910 | 90,783,705 | 1,430,751,191 | 72.48 |
| 6/22/2018 | 16.03 | 125,258,615 | 2,007,895,598 | 34,474,910 | 90,783,705 | 1,455,262,791 | 72.48 |
| 6/25/2018 | 15.65 | 125,258,615 | 1,960,297,325 | 34,474,910 | 90,783,705 | 1,420,764,983 | 72.48 |
| 6/26/2018 | 16.00 | 125,258,615 | 2,004,137,840 | 34,474,910 | 90,783,705 | 1,452,539,280 | 72.48 |
| 6/27/2018 | 15.77 | 125,258,615 | 1,975,328,359 | 34,474,910 | 90,783,705 | 1,431,659,028 | 72.48 |
| 6/28/2018 | 16.29 | 125,258,615 | 2,040,462,838 | 34,474,910 | 90,783,705 | 1,478,866,554 | 72.48 |
| 6/29/2018 | 16.59 | 125,258,615 | 2,078,040,423 | 34,474,910 | 90,783,705 | 1,506,101,666 | 72.48 |
| 7/2/2018 | 16.81 | 125,404,158 | 2,108,043,896 | 34,474,910 | 90,929,248 | 1,528,520,659 | 72.51 |
| 7/3/2018 | 17.11 | 125,404,158 | 2,145,665,143 | 34,474,910 | 90,929,248 | 1,555,799,433 | 72.51 |
| 7/5/2018 | 17.53 | 125,404,158 | 2,198,334,890 | 34,474,910 | 90,929,248 | 1,593,989,717 | 72.51 |
| 7/6/2018 | 18.07 | 125,404,158 | 2,266,053,135 | 34,474,910 | 90,929,248 | 1,643,091,511 | 72.51 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|  |  |  | (2) × (3) |  | (3) - (5) | (2) × (6) | (6) / (3) |
| 7/9/2018 | $ 18.58 | 125,404,158 | $ 2,330,009,256 | 34,474,910 | 90,929,248 | $ 1,689,465,428 | 72.51 % |
| 7/10/2018 | 17.97 | 125,404,158 | 2,253,512,719 | 34,474,910 | 90,929,248 | 1,633,998,587 | 72.51 |
| 7/11/2018 | 17.82 | 125,404,158 | 2,234,702,096 | 34,474,910 | 90,929,248 | 1,620,359,199 | 72.51 |
| 7/12/2018 | 19.21 | 125,404,158 | 2,409,013,875 | 34,474,910 | 90,929,248 | 1,746,750,854 | 72.51 |
| 7/13/2018 | 17.91 | 125,404,158 | 2,245,988,470 | 34,474,910 | 90,929,248 | 1,628,542,832 | 72.51 |
| 7/16/2018 | 16.84 | 125,404,158 | 2,111,806,021 | 34,474,910 | 90,929,248 | 1,531,248,536 | 72.51 |
| 7/17/2018 | 16.74 | 125,404,158 | 2,099,265,605 | 34,474,910 | 90,929,248 | 1,522,155,612 | 72.51 |
| 7/18/2018 | 16.85 | 125,404,158 | 2,113,060,062 | 34,474,910 | 90,929,248 | 1,532,157,829 | 72.51 |
| 7/19/2018 | 17.31 | 125,404,158 | 2,170,745,975 | 34,474,910 | 90,929,248 | 1,573,985,283 | 72.51 |
| 7/20/2018 | 17.47 | 125,404,158 | 2,190,810,640 | 34,474,910 | 90,929,248 | 1,588,533,963 | 72.51 |
| 7/23/2018 | 17.27 | 125,404,158 | 2,165,729,809 | 34,474,910 | 90,929,248 | 1,570,348,113 | 72.51 |
| 7/24/2018 | 16.98 | 125,404,158 | 2,129,362,603 | 34,474,910 | 90,929,248 | 1,543,978,631 | 72.51 |
| 7/25/2018 | 17.49 | 125,404,158 | 2,193,318,723 | 34,474,910 | 90,929,248 | 1,590,352,548 | 72.51 |
| 7/26/2018 | 17.60 | 125,451,174 | 2,207,940,662 | 34,474,910 | 90,976,264 | 1,601,182,246 | 72.52 |
| 7/27/2018 | 18.23 | 125,451,174 | 2,286,974,902 | 34,474,910 | 90,976,264 | 1,658,497,293 | 72.52 |
| 7/30/2018 | 18.31 | 125,451,174 | 2,297,010,996 | 34,474,910 | 90,976,264 | 1,665,775,394 | 72.52 |
| 7/31/2018 | 18.52 | 125,451,174 | 2,323,355,742 | 34,474,910 | 90,976,264 | 1,684,880,409 | 72.52 |
| 8/1/2018 | 17.94 | 125,451,174 | 2,250,594,062 | 34,474,910 | 90,976,264 | 1,632,114,176 | 72.52 |
| 8/2/2018 | 18.24 | 125,451,174 | 2,288,229,414 | 34,474,910 | 90,976,264 | 1,659,407,055 | 72.52 |
| 8/3/2018 | 18.60 | 125,451,174 | 2,333,391,836 | 34,474,910 | 90,976,264 | 1,692,158,510 | 72.52 |
| 8/6/2018 | 19.03 | 125,451,174 | 2,387,335,841 | 34,474,910 | 90,976,264 | 1,731,278,304 | 72.52 |
| 8/7/2018 | 19.51 | 125,451,174 | 2,447,552,405 | 34,474,910 | 90,976,264 | 1,774,946,911 | 72.52 |
| 8/8/2018 | 18.90 | 125,451,174 | 2,371,027,189 | 34,474,910 | 90,976,264 | 1,719,451,390 | 72.52 |
| 8/9/2018 | 18.82 | 125,451,174 | 2,360,991,095 | 34,474,910 | 90,976,264 | 1,712,173,288 | 72.52 |
| 8/10/2018 | 18.59 | 125,451,174 | 2,332,137,325 | 34,474,910 | 90,976,264 | 1,691,248,748 | 72.52 |
| 8/13/2018 | 18.72 | 125,451,174 | 2,348,445,977 | 34,474,910 | 90,976,264 | 1,703,075,662 | 72.52 |
| 8/14/2018 | 18.99 | 125,451,174 | 2,382,317,794 | 34,474,910 | 90,976,264 | 1,727,639,253 | 72.52 |
| 8/15/2018 | 19.31 | 125,451,174 | 2,422,462,170 | 34,474,910 | 90,976,264 | 1,756,751,658 | 72.52 |
| 8/16/2018 | 19.15 | 125,451,174 | 2,402,389,982 | 34,474,910 | 90,976,264 | 1,742,195,456 | 72.52 |
| 8/17/2018 | 18.99 | 125,451,174 | 2,382,317,794 | 34,474,910 | 90,976,264 | 1,727,639,253 | 72.52 |
| 8/20/2018 | 19.48 | 125,451,174 | 2,443,788,870 | 34,474,910 | 90,976,264 | 1,772,217,623 | 72.52 |
| 8/21/2018 | 17.92 | 125,451,174 | 2,248,085,038 | 34,474,910 | 90,976,264 | 1,630,294,651 | 72.52 |
| 8/22/2018 | 18.11 | 125,451,174 | 2,271,920,761 | 34,474,910 | 90,976,264 | 1,647,580,141 | 72.52 |
| 8/23/2018 | 14.93 | 125,451,174 | 1,872,986,028 | 34,474,910 | 90,976,264 | 1,358,275,622 | 72.52 |
| 8/24/2018 | 14.53 | 125,451,174 | 1,822,805,558 | 34,474,910 | 90,976,264 | 1,321,885,116 | 72.52 |
| 8/27/2018 | 13.81 | 125,451,174 | 1,732,480,713 | 34,474,910 | 90,976,264 | 1,256,382,206 | 72.52 |
| 8/28/2018 | 14.25 | 125,451,174 | 1,787,679,230 | 34,474,910 | 90,976,264 | 1,296,411,762 | 72.52 |
| 8/29/2018 | 14.66 | 125,451,174 | 1,839,114,211 | 34,474,910 | 90,976,264 | 1,333,712,030 | 72.52 |
| 8/30/2018 | 15.09 | 125,451,174 | 1,893,058,216 | 34,474,910 | 90,976,264 | 1,372,831,824 | 72.52 |
| 8/31/2018 | 15.69 | 125,451,174 | 1,968,328,920 | 34,474,910 | 90,976,264 | 1,427,417,582 | 72.52 |
| 9/4/2018 | 16.05 | 125,451,174 | 2,013,491,343 | 34,474,910 | 90,976,264 | 1,460,169,037 | 72.52 |
| 9/5/2018 | 15.50 | 125,451,174 | 1,944,493,197 | 34,474,910 | 90,976,264 | 1,410,132,092 | 72.52 |
| 9/6/2018 | 14.77 | 125,451,174 | 1,852,913,840 | 34,474,910 | 90,976,264 | 1,343,719,419 | 72.52 |
| 9/7/2018 | 14.79 | 125,451,174 | 1,855,422,863 | 34,474,910 | 90,976,264 | 1,345,538,945 | 72.52 |
| 9/10/2018 | 14.01 | 125,451,174 | 1,757,570,948 | 34,474,910 | 90,976,264 | 1,274,577,459 | 72.52 |
| 9/11/2018 | 13.59 | 125,451,174 | 1,704,881,455 | 34,474,910 | 90,976,264 | 1,236,367,428 | 72.52 |
| 9/12/2018 | 14.08 | 125,451,174 | 1,766,352,530 | 34,474,910 | 90,976,264 | 1,280,945,797 | 72.52 |
| 9/13/2018 | 13.59 | 125,451,174 | 1,704,881,455 | 34,474,910 | 90,976,264 | 1,236,367,428 | 72.52 |
| 9/14/2018 | 13.73 | 125,451,174 | 1,722,444,619 | 34,474,910 | 90,976,264 | 1,249,104,105 | 72.52 |
| 9/17/2018 | 13.29 | 125,451,174 | 1,667,246,102 | 34,474,910 | 90,976,264 | 1,209,074,549 | 72.52 |
| 9/18/2018 | 13.38 | 125,451,174 | 1,678,536,708 | 34,474,910 | 90,976,264 | 1,217,262,412 | 72.52 |
| 9/19/2018 | 13.38 | 125,451,174 | 1,678,536,708 | 34,474,910 | 90,976,264 | 1,217,262,412 | 72.52 |
| 9/20/2018 | 13.22 | 125,451,174 | 1,658,464,520 | 34,474,910 | 90,976,264 | 1,202,706,210 | 72.52 |
| 9/21/2018 | 13.22 | 125,451,174 | 1,658,464,520 | 34,474,910 | 90,976,264 | 1,202,706,210 | 72.52 |
| 9/24/2018 | 13.01 | 125,451,174 | 1,632,119,774 | 34,474,910 | 90,976,264 | 1,183,601,195 | 72.52 |
| 9/25/2018 | 12.84 | 125,451,174 | 1,610,793,074 | 34,474,910 | 90,976,264 | 1,168,135,230 | 72.52 |
| 9/26/2018 | 13.06 | 125,451,174 | 1,638,392,332 | 34,474,910 | 90,976,264 | 1,188,150,008 | 72.52 |
| 9/27/2018 | 13.09 | 125,451,174 | 1,642,155,868 | 34,474,910 | 90,976,264 | 1,190,879,296 | 72.52 |
| 9/28/2018 | 12.98 | 125,451,174 | 1,628,356,239 | 34,474,910 | 90,976,264 | 1,180,871,907 | 72.52 |
| 10/1/2018 | 5.36 | 125,492,373 | 672,639,119 | 34,474,910 | 91,017,463 | 487,853,602 | 72.53 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 10/2/2018 | $ 5.65 | 125,492,373 | $ 709,031,907 | 34,474,910 | 91,017,463 | $ 514,248,666 | 72.53 % |
| 10/3/2018 | 5.69 | 125,492,373 | 714,051,602 | 34,474,910 | 91,017,463 | 517,889,364 | 72.53 |
| 10/4/2018 | 5.95 | 125,492,373 | 746,679,619 | 34,474,910 | 91,017,463 | 541,553,905 | 72.53 |
| 10/5/2018 | 5.96 | 125,492,373 | 747,934,543 | 34,474,910 | 91,017,463 | 542,464,079 | 72.53 |
| 10/8/2018 | 6.32 | 125,492,373 | 793,111,797 | 34,474,910 | 91,017,463 | 575,230,366 | 72.53 |
| 10/9/2018 | 6.46 | 125,492,373 | 810,680,730 | 34,474,910 | 91,017,463 | 587,972,811 | 72.53 |
| 10/10/2018 | 6.42 | 125,492,373 | 805,661,035 | 34,474,910 | 91,017,463 | 584,332,112 | 72.53 |
| 10/11/2018 | 6.34 | 125,492,373 | 795,621,645 | 34,474,910 | 91,017,463 | 577,050,715 | 72.53 |
| 10/12/2018 | 6.20 | 125,492,373 | 778,052,713 | 34,474,910 | 91,017,463 | 564,308,271 | 72.53 |
| 10/15/2018 | 6.26 | 125,492,373 | 785,582,255 | 34,474,910 | 91,017,463 | 569,769,318 | 72.53 |
| 10/16/2018 | 6.71 | 125,492,373 | 842,053,823 | 34,474,910 | 91,017,463 | 610,727,177 | 72.53 |
| 10/17/2018 | 7.13 | 125,492,373 | 894,760,619 | 34,474,910 | 91,017,463 | 648,954,511 | 72.53 |
| 10/18/2018 | 7.00 | 125,492,373 | 878,446,611 | 34,474,910 | 91,017,463 | 637,122,241 | 72.53 |
| 10/19/2018 | 7.03 | 125,492,373 | 882,211,382 | 34,474,910 | 91,017,463 | 639,852,765 | 72.53 |
| 10/22/2018 | 6.60 | 125,492,373 | 828,249,662 | 34,474,910 | 91,017,463 | 600,715,256 | 72.53 |
| 10/23/2018 | 6.47 | 125,492,373 | 811,935,653 | 34,474,910 | 91,017,463 | 588,882,986 | 72.53 |
| 10/24/2018 | 6.42 | 125,492,373 | 805,661,035 | 34,474,910 | 91,017,463 | 584,332,112 | 72.53 |
| 10/25/2018 | 6.58 | 125,492,373 | 825,739,814 | 34,474,910 | 91,017,463 | 598,894,907 | 72.53 |
| 10/26/2018 | 6.32 | 125,492,373 | 793,111,797 | 34,474,910 | 91,017,463 | 575,230,366 | 72.53 |
| 10/29/2018 | 6.63 | 125,492,373 | 832,014,433 | 34,474,910 | 91,017,463 | 603,445,780 | 72.53 |
| 10/30/2018 | 6.66 | 125,492,373 | 835,779,204 | 34,474,910 | 91,017,463 | 606,176,304 | 72.53 |
| 10/31/2018 | 6.67 | 125,492,373 | 837,034,128 | 34,474,910 | 91,017,463 | 607,086,478 | 72.53 |
| 11/1/2018 | 7.21 | 125,492,373 | 904,800,009 | 34,474,910 | 91,017,463 | 656,235,908 | 72.53 |
| 11/2/2018 | 7.28 | 125,492,373 | 912,957,014 | 34,474,910 | 91,017,463 | 662,152,043 | 72.53 |
| 11/5/2018 | 7.39 | 125,492,373 | 927,388,636 | 3,238,342 | 122,254,031 | 903,457,289 | 97.42 |
| 11/6/2018 | 7.49 | 125,492,373 | 939,937,874 | 3,238,342 | 122,254,031 | 915,682,692 | 97.42 |
| 11/7/2018 | 6.62 | 125,492,373 | 830,132,047 | 3,238,342 | 122,254,031 | 808,710,415 | 97.42 |
| 11/8/2018 | 6.87 | 125,492,373 | 861,505,141 | 3,238,342 | 122,254,031 | 839,273,923 | 97.42 |
| 11/9/2018 | 6.85 | 125,492,373 | 859,622,755 | 3,238,342 | 122,254,031 | 837,440,112 | 97.42 |
| 11/12/2018 | 6.73 | 125,492,373 | 844,563,670 | 3,238,342 | 122,254,031 | 822,769,629 | 97.42 |
| 11/13/2018 | 6.80 | 125,492,373 | 853,348,136 | 3,238,342 | 122,254,031 | 831,327,411 | 97.42 |
| 11/14/2018 | 6.74 | 125,492,373 | 845,818,594 | 3,238,342 | 122,254,031 | 823,992,169 | 97.42 |
| 11/15/2018 | 6.95 | 125,492,373 | 872,171,992 | 3,238,342 | 122,254,031 | 849,665,515 | 97.42 |
| 11/16/2018 | 6.85 | 125,492,373 | 859,622,755 | 3,238,342 | 122,254,031 | 837,440,112 | 97.42 |
| 11/19/2018 | 6.78 | 125,492,373 | 850,838,289 | 3,238,342 | 122,254,031 | 828,882,330 | 97.42 |
| 11/20/2018 | 6.76 | 125,492,373 | 848,328,441 | 3,238,342 | 122,254,031 | 826,437,250 | 97.42 |
| 11/21/2018 | 7.09 | 125,492,373 | 889,740,925 | 3,238,342 | 122,254,031 | 866,781,080 | 97.42 |
| 11/23/2018 | 7.18 | 125,492,373 | 901,035,238 | 3,238,342 | 122,254,031 | 877,783,943 | 97.42 |
| 11/26/2018 | 6.91 | 125,492,373 | 867,152,297 | 3,238,342 | 122,254,031 | 844,775,354 | 97.42 |
| 11/27/2018 | 7.12 | 125,492,373 | 893,505,696 | 3,238,342 | 122,254,031 | 870,448,701 | 97.42 |
| 11/28/2018 | 7.00 | 125,492,373 | 878,446,611 | 3,238,342 | 122,254,031 | 855,778,217 | 97.42 |
| 11/29/2018 | 6.93 | 125,492,373 | 869,662,145 | 3,238,342 | 122,254,031 | 847,220,435 | 97.42 |
| 11/30/2018 | 6.86 | 125,492,373 | 860,877,679 | 3,238,342 | 122,254,031 | 838,662,653 | 97.42 |
| 12/3/2018 | 6.83 | 125,492,373 | 857,112,908 | 3,238,342 | 122,254,031 | 834,995,032 | 97.42 |
| 12/4/2018 | 6.48 | 125,492,373 | 813,190,577 | 3,238,342 | 122,254,031 | 792,206,121 | 97.42 |
| 12/6/2018 | 5.59 | 125,492,373 | 701,502,365 | 3,238,342 | 122,254,031 | 683,400,033 | 97.42 |
| 12/7/2018 | 4.26 | 125,492,373 | 534,597,509 | 3,238,342 | 122,254,031 | 520,802,172 | 97.42 |
| 12/10/2018 | 4.46 | 125,492,373 | 559,695,984 | 3,238,342 | 122,254,031 | 545,252,978 | 97.42 |
| 12/11/2018 | 4.29 | 125,492,373 | 538,362,280 | 3,238,342 | 122,254,031 | 524,469,793 | 97.42 |
| 12/12/2018 | 4.33 | 125,492,373 | 543,381,975 | 3,238,342 | 122,254,031 | 529,359,954 | 97.42 |
| 12/13/2018 | 4.52 | 125,492,373 | 567,225,526 | 3,238,342 | 122,254,031 | 552,588,220 | 97.42 |
| 12/14/2018 | 4.42 | 125,492,373 | 554,676,289 | 3,238,342 | 122,254,031 | 540,362,817 | 97.42 |
| 12/17/2018 | 4.11 | 125,492,373 | 515,773,653 | 3,238,342 | 122,254,031 | 502,464,067 | 97.42 |
| 12/18/2018 | 4.04 | 125,492,373 | 506,989,187 | 3,238,342 | 122,254,031 | 493,906,285 | 97.42 |
| 12/19/2018 | 3.77 | 125,492,373 | 473,106,246 | 3,238,342 | 122,254,031 | 460,897,697 | 97.42 |
| 12/20/2018 | 3.62 | 125,492,373 | 454,282,390 | 3,238,342 | 122,254,031 | 442,559,592 | 97.42 |
| 12/21/2018 | 3.45 | 125,492,373 | 432,948,687 | 3,238,342 | 122,254,031 | 421,776,407 | 97.42 |
| 12/24/2018 | 3.50 | 125,492,373 | 439,223,306 | 3,238,342 | 122,254,031 | 427,889,109 | 97.42 |
| 12/26/2018 | 3.70 | 125,492,373 | 464,321,780 | 3,238,342 | 122,254,031 | 452,339,915 | 97.42 |
| 12/27/2018 | 3.33 | 125,492,373 | 417,889,602 | 3,238,342 | 122,254,031 | 407,105,923 | 97.42 |

**Exhibit 7**

**Akorn, Inc.**

**Daily Market Capitalization and Float for Common Stock**

**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Shares Outstanding[1] | Market Capitalization | Insider Holdings[2] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) (2) × (3) | (5) | (6) (3) - (5) | (7) (2) × (6) | (8) (6) / (3) |
| 12/28/2018 | $ 3.45 | 125,492,373 | $ 432,948,687 | 3,238,342 | 122,254,031 | $ 421,776,407 | 97.42 % |
| 12/31/2018 | 3.39 | 125,492,373 | 425,419,144 | 3,238,342 | 122,254,031 | 414,441,165 | 97.42 |
| 1/2/2019 | 3.48 | 125,492,373 | 436,713,458 | 3,238,342 | 122,254,031 | 425,444,028 | 97.42 |
| 1/3/2019 | 3.66 | 125,492,373 | 459,302,085 | 3,238,342 | 122,254,031 | 447,449,753 | 97.42 |
| 1/4/2019 | 3.70 | 125,492,373 | 464,321,780 | 3,238,342 | 122,254,031 | 452,339,915 | 97.42 |
| 1/7/2019 | 3.95 | 125,492,373 | 495,694,873 | 3,238,342 | 122,254,031 | 482,903,422 | 97.42 |
| 1/8/2019 | 3.94 | 125,492,373 | 494,439,950 | 3,238,342 | 122,254,031 | 481,680,882 | 97.42 |

| | |
|---|---|
| **Average Float as a Percent of Shares Outstanding:** | 74.36 % |

| | |
|---|---|
| **Median Float as a Percent of Shares Outstanding:** | 72.44 % |

**Notes and Sources:**

Closing price data obtained from Bloomberg L.P.

Insider holdings and shares outstanding data obtained from SEC filings.

[1] Daily shares outstanding figures are as of the most recent reported date.

[2] Insider holding figures exclude any shares of Akorn common stock that may be acquired through the vesting of restricted stock units or the exercise of options, warrants or other convertible securities within 60 days of the date reported in each Form DEF 14A filing.

Exhibit 8a
Akorn, Inc.
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Common Stock**
**November 3, 2016 to January 8, 2019**
*Using the Russell 2000 Index and the S&P Pharmaceuticals Select Industry Index*

| | News Days | | | Non-News Days | | | Difference between News Days and Non-News Days | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total Number | Number with Significant Excess Returns[1] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[1] | Percent of Days with Significant Excess Returns | Difference in Percentages | z - Statistic[2] | Different from Zero at 5% Significance Level?[3] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) |
| **Earnings Dates[4]** | 9 | 2 | 22.2% | 538 | 19 | 3.5% | 18.7% | 2.89 | Yes |
| *Dow Jones Newswires*[5] | 82 | 12 | 14.6% | 465 | 9 | 1.9% | 12.7% | 5.52 | Yes |
| *Dow Jones Newswires* - **Top 50%**[6] | 33 | 8 | 24.2% | 514 | 13 | 2.5% | 21.7% | 6.29 | Yes |
| *Dow Jones Newswires* - **Top 10%**[7] | 7 | 5 | 71.4% | 540 | 16 | 3.0% | 68.5% | 9.37 | Yes |
| *Dow Jones Newswires* - **Excluding Selected Articles**[8] | 25 | 8 | 32.0% | 522 | 13 | 2.5% | 29.5% | 7.50 | Yes |

**Notes and Sources:**
Data obtained from Bloomberg L.P., Factiva Dow Jones, and SEC filings.

[1] Days for which the excess return was statistically significant at the 5% level. Returns are predicted using a regression of the returns of Akorn common stock on the returns of Russell 2000 Index and the returns of S&P Pharmaceuticals Select Industry Index run over the period from November 3, 2015 through November 2, 2016 [N=253]. For more information, see Exhibit 8b.

[2] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme as those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[3] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[4] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems, Inc. Akorn's effective 3Q 2016 and 4Q 2016 earnings dates were verified via Factiva Dow Jones. As no news regarding Akorn's earnings releases for 1Q 2017 through 2Q 2018 could be found on Factiva Dow Jones, the effective earnings dates were verified via SEC Edgar and Bloomberg Earnings History.

[5] News days are defined as days on which there was at least one news article on Akorn published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones. News stories were obtained through a search for the company "Akorn Inc" between November 3, 2016 to January 8, 2019. The search included news stories published by *Dow Jones Newswires,* searching headlines and lead paragraph only, excluding "recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out after 4:00PM or when there was news on a non-trading day, the next trading day was considered the effective date.

[6] News days are defined as days in the top 50% of all *Dow Jones Newswires* news days, ranked by number of articles on Akorn published by *Dow Jones Newswires* per day from November 3, 2016 to January 8, 2019, inclusive.

[7] News days are defined as days in the top 10% of all *Dow Jones Newswires* news days, ranked by number of articles on Akorn published by *Dow Jones Newswires* per day from November 3, 2016 to January 8, 2019, inclusive.

[8] Exhibit 8d is a list of news days that were excluded as they contained only news stories reporting stock price movements or volume, news stories that appeared to be duplicates of previously reported news, and news stories deemed to be non-material because they reported data irrelevant to the value of the Company.

**Exhibit 8b**
**Akorn, Inc.**
**Statistical Model of Daily Logarithmic Returns of Common Stock**
**Estimation Period: November 3, 2015 - November 2, 2016[1]**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Log Return of | = | 0.00 [2] | + | **(0.48)** [3] | × | Log Return of | + | **1.60** [4] | × | Log Return of S&P Pharmaceuticals |
| Akorn Stock Price | | *0.43* | | *(2.12)* | | Russell 2000 Index | | *10.98* | | Select Industry Index |

| | | |
|---|---|---|
| **Observations** | = | 253 |
| **R-Squared**[5] | = | 40.19% |
| **Adjusted R-Squared**[6] | = | 39.71% |
| **Standard Error**[7] | = | 0.031 |

**Notes and Sources:**

Data obtained from Bloomberg L.P.

t-statistics are shown in *italics* . Statistically significant coefficients (at the 5% level) are shown in **bold**.

[1] This period refers to the year prior to the start of the Alleged Class Period. The Second Consolidated Amended Class Action Complaint dated April 22, 2019 lists the start date of the Alleged Class Period as November 3, 2016.

[2] The constant is the expected value of the dependent variable (Akorn Stock Price returns) if the independent variables (Russell 2000 Index returns and S&P Pharmaceuticals Select Industry Index returns) equal 0.

[3] This coefficient measures the change in the dependent variable (Akorn Stock Price returns) associated with a one unit change in the independent variable (Russell 2000 Index returns), while holding all else constant.

[4] This coefficient measures the change in the dependent variable (Akorn Stock Price returns) associated with a one unit change in the independent variable (S&P Pharmaceuticals Select Industry Index returns), while holding all else constant.

[5] R-squared is the percent of the variance in the dependent variable (Akorn Stock Price returns) that is explained by the variance of the independent variables (Russell 2000 Index returns and S&P Pharmaceuticals Select Industry Index returns).

[6] Adjusted R-squared is the percent of the variance in the dependent variable (Akorn Stock Price returns) that is explained by the variance of the independent variables (Russell 2000 Index returns and S&P Pharmaceuticals Select Industry Index returns), adjusted for the number of predictors in the market model.

[7] Denotes the standard error of the regression model, which is a statistical measure of the variability of predictions made with the regression model.

**Exhibit 8c**
**Akorn, Inc.**
**Absolute Value of Excess Returns on News Days as Compared to Non-News Days for Common Stock**
**November 3, 2016 to January 8, 2019**
*Using the Russell 2000 Index and the S&P Pharmaceuticals Select Industry Index*

| | News Days | | Non-News Days | | Kolmogorov-Smirnov Test of the Equality of Distributions of News Days and Non-News Days[2] | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Total Number | Average Absolute Value of Excess Returns[1] | Total Number | Average Absolute Value of Excess Returns[1] | Kolmogorov-Smirnov Distance[3] | p-value[4] | Different in Distribution at 5% Significance Level?[5] |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| **Earnings Dates**[6] | 9 | 0.0525 | 538 | 0.0210 | 0.576 | 0.003 | Yes |
| *Dow Jones Newswires*[7] | 82 | 0.0480 | 465 | 0.0169 | 0.179 | 0.020 | Yes |
| *Dow Jones Newswires* **- Top 50%**[8] | 33 | 0.0831 | 514 | 0.0176 | 0.341 | 0.001 | Yes |
| *Dow Jones Newswires* **- Top 10%**[9] | 7 | 0.2864 | 540 | 0.0181 | 0.699 | 0.001 | Yes |
| *Dow Jones Newswires* **- Excluding Selected Articles**[10] | 25 | 0.1100 | 522 | 0.0173 | 0.527 | 0.000 | Yes |

**Notes and Sources:**

Data obtained from Bloomberg L.P., Factiva Dow Jones, and SEC filings.

[1] Returns are predicted using a regression of the returns of Akorn common stock on the returns of Russell 2000 Index and the returns of S&P Pharmaceuticals Select Industry Index run over the period from November 3, 2015 through November 2, 2016 [N=253]. For more information, see Exhibit 8b.

[2] The Kolmogorov-Smirnov test is a nonparametric test of the equality of continuous distributions. It quantifies a distance between the empirical cumulative distributions of two samples and tests the null hypothesis that both samples are drawn from the same distribution.

[3] The Kolmogorov-Smirnov distance is a statistic that quantifies the maximum distance between the distributions of news and non-news days.

[4] The p-value represents the probability of measuring a test statistic as or more extreme than the calculated test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the distance in column (5) is of a magnitude that would be observed no more than 5% of the time if there is no difference in the distributions of news days and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems, Inc. Akorn's effective 3Q 2016 and 4Q 2016 earnings dates were verified via Factiva Dow Jones. As no news regarding Akorn's earnings releases for 1Q 2017 through 2Q 2018 could be found on Factiva Dow Jones, the effective earnings dates were verified via SEC Edgar and Bloomberg Earnings History.

[7] News days are defined as days on which there was at least one news article on Akorn published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones. News stories were obtained through a search for the company "Akorn Inc" between November 3, 2016 to January 8, 2019. The search included news stories published by *Dow Jones Newswires,* searching headlines and lead paragraph only, excluding "recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out after 4:00PM or when there was news on a non-trading day, the next trading day was considered the effective date.

[8] News days are defined as days in the top 50% of all *Dow Jones Newswires* news days, ranked by number of articles on Akorn published by *Dow Jones Newswires* per day from November 3, 2016 to January 8, 2019, inclusive.

[9] News days are defined as days in the top 10% of all *Dow Jones Newswires* news days, ranked by number of articles on Akorn published by *Dow Jones Newswires* per day from November 3, 2016 to January 8, 2019, inclusive.

[10] Exhibit 8d is a list of news days that were excluded as they contained only news stories reporting stock price movements or volume, news stories that appeared to be duplicates of previously reported news, and news stories deemed to be non-material because they reported data irrelevant to the value of the Company.

**Exhibit 8d**
**Akorn, Inc.**
**News Dates Removed[1,2]**
**November 3, 2016 to January 8, 2019**

| Date |
| --- |
| (1) |
| |
| 11/16/2016 |
| 12/21/2016 |
| 1/19/2017 |
| 1/24/2017 |
| 2/6/2017 |
| 4/7/2017 |
| 4/11/2017 |
| 4/19/2017 |
| 4/26/2017 |
| 5/1/2017 |
| 5/5/2017 |
| 6/5/2017 |
| 7/10/2017 |
| 7/19/2017 |
| 8/7/2017 |
| 8/15/2017 |
| 9/7/2017 |
| 9/11/2017 |
| 9/20/2017 |
| 10/19/2017 |
| 11/3/2017 |
| 11/6/2017 |
| 1/4/2018 |
| 1/11/2018 |
| 1/18/2018 |
| 1/19/2018 |
| 2/9/2018 |
| 2/26/2018 |
| 3/9/2018 |
| 3/12/2018 |
| 3/14/2018 |
| 3/23/2018 |
| 3/26/2018 |
| 3/28/2018 |
| 3/29/2018 |
| 4/2/2018 |
| 4/4/2018 |
| 4/12/2018 |
| 4/19/2018 |
| 4/24/2018 |
| 4/25/2018 |
| 4/30/2018 |
| 5/1/2018 |

**Exhibit 8d**
**Akorn, Inc.**
**News Dates Removed[1,2]**
**November 3, 2016 to January 8, 2019**

| Date |
| :---: |
| (1) |
| 5/2/2018 |
| 5/29/2018 |
| 6/4/2018 |
| 7/13/2018 |
| 7/19/2018 |
| 10/4/2018 |
| 10/18/2018 |
| 10/19/2018 |
| 10/24/2018 |
| 12/10/2018 |
| 12/18/2018 |
| 12/21/2018 |
| 12/31/2018 |
| 1/8/2019 |

**Notes and Sources:**

Articles downloaded from Factiva Dow Jones.

[1] News days are defined as days on which there was at least one news article on Akorn published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones. News stories were obtained through a search for the company "Akorn Inc" between November 3, 2016 and January 8, 2019. The search included news stories published by *Dow Jones Newswires,* searching headlines and lead paragraph only, excluding "recurring pricing and market data" and "Obituaries, sports, calendars...." On days when news came out after 4:00PM or when there was news on a non-trading day, the next trading day was considered the effective date.

[2] News dates were excluded because they contained only news stories reporting stock price movements or volume, news stories that appeared to be duplicates of previously reported news, and news stories deemed to be non-material because they reported data irrelevant to the value of the Company.

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 11/3/2016 | $ 20.27 | $ 20.26 | $ 20.27 | $ 0.01 | 0.05 % |
| 11/4/2016 | 19.68 | 19.67 | 19.68 | 0.01 | 0.05 |
| 11/7/2016 | 20.26 | 20.25 | 20.26 | 0.01 | 0.05 |
| 11/8/2016 | 20.01 | 20.00 | 20.01 | 0.01 | 0.05 |
| 11/9/2016 | 21.90 | 21.89 | 21.90 | 0.01 | 0.05 |
| 11/10/2016 | 21.55 | 21.53 | 21.55 | 0.02 | 0.09 |
| 11/11/2016 | 22.18 | 22.18 | 22.19 | 0.01 | 0.05 |
| 11/14/2016 | 22.96 | 22.96 | 22.97 | 0.01 | 0.04 |
| 11/15/2016 | 23.27 | 23.27 | 23.28 | 0.01 | 0.04 |
| 11/16/2016 | 22.16 | 22.15 | 22.16 | 0.01 | 0.05 |
| 11/17/2016 | 22.27 | 22.26 | 22.27 | 0.01 | 0.04 |
| 11/18/2016 | 21.89 | 21.89 | 21.90 | 0.01 | 0.05 |
| 11/21/2016 | 21.79 | 21.80 | 21.81 | 0.01 | 0.05 |
| 11/22/2016 | 21.48 | 21.48 | 21.49 | 0.01 | 0.05 |
| 11/23/2016 | 22.40 | 22.40 | 22.41 | 0.01 | 0.04 |
| 11/25/2016 | 22.38 | 22.35 | 22.38 | 0.03 | 0.13 |
| 11/28/2016 | 22.40 | 22.40 | 22.41 | 0.01 | 0.04 |
| 11/29/2016 | 22.00 | 21.99 | 22.00 | 0.01 | 0.05 |
| 11/30/2016 | 21.22 | 21.22 | 21.23 | 0.01 | 0.05 |
| 12/1/2016 | 19.99 | 19.97 | 19.98 | 0.01 | 0.05 |
| 12/2/2016 | 19.88 | 19.86 | 19.87 | 0.01 | 0.05 |
| 12/5/2016 | 20.22 | 20.21 | 20.22 | 0.01 | 0.05 |
| 12/6/2016 | 18.94 | 18.93 | 18.94 | 0.01 | 0.05 |
| 12/7/2016 | 18.23 | 18.22 | 18.23 | 0.01 | 0.05 |
| 12/8/2016 | 18.40 | 18.39 | 18.40 | 0.01 | 0.05 |
| 12/9/2016 | 18.60 | 18.59 | 18.60 | 0.01 | 0.05 |
| 12/12/2016 | 20.21 | 20.21 | 20.22 | 0.01 | 0.05 |
| 12/13/2016 | 20.47 | 20.47 | 20.48 | 0.01 | 0.05 |
| 12/14/2016 | 20.29 | 20.29 | 20.30 | 0.01 | 0.05 |
| 12/15/2016 | 20.30 | 20.29 | 20.30 | 0.01 | 0.05 |
| 12/16/2016 | 20.92 | 20.93 | 20.94 | 0.01 | 0.05 |
| 12/19/2016 | 21.05 | 21.04 | 21.05 | 0.01 | 0.05 |
| 12/20/2016 | 21.30 | 21.30 | 21.31 | 0.01 | 0.05 |
| 12/21/2016 | 21.34 | 21.34 | 21.35 | 0.01 | 0.05 |
| 12/22/2016 | 21.08 | 21.07 | 21.08 | 0.01 | 0.05 |
| 12/23/2016 | 21.71 | 21.70 | 21.71 | 0.01 | 0.05 |
| 12/27/2016 | 21.48 | 21.48 | 21.49 | 0.01 | 0.05 |
| 12/28/2016 | 21.02 | 21.02 | 21.03 | 0.01 | 0.05 |
| 12/29/2016 | 21.15 | 21.14 | 21.15 | 0.01 | 0.05 |
| 12/30/2016 | 21.83 | 21.83 | 21.84 | 0.01 | 0.05 |
| 1/3/2017 | 22.07 | 22.07 | 22.08 | 0.01 | 0.05 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 1/4/2017 | $  23.42 | $  23.42 | $  23.43 | $  0.01 | 0.04  % |
| 1/5/2017 | 23.42 | 23.42 | 23.44 | 0.02 | 0.09 |
| 1/6/2017 | 22.55 | 22.55 | 22.56 | 0.01 | 0.04 |
| 1/9/2017 | 22.60 | 22.59 | 22.60 | 0.01 | 0.04 |
| 1/10/2017 | 22.54 | 22.53 | 22.54 | 0.01 | 0.04 |
| 1/11/2017 | 21.66 | 21.66 | 21.67 | 0.01 | 0.05 |
| 1/12/2017 | 21.87 | 21.86 | 21.87 | 0.01 | 0.05 |
| 1/13/2017 | 22.48 | 22.47 | 22.48 | 0.01 | 0.04 |
| 1/17/2017 | 21.25 | 21.23 | 21.25 | 0.02 | 0.09 |
| 1/18/2017 | 20.87 | 20.86 | 20.87 | 0.01 | 0.05 |
| 1/19/2017 | 20.61 | 20.61 | 20.62 | 0.01 | 0.05 |
| 1/20/2017 | 20.52 | 20.50 | 20.51 | 0.01 | 0.05 |
| 1/23/2017 | 20.17 | 20.15 | 20.16 | 0.01 | 0.05 |
| 1/24/2017 | 19.77 | 19.76 | 19.77 | 0.01 | 0.05 |
| 1/25/2017 | 19.89 | 19.88 | 19.89 | 0.01 | 0.05 |
| 1/26/2017 | 19.70 | 19.69 | 19.70 | 0.01 | 0.05 |
| 1/27/2017 | 19.65 | 19.64 | 19.65 | 0.01 | 0.05 |
| 1/30/2017 | 18.29 | 18.27 | 18.28 | 0.01 | 0.05 |
| 1/31/2017 | 19.10 | 19.10 | 19.11 | 0.01 | 0.05 |
| 2/1/2017 | 19.45 | 19.44 | 19.45 | 0.01 | 0.05 |
| 2/2/2017 | 19.91 | 19.90 | 19.91 | 0.01 | 0.05 |
| 2/3/2017 | 20.08 | 20.09 | 20.10 | 0.01 | 0.05 |
| 2/6/2017 | 20.06 | 20.06 | 20.07 | 0.01 | 0.05 |
| 2/7/2017 | 19.84 | 19.83 | 19.84 | 0.01 | 0.05 |
| 2/8/2017 | 20.54 | 20.54 | 20.55 | 0.01 | 0.05 |
| 2/9/2017 | 20.69 | 20.68 | 20.69 | 0.01 | 0.05 |
| 2/10/2017 | 20.49 | 20.48 | 20.49 | 0.01 | 0.05 |
| 2/13/2017 | 20.74 | 20.74 | 20.75 | 0.01 | 0.05 |
| 2/14/2017 | 21.65 | 21.65 | 21.67 | 0.02 | 0.09 |
| 2/15/2017 | 21.98 | 21.97 | 21.98 | 0.01 | 0.05 |
| 2/16/2017 | 21.84 | 21.83 | 21.84 | 0.01 | 0.05 |
| 2/17/2017 | 21.78 | 21.78 | 21.80 | 0.02 | 0.09 |
| 2/21/2017 | 21.91 | 21.90 | 21.91 | 0.01 | 0.05 |
| 2/22/2017 | 21.57 | 21.56 | 21.57 | 0.01 | 0.05 |
| 2/23/2017 | 21.58 | 21.57 | 21.58 | 0.01 | 0.05 |
| 2/24/2017 | 21.28 | 21.28 | 21.29 | 0.01 | 0.05 |
| 2/27/2017 | 22.08 | 22.07 | 22.08 | 0.01 | 0.05 |
| 2/28/2017 | 20.81 | 20.80 | 20.82 | 0.02 | 0.10 |
| 3/1/2017 | 21.85 | 21.84 | 21.85 | 0.01 | 0.05 |
| 3/2/2017 | 22.98 | 22.98 | 22.99 | 0.01 | 0.04 |
| 3/3/2017 | 24.12 | 24.11 | 24.12 | 0.01 | 0.04 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 3/6/2017 | $  22.39 | $  22.40 | $  22.41 | $  0.01 | 0.04   % |
| 3/7/2017 | 22.48 | 22.48 | 22.49 | 0.01 | 0.04 |
| 3/8/2017 | 22.89 | 22.88 | 22.89 | 0.01 | 0.04 |
| 3/9/2017 | 22.82 | 22.81 | 22.82 | 0.01 | 0.04 |
| 3/10/2017 | 22.66 | 22.66 | 22.67 | 0.01 | 0.04 |
| 3/13/2017 | 22.50 | 22.49 | 22.50 | 0.01 | 0.04 |
| 3/14/2017 | 22.22 | 22.21 | 22.22 | 0.01 | 0.05 |
| 3/15/2017 | 22.68 | 22.66 | 22.68 | 0.02 | 0.09 |
| 3/16/2017 | 22.82 | 22.82 | 22.83 | 0.01 | 0.04 |
| 3/17/2017 | 22.32 | 22.33 | 22.34 | 0.01 | 0.04 |
| 3/20/2017 | 22.54 | 22.53 | 22.54 | 0.01 | 0.04 |
| 3/21/2017 | 22.37 | 22.36 | 22.37 | 0.01 | 0.04 |
| 3/22/2017 | 22.24 | 22.24 | 22.25 | 0.01 | 0.04 |
| 3/23/2017 | 22.30 | 22.29 | 22.30 | 0.01 | 0.04 |
| 3/24/2017 | 22.75 | 22.75 | 22.76 | 0.01 | 0.04 |
| 3/27/2017 | 23.98 | 23.98 | 23.99 | 0.01 | 0.04 |
| 3/28/2017 | 24.77 | 24.77 | 24.79 | 0.02 | 0.08 |
| 3/29/2017 | 24.46 | 24.44 | 24.45 | 0.01 | 0.04 |
| 3/30/2017 | 24.35 | 24.34 | 24.35 | 0.01 | 0.04 |
| 3/31/2017 | 24.08 | 24.07 | 24.08 | 0.01 | 0.04 |
| 4/3/2017 | 23.69 | 23.68 | 23.69 | 0.01 | 0.04 |
| 4/4/2017 | 23.33 | 23.32 | 23.33 | 0.01 | 0.04 |
| 4/5/2017 | 23.96 | 23.96 | 23.98 | 0.02 | 0.08 |
| 4/6/2017 | 25.22 | 25.21 | 25.22 | 0.01 | 0.04 |
| 4/7/2017 | 29.77 | 29.76 | 29.77 | 0.01 | 0.03 |
| 4/10/2017 | 32.50 | 32.50 | 32.51 | 0.01 | 0.03 |
| 4/11/2017 | 32.76 | 32.76 | 32.77 | 0.01 | 0.03 |
| 4/12/2017 | 32.99 | 33.00 | 33.01 | 0.01 | 0.03 |
| 4/13/2017 | 32.42 | 32.42 | 32.43 | 0.01 | 0.03 |
| 4/17/2017 | 31.99 | 31.97 | 31.99 | 0.02 | 0.06 |
| 4/18/2017 | 33.04 | 33.04 | 33.05 | 0.01 | 0.03 |
| 4/19/2017 | 32.85 | 32.85 | 32.86 | 0.01 | 0.03 |
| 4/20/2017 | 33.00 | 32.98 | 33.00 | 0.02 | 0.06 |
| 4/21/2017 | 32.91 | 32.90 | 32.91 | 0.01 | 0.03 |
| 4/24/2017 | 32.72 | 32.72 | 32.73 | 0.01 | 0.03 |
| 4/25/2017 | 33.09 | 33.07 | 33.08 | 0.01 | 0.03 |
| 4/26/2017 | 33.18 | 33.18 | 33.19 | 0.01 | 0.03 |
| 4/27/2017 | 33.34 | 33.33 | 33.34 | 0.01 | 0.03 |
| 4/28/2017 | 33.45 | 33.43 | 33.45 | 0.02 | 0.06 |
| 5/1/2017 | 33.32 | 33.32 | 33.33 | 0.01 | 0.03 |
| 5/2/2017 | 33.50 | 33.49 | 33.50 | 0.01 | 0.03 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 5/3/2017 | $ 33.14 | $ 33.13 | $ 33.14 | $ 0.01 | 0.03 % |
| 5/4/2017 | 33.10 | 33.09 | 33.10 | 0.01 | 0.03 |
| 5/5/2017 | 33.08 | 33.07 | 33.08 | 0.01 | 0.03 |
| 5/8/2017 | 33.10 | 33.09 | 33.10 | 0.01 | 0.03 |
| 5/9/2017 | 33.27 | 33.27 | 33.28 | 0.01 | 0.03 |
| 5/10/2017 | 33.24 | 33.22 | 33.23 | 0.01 | 0.03 |
| 5/11/2017 | 33.17 | 33.17 | 33.18 | 0.01 | 0.03 |
| 5/12/2017 | 33.15 | 33.15 | 33.16 | 0.01 | 0.03 |
| 5/15/2017 | 33.19 | 33.20 | 33.21 | 0.01 | 0.03 |
| 5/16/2017 | 33.27 | 33.27 | 33.28 | 0.01 | 0.03 |
| 5/17/2017 | 33.14 | 33.15 | 33.16 | 0.01 | 0.03 |
| 5/18/2017 | 33.10 | 33.10 | 33.11 | 0.01 | 0.03 |
| 5/19/2017 | 33.21 | 33.23 | 33.24 | 0.01 | 0.03 |
| 5/22/2017 | 33.20 | 33.20 | 33.21 | 0.01 | 0.03 |
| 5/23/2017 | 33.18 | 33.17 | 33.18 | 0.01 | 0.03 |
| 5/24/2017 | 33.18 | 33.19 | 33.20 | 0.01 | 0.03 |
| 5/25/2017 | 33.24 | 33.24 | 33.25 | 0.01 | 0.03 |
| 5/26/2017 | 33.21 | 33.22 | 33.23 | 0.01 | 0.03 |
| 5/30/2017 | 33.20 | 33.20 | 33.21 | 0.01 | 0.03 |
| 5/31/2017 | 33.27 | 33.25 | 33.26 | 0.01 | 0.03 |
| 6/1/2017 | 33.30 | 33.29 | 33.30 | 0.01 | 0.03 |
| 6/2/2017 | 33.26 | 33.26 | 33.27 | 0.01 | 0.03 |
| 6/5/2017 | 33.20 | 33.20 | 33.21 | 0.01 | 0.03 |
| 6/6/2017 | 33.23 | 33.24 | 33.25 | 0.01 | 0.03 |
| 6/7/2017 | 33.36 | 33.36 | 33.37 | 0.01 | 0.03 |
| 6/8/2017 | 33.28 | 33.29 | 33.30 | 0.01 | 0.03 |
| 6/9/2017 | 33.24 | 33.24 | 33.25 | 0.01 | 0.03 |
| 6/12/2017 | 33.38 | 33.38 | 33.39 | 0.01 | 0.03 |
| 6/13/2017 | 33.44 | 33.43 | 33.44 | 0.01 | 0.03 |
| 6/14/2017 | 33.44 | 33.44 | 33.45 | 0.01 | 0.03 |
| 6/15/2017 | 33.45 | 33.45 | 33.46 | 0.01 | 0.03 |
| 6/16/2017 | 33.48 | 33.47 | 33.48 | 0.01 | 0.03 |
| 6/19/2017 | 33.45 | 33.44 | 33.45 | 0.01 | 0.03 |
| 6/20/2017 | 33.41 | 33.40 | 33.41 | 0.01 | 0.03 |
| 6/21/2017 | 33.49 | 33.48 | 33.49 | 0.01 | 0.03 |
| 6/22/2017 | 33.53 | 33.51 | 33.52 | 0.01 | 0.03 |
| 6/23/2017 | 33.53 | 33.53 | 33.54 | 0.01 | 0.03 |
| 6/26/2017 | 33.58 | 33.57 | 33.58 | 0.01 | 0.03 |
| 6/27/2017 | 33.41 | 33.42 | 33.43 | 0.01 | 0.03 |
| 6/28/2017 | 33.49 | 33.49 | 33.50 | 0.01 | 0.03 |
| 6/29/2017 | 33.44 | 33.44 | 33.45 | 0.01 | 0.03 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 6/30/2017 | $  33.54 | $  33.53 | $  33.54 | $  0.01 | 0.03  % |
| 7/3/2017 | 33.47 | 33.46 | 33.47 | 0.01 | 0.03 |
| 7/5/2017 | 33.51 | 33.51 | 33.52 | 0.01 | 0.03 |
| 7/6/2017 | 33.50 | 33.50 | 33.51 | 0.01 | 0.03 |
| 7/7/2017 | 33.55 | 33.56 | 33.57 | 0.01 | 0.03 |
| 7/10/2017 | 33.57 | 33.56 | 33.57 | 0.01 | 0.03 |
| 7/11/2017 | 33.60 | 33.61 | 33.62 | 0.01 | 0.03 |
| 7/12/2017 | 33.55 | 33.55 | 33.56 | 0.01 | 0.03 |
| 7/13/2017 | 33.63 | 33.64 | 33.65 | 0.01 | 0.03 |
| 7/14/2017 | 33.65 | 33.64 | 33.65 | 0.01 | 0.03 |
| 7/17/2017 | 33.70 | 33.70 | 33.71 | 0.01 | 0.03 |
| 7/18/2017 | 33.70 | 33.70 | 33.71 | 0.01 | 0.03 |
| 7/19/2017 | 33.64 | 33.64 | 33.65 | 0.01 | 0.03 |
| 7/20/2017 | 33.65 | 33.65 | 33.66 | 0.01 | 0.03 |
| 7/21/2017 | 33.60 | 33.59 | 33.60 | 0.01 | 0.03 |
| 7/24/2017 | 33.62 | 33.60 | 33.61 | 0.01 | 0.03 |
| 7/25/2017 | 33.65 | 33.64 | 33.65 | 0.01 | 0.03 |
| 7/26/2017 | 33.63 | 33.63 | 33.64 | 0.01 | 0.03 |
| 7/27/2017 | 33.60 | 33.60 | 33.61 | 0.01 | 0.03 |
| 7/28/2017 | 33.63 | 33.63 | 33.64 | 0.01 | 0.03 |
| 7/31/2017 | 33.62 | 33.61 | 33.62 | 0.01 | 0.03 |
| 8/1/2017 | 33.45 | 33.46 | 33.47 | 0.01 | 0.03 |
| 8/2/2017 | 33.48 | 33.47 | 33.48 | 0.01 | 0.03 |
| 8/3/2017 | 33.45 | 33.43 | 33.44 | 0.01 | 0.03 |
| 8/4/2017 | 33.47 | 33.46 | 33.47 | 0.01 | 0.03 |
| 8/7/2017 | 33.47 | 33.44 | 33.45 | 0.01 | 0.03 |
| 8/8/2017 | 33.40 | 33.39 | 33.40 | 0.01 | 0.03 |
| 8/9/2017 | 33.36 | 33.35 | 33.36 | 0.01 | 0.03 |
| 8/10/2017 | 33.32 | 33.30 | 33.31 | 0.01 | 0.03 |
| 8/11/2017 | 33.31 | 33.30 | 33.31 | 0.01 | 0.03 |
| 8/14/2017 | 33.34 | 33.33 | 33.34 | 0.01 | 0.03 |
| 8/15/2017 | 33.34 | 33.33 | 33.34 | 0.01 | 0.03 |
| 8/16/2017 | 33.30 | 33.28 | 33.29 | 0.01 | 0.03 |
| 8/17/2017 | 32.60 | 32.59 | 32.60 | 0.01 | 0.03 |
| 8/18/2017 | 31.98 | 31.95 | 31.96 | 0.01 | 0.03 |
| 8/21/2017 | 32.61 | 32.60 | 32.61 | 0.01 | 0.03 |
| 8/22/2017 | 32.52 | 32.51 | 32.52 | 0.01 | 0.03 |
| 8/23/2017 | 32.32 | 32.31 | 32.32 | 0.01 | 0.03 |
| 8/24/2017 | 32.36 | 32.35 | 32.36 | 0.01 | 0.03 |
| 8/25/2017 | 32.50 | 32.50 | 32.51 | 0.01 | 0.03 |
| 8/28/2017 | 32.49 | 32.49 | 32.50 | 0.01 | 0.03 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 8/29/2017 | $ 32.62 | $ 32.59 | $ 32.60 | $ 0.01 | 0.03 % |
| 8/30/2017 | 32.83 | 32.84 | 32.85 | 0.01 | 0.03 |
| 8/31/2017 | 32.90 | 32.88 | 32.89 | 0.01 | 0.03 |
| 9/1/2017 | 32.94 | 32.93 | 32.94 | 0.01 | 0.03 |
| 9/5/2017 | 32.97 | 32.96 | 32.97 | 0.01 | 0.03 |
| 9/6/2017 | 32.96 | 32.95 | 32.96 | 0.01 | 0.03 |
| 9/7/2017 | 32.99 | 32.98 | 32.99 | 0.01 | 0.03 |
| 9/8/2017 | 33.11 | 33.10 | 33.11 | 0.01 | 0.03 |
| 9/11/2017 | 33.17 | 33.15 | 33.16 | 0.01 | 0.03 |
| 9/12/2017 | 33.23 | 33.22 | 33.23 | 0.01 | 0.03 |
| 9/13/2017 | 33.15 | 33.16 | 33.17 | 0.01 | 0.03 |
| 9/14/2017 | 32.97 | 32.99 | 33.00 | 0.01 | 0.03 |
| 9/15/2017 | 33.10 | 33.09 | 33.10 | 0.01 | 0.03 |
| 9/18/2017 | 33.02 | 33.02 | 33.03 | 0.01 | 0.03 |
| 9/19/2017 | 33.10 | 33.09 | 33.10 | 0.01 | 0.03 |
| 9/20/2017 | 33.15 | 33.13 | 33.14 | 0.01 | 0.03 |
| 9/21/2017 | 33.14 | 33.12 | 33.13 | 0.01 | 0.03 |
| 9/22/2017 | 33.06 | 33.05 | 33.06 | 0.01 | 0.03 |
| 9/25/2017 | 33.11 | 33.10 | 33.11 | 0.01 | 0.03 |
| 9/26/2017 | 33.12 | 33.11 | 33.12 | 0.01 | 0.03 |
| 9/27/2017 | 33.15 | 33.14 | 33.15 | 0.01 | 0.03 |
| 9/28/2017 | 33.17 | 33.16 | 33.17 | 0.01 | 0.03 |
| 9/29/2017 | 33.19 | 33.17 | 33.18 | 0.01 | 0.03 |
| 10/2/2017 | 33.17 | 33.16 | 33.17 | 0.01 | 0.03 |
| 10/3/2017 | 32.68 | 32.68 | 32.69 | 0.01 | 0.03 |
| 10/4/2017 | 32.90 | 32.90 | 32.91 | 0.01 | 0.03 |
| 10/5/2017 | 32.79 | 32.78 | 32.80 | 0.02 | 0.06 |
| 10/6/2017 | 32.83 | 32.83 | 32.84 | 0.01 | 0.03 |
| 10/9/2017 | 32.86 | 32.85 | 32.86 | 0.01 | 0.03 |
| 10/10/2017 | 32.94 | 32.93 | 32.94 | 0.01 | 0.03 |
| 10/11/2017 | 32.95 | 32.95 | 32.96 | 0.01 | 0.03 |
| 10/12/2017 | 33.16 | 33.15 | 33.16 | 0.01 | 0.03 |
| 10/13/2017 | 33.22 | 33.19 | 33.20 | 0.01 | 0.03 |
| 10/16/2017 | 33.21 | 33.19 | 33.20 | 0.01 | 0.03 |
| 10/17/2017 | 33.25 | 33.24 | 33.25 | 0.01 | 0.03 |
| 10/18/2017 | 33.18 | 33.15 | 33.16 | 0.01 | 0.03 |
| 10/19/2017 | 33.15 | 33.13 | 33.14 | 0.01 | 0.03 |
| 10/20/2017 | 33.28 | 33.26 | 33.27 | 0.01 | 0.03 |
| 10/23/2017 | 33.29 | 33.27 | 33.28 | 0.01 | 0.03 |
| 10/24/2017 | 33.26 | 33.26 | 33.27 | 0.01 | 0.03 |
| 10/25/2017 | 33.22 | 33.22 | 33.23 | 0.01 | 0.03 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 10/26/2017 | $ 32.84 | $ 32.84 | $ 32.85 | $ 0.01 | 0.03 % |
| 10/27/2017 | 32.52 | 32.52 | 32.53 | 0.01 | 0.03 |
| 10/30/2017 | 32.44 | 32.44 | 32.45 | 0.01 | 0.03 |
| 10/31/2017 | 32.57 | 32.57 | 32.58 | 0.01 | 0.03 |
| 11/1/2017 | 32.54 | 32.55 | 32.56 | 0.01 | 0.03 |
| 11/2/2017 | 33.25 | 33.24 | 33.25 | 0.01 | 0.03 |
| 11/3/2017 | 33.15 | 33.17 | 33.18 | 0.01 | 0.03 |
| 11/6/2017 | 33.26 | 33.26 | 33.27 | 0.01 | 0.03 |
| 11/7/2017 | 33.27 | 33.27 | 33.29 | 0.02 | 0.06 |
| 11/8/2017 | 33.24 | 33.23 | 33.24 | 0.01 | 0.03 |
| 11/9/2017 | 33.15 | 33.14 | 33.15 | 0.01 | 0.03 |
| 11/10/2017 | 33.21 | 33.20 | 33.21 | 0.01 | 0.03 |
| 11/13/2017 | 33.31 | 33.30 | 33.31 | 0.01 | 0.03 |
| 11/14/2017 | 33.37 | 33.35 | 33.36 | 0.01 | 0.03 |
| 11/15/2017 | 33.44 | 33.43 | 33.44 | 0.01 | 0.03 |
| 11/16/2017 | 33.48 | 33.49 | 33.50 | 0.01 | 0.03 |
| 11/17/2017 | 33.40 | 33.39 | 33.40 | 0.01 | 0.03 |
| 11/20/2017 | 33.40 | 33.39 | 33.40 | 0.01 | 0.03 |
| 11/21/2017 | 32.30 | 32.29 | 32.30 | 0.01 | 0.03 |
| 11/22/2017 | 32.37 | 32.37 | 32.38 | 0.01 | 0.03 |
| 11/24/2017 | 32.61 | 32.60 | 32.61 | 0.01 | 0.03 |
| 11/27/2017 | 32.64 | 32.63 | 32.64 | 0.01 | 0.03 |
| 11/28/2017 | 32.45 | 32.43 | 32.45 | 0.02 | 0.06 |
| 11/29/2017 | 32.53 | 32.53 | 32.54 | 0.01 | 0.03 |
| 11/30/2017 | 32.55 | 32.55 | 32.56 | 0.01 | 0.03 |
| 12/1/2017 | 32.90 | 32.87 | 32.88 | 0.01 | 0.03 |
| 12/4/2017 | 32.76 | 32.75 | 32.76 | 0.01 | 0.03 |
| 12/5/2017 | 32.80 | 32.79 | 32.80 | 0.01 | 0.03 |
| 12/6/2017 | 32.69 | 32.69 | 32.70 | 0.01 | 0.03 |
| 12/7/2017 | 32.49 | 32.50 | 32.51 | 0.01 | 0.03 |
| 12/8/2017 | 32.92 | 32.91 | 32.92 | 0.01 | 0.03 |
| 12/11/2017 | 32.64 | 32.64 | 32.65 | 0.01 | 0.03 |
| 12/12/2017 | 32.20 | 32.20 | 32.21 | 0.01 | 0.03 |
| 12/13/2017 | 32.22 | 32.22 | 32.23 | 0.01 | 0.03 |
| 12/14/2017 | 32.20 | 32.20 | 32.21 | 0.01 | 0.03 |
| 12/15/2017 | 32.36 | 32.35 | 32.36 | 0.01 | 0.03 |
| 12/18/2017 | 32.32 | 32.31 | 32.32 | 0.01 | 0.03 |
| 12/19/2017 | 32.37 | 32.37 | 32.38 | 0.01 | 0.03 |
| 12/20/2017 | 32.36 | 32.35 | 32.36 | 0.01 | 0.03 |
| 12/21/2017 | 32.04 | 32.04 | 32.05 | 0.01 | 0.03 |
| 12/22/2017 | 32.08 | 32.08 | 32.09 | 0.01 | 0.03 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 12/26/2017 | $ 31.95 | $ 31.95 | $ 31.96 | $ 0.01 | 0.03 % |
| 12/27/2017 | 31.85 | 31.86 | 31.87 | 0.01 | 0.03 |
| 12/28/2017 | 31.84 | 31.84 | 31.85 | 0.01 | 0.03 |
| 12/29/2017 | 32.23 | 32.23 | 32.24 | 0.01 | 0.03 |
| 1/2/2018 | 32.67 | 32.68 | 32.69 | 0.01 | 0.03 |
| 1/3/2018 | 32.70 | 32.68 | 32.69 | 0.01 | 0.03 |
| 1/4/2018 | 32.45 | 32.46 | 32.47 | 0.01 | 0.03 |
| 1/5/2018 | 32.46 | 32.46 | 32.47 | 0.01 | 0.03 |
| 1/8/2018 | 32.72 | 32.71 | 32.72 | 0.01 | 0.03 |
| 1/9/2018 | 33.37 | 33.36 | 33.37 | 0.01 | 0.03 |
| 1/10/2018 | 33.51 | 33.49 | 33.51 | 0.02 | 0.06 |
| 1/11/2018 | 33.56 | 33.55 | 33.56 | 0.01 | 0.03 |
| 1/12/2018 | 33.55 | 33.55 | 33.56 | 0.01 | 0.03 |
| 1/16/2018 | 33.42 | 33.42 | 33.43 | 0.01 | 0.03 |
| 1/17/2018 | 33.15 | 33.15 | 33.17 | 0.02 | 0.06 |
| 1/18/2018 | 33.06 | 33.06 | 33.07 | 0.01 | 0.03 |
| 1/19/2018 | 33.01 | 33.00 | 33.01 | 0.01 | 0.03 |
| 1/22/2018 | 33.09 | 33.09 | 33.10 | 0.01 | 0.03 |
| 1/23/2018 | 33.16 | 33.16 | 33.17 | 0.01 | 0.03 |
| 1/24/2018 | 32.93 | 32.94 | 32.95 | 0.01 | 0.03 |
| 1/25/2018 | 32.59 | 32.58 | 32.59 | 0.01 | 0.03 |
| 1/26/2018 | 32.47 | 32.46 | 32.47 | 0.01 | 0.03 |
| 1/29/2018 | 32.29 | 32.28 | 32.29 | 0.01 | 0.03 |
| 1/30/2018 | 32.25 | 32.24 | 32.25 | 0.01 | 0.03 |
| 1/31/2018 | 32.22 | 32.22 | 32.23 | 0.01 | 0.03 |
| 2/1/2018 | 32.57 | 32.57 | 32.58 | 0.01 | 0.03 |
| 2/2/2018 | 32.33 | 32.33 | 32.34 | 0.01 | 0.03 |
| 2/5/2018 | 32.00 | 31.98 | 32.00 | 0.02 | 0.06 |
| 2/6/2018 | 31.98 | 31.97 | 31.98 | 0.01 | 0.03 |
| 2/7/2018 | 31.75 | 31.74 | 31.75 | 0.01 | 0.03 |
| 2/8/2018 | 31.19 | 31.19 | 31.20 | 0.01 | 0.03 |
| 2/9/2018 | 32.12 | 32.11 | 32.12 | 0.01 | 0.03 |
| 2/12/2018 | 31.90 | 31.89 | 31.90 | 0.01 | 0.03 |
| 2/13/2018 | 31.33 | 31.33 | 31.34 | 0.01 | 0.03 |
| 2/14/2018 | 31.30 | 31.30 | 31.31 | 0.01 | 0.03 |
| 2/15/2018 | 31.95 | 31.95 | 31.96 | 0.01 | 0.03 |
| 2/16/2018 | 31.85 | 31.83 | 31.85 | 0.02 | 0.06 |
| 2/20/2018 | 31.59 | 31.59 | 31.60 | 0.01 | 0.03 |
| 2/21/2018 | 31.38 | 31.37 | 31.38 | 0.01 | 0.03 |
| 2/22/2018 | 30.73 | 30.73 | 30.74 | 0.01 | 0.03 |
| 2/23/2018 | 30.12 | 30.12 | 30.13 | 0.01 | 0.03 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) |
|  |  |  |  | (4) - (3) | (5) / (2) |
| 2/26/2018 | $  30.28 | $  30.29 | $  30.30 | $  0.01 | 0.03   % |
| 2/27/2018 | 18.65 | 18.64 | 18.65 | 0.01 | 0.05 |
| 2/28/2018 | 16.94 | 16.93 | 16.94 | 0.01 | 0.06 |
| 3/1/2018 | 17.84 | 17.82 | 17.83 | 0.01 | 0.06 |
| 3/2/2018 | 18.97 | 18.96 | 18.97 | 0.01 | 0.05 |
| 3/5/2018 | 17.93 | 17.93 | 17.94 | 0.01 | 0.06 |
| 3/6/2018 | 18.41 | 18.41 | 18.42 | 0.01 | 0.05 |
| 3/7/2018 | 18.28 | 18.29 | 18.30 | 0.01 | 0.05 |
| 3/8/2018 | 18.59 | 18.58 | 18.59 | 0.01 | 0.05 |
| 3/9/2018 | 18.98 | 18.98 | 18.99 | 0.01 | 0.05 |
| 3/12/2018 | 18.97 | 18.97 | 18.98 | 0.01 | 0.05 |
| 3/13/2018 | 18.96 | 18.95 | 18.96 | 0.01 | 0.05 |
| 3/14/2018 | 18.77 | 18.74 | 18.75 | 0.01 | 0.05 |
| 3/15/2018 | 18.77 | 18.76 | 18.77 | 0.01 | 0.05 |
| 3/16/2018 | 18.78 | 18.77 | 18.78 | 0.01 | 0.05 |
| 3/19/2018 | 18.74 | 18.73 | 18.74 | 0.01 | 0.05 |
| 3/20/2018 | 18.78 | 18.77 | 18.78 | 0.01 | 0.05 |
| 3/21/2018 | 18.60 | 18.60 | 18.61 | 0.01 | 0.05 |
| 3/22/2018 | 18.52 | 18.51 | 18.52 | 0.01 | 0.05 |
| 3/23/2018 | 18.38 | 18.38 | 18.39 | 0.01 | 0.05 |
| 3/26/2018 | 18.72 | 18.72 | 18.73 | 0.01 | 0.05 |
| 3/27/2018 | 19.10 | 19.10 | 19.11 | 0.01 | 0.05 |
| 3/28/2018 | 18.74 | 18.73 | 18.74 | 0.01 | 0.05 |
| 3/29/2018 | 18.71 | 18.70 | 18.71 | 0.01 | 0.05 |
| 4/2/2018 | 18.64 | 18.63 | 18.64 | 0.01 | 0.05 |
| 4/3/2018 | 19.07 | 19.07 | 19.08 | 0.01 | 0.05 |
| 4/4/2018 | 19.46 | 19.44 | 19.45 | 0.01 | 0.05 |
| 4/5/2018 | 18.97 | 18.97 | 18.98 | 0.01 | 0.05 |
| 4/6/2018 | 18.39 | 18.39 | 18.40 | 0.01 | 0.05 |
| 4/9/2018 | 18.05 | 18.04 | 18.05 | 0.01 | 0.06 |
| 4/10/2018 | 18.41 | 18.40 | 18.41 | 0.01 | 0.05 |
| 4/11/2018 | 18.24 | 18.23 | 18.24 | 0.01 | 0.05 |
| 4/12/2018 | 18.22 | 18.22 | 18.23 | 0.01 | 0.05 |
| 4/13/2018 | 18.43 | 18.43 | 18.44 | 0.01 | 0.05 |
| 4/16/2018 | 18.69 | 18.68 | 18.69 | 0.01 | 0.05 |
| 4/17/2018 | 18.97 | 18.96 | 18.97 | 0.01 | 0.05 |
| 4/18/2018 | 19.33 | 19.32 | 19.33 | 0.01 | 0.05 |
| 4/19/2018 | 19.38 | 19.37 | 19.38 | 0.01 | 0.05 |
| 4/20/2018 | 19.70 | 19.67 | 19.68 | 0.01 | 0.05 |
| 4/23/2018 | 13.05 | 13.04 | 13.05 | 0.01 | 0.08 |
| 4/24/2018 | 13.24 | 13.23 | 13.24 | 0.01 | 0.08 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 4/25/2018 | $ 13.53 | $ 13.53 | $ 13.54 | $ 0.01 | 0.07 % |
| 4/26/2018 | 13.60 | 13.59 | 13.60 | 0.01 | 0.07 |
| 4/27/2018 | 14.54 | 14.53 | 14.54 | 0.01 | 0.07 |
| 4/30/2018 | 14.43 | 14.41 | 14.42 | 0.01 | 0.07 |
| 5/1/2018 | 14.76 | 14.75 | 14.76 | 0.01 | 0.07 |
| 5/2/2018 | 12.55 | 12.55 | 12.56 | 0.01 | 0.08 |
| 5/3/2018 | 11.57 | 11.57 | 11.58 | 0.01 | 0.09 |
| 5/4/2018 | 11.74 | 11.73 | 11.74 | 0.01 | 0.09 |
| 5/7/2018 | 12.13 | 12.11 | 12.12 | 0.01 | 0.08 |
| 5/8/2018 | 12.65 | 12.65 | 12.66 | 0.01 | 0.08 |
| 5/9/2018 | 12.81 | 12.81 | 12.82 | 0.01 | 0.08 |
| 5/10/2018 | 13.61 | 13.61 | 13.62 | 0.01 | 0.07 |
| 5/11/2018 | 14.03 | 14.03 | 14.04 | 0.01 | 0.07 |
| 5/14/2018 | 14.25 | 14.25 | 14.26 | 0.01 | 0.07 |
| 5/15/2018 | 14.16 | 14.16 | 14.17 | 0.01 | 0.07 |
| 5/16/2018 | 14.04 | 14.03 | 14.04 | 0.01 | 0.07 |
| 5/17/2018 | 14.24 | 14.23 | 14.24 | 0.01 | 0.07 |
| 5/18/2018 | 13.98 | 13.98 | 13.99 | 0.01 | 0.07 |
| 5/21/2018 | 14.04 | 14.04 | 14.05 | 0.01 | 0.07 |
| 5/22/2018 | 13.73 | 13.73 | 13.74 | 0.01 | 0.07 |
| 5/23/2018 | 13.70 | 13.69 | 13.70 | 0.01 | 0.07 |
| 5/24/2018 | 14.00 | 14.01 | 14.02 | 0.01 | 0.07 |
| 5/25/2018 | 14.07 | 14.07 | 14.08 | 0.01 | 0.07 |
| 5/29/2018 | 14.33 | 14.33 | 14.34 | 0.01 | 0.07 |
| 5/30/2018 | 14.34 | 14.36 | 14.37 | 0.01 | 0.07 |
| 5/31/2018 | 13.97 | 13.97 | 13.98 | 0.01 | 0.07 |
| 6/1/2018 | 13.79 | 13.79 | 13.80 | 0.01 | 0.07 |
| 6/4/2018 | 13.75 | 13.75 | 13.76 | 0.01 | 0.07 |
| 6/5/2018 | 14.20 | 14.20 | 14.21 | 0.01 | 0.07 |
| 6/6/2018 | 14.45 | 14.44 | 14.45 | 0.01 | 0.07 |
| 6/7/2018 | 14.45 | 14.45 | 14.46 | 0.01 | 0.07 |
| 6/8/2018 | 14.60 | 14.60 | 14.61 | 0.01 | 0.07 |
| 6/11/2018 | 14.75 | 14.75 | 14.76 | 0.01 | 0.07 |
| 6/12/2018 | 14.57 | 14.58 | 14.59 | 0.01 | 0.07 |
| 6/13/2018 | 14.87 | 14.86 | 14.87 | 0.01 | 0.07 |
| 6/14/2018 | 15.04 | 15.05 | 15.06 | 0.01 | 0.07 |
| 6/15/2018 | 15.42 | 15.42 | 15.43 | 0.01 | 0.06 |
| 6/18/2018 | 15.21 | 15.21 | 15.22 | 0.01 | 0.07 |
| 6/19/2018 | 15.90 | 15.89 | 15.90 | 0.01 | 0.06 |
| 6/20/2018 | 15.62 | 15.63 | 15.64 | 0.01 | 0.06 |
| 6/21/2018 | 15.76 | 15.77 | 15.78 | 0.01 | 0.06 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 6/22/2018 | $ 16.03 | $ 16.03 | $ 16.04 | $ 0.01 | 0.06 % |
| 6/25/2018 | 15.65 | 15.65 | 15.66 | 0.01 | 0.06 |
| 6/26/2018 | 16.00 | 15.99 | 16.00 | 0.01 | 0.06 |
| 6/27/2018 | 15.77 | 15.76 | 15.77 | 0.01 | 0.06 |
| 6/28/2018 | 16.29 | 16.29 | 16.30 | 0.01 | 0.06 |
| 6/29/2018 | 16.59 | 16.61 | 16.62 | 0.01 | 0.06 |
| 7/2/2018 | 16.81 | 16.81 | 16.82 | 0.01 | 0.06 |
| 7/3/2018 | 17.11 | 17.11 | 17.12 | 0.01 | 0.06 |
| 7/5/2018 | 17.53 | 17.53 | 17.54 | 0.01 | 0.06 |
| 7/6/2018 | 18.07 | 18.06 | 18.07 | 0.01 | 0.06 |
| 7/9/2018 | 18.58 | 18.57 | 18.58 | 0.01 | 0.05 |
| 7/10/2018 | 17.97 | 17.96 | 17.97 | 0.01 | 0.06 |
| 7/11/2018 | 17.82 | 17.81 | 17.82 | 0.01 | 0.06 |
| 7/12/2018 | 19.21 | 19.21 | 19.22 | 0.01 | 0.05 |
| 7/13/2018 | 17.91 | 17.91 | 17.92 | 0.01 | 0.06 |
| 7/16/2018 | 16.84 | 16.83 | 16.84 | 0.01 | 0.06 |
| 7/17/2018 | 16.74 | 16.73 | 16.74 | 0.01 | 0.06 |
| 7/18/2018 | 16.85 | 16.84 | 16.85 | 0.01 | 0.06 |
| 7/19/2018 | 17.31 | 17.32 | 17.33 | 0.01 | 0.06 |
| 7/20/2018 | 17.47 | 17.47 | 17.49 | 0.02 | 0.11 |
| 7/23/2018 | 17.27 | 17.28 | 17.29 | 0.01 | 0.06 |
| 7/24/2018 | 16.98 | 16.98 | 16.99 | 0.01 | 0.06 |
| 7/25/2018 | 17.49 | 17.48 | 17.49 | 0.01 | 0.06 |
| 7/26/2018 | 17.60 | 17.60 | 17.61 | 0.01 | 0.06 |
| 7/27/2018 | 18.23 | 18.23 | 18.24 | 0.01 | 0.05 |
| 7/30/2018 | 18.31 | 18.31 | 18.32 | 0.01 | 0.05 |
| 7/31/2018 | 18.52 | 18.52 | 18.53 | 0.01 | 0.05 |
| 8/1/2018 | 17.94 | 17.94 | 17.95 | 0.01 | 0.06 |
| 8/2/2018 | 18.24 | 18.23 | 18.24 | 0.01 | 0.05 |
| 8/3/2018 | 18.60 | 18.59 | 18.60 | 0.01 | 0.05 |
| 8/6/2018 | 19.03 | 19.03 | 19.04 | 0.01 | 0.05 |
| 8/7/2018 | 19.51 | 19.49 | 19.50 | 0.01 | 0.05 |
| 8/8/2018 | 18.90 | 18.90 | 18.91 | 0.01 | 0.05 |
| 8/9/2018 | 18.82 | 18.82 | 18.83 | 0.01 | 0.05 |
| 8/10/2018 | 18.59 | 18.60 | 18.61 | 0.01 | 0.05 |
| 8/13/2018 | 18.72 | 18.71 | 18.72 | 0.01 | 0.05 |
| 8/14/2018 | 18.99 | 18.99 | 19.00 | 0.01 | 0.05 |
| 8/15/2018 | 19.31 | 19.31 | 19.32 | 0.01 | 0.05 |
| 8/16/2018 | 19.15 | 19.15 | 19.16 | 0.01 | 0.05 |
| 8/17/2018 | 18.99 | 18.99 | 19.00 | 0.01 | 0.05 |
| 8/20/2018 | 19.48 | 19.48 | 19.49 | 0.01 | 0.05 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 8/21/2018 | $ 17.92 | $ 17.92 | $ 17.93 | $ 0.01 | 0.06 % |
| 8/22/2018 | 18.11 | 18.10 | 18.11 | 0.01 | 0.06 |
| 8/23/2018 | 14.93 | 14.92 | 14.93 | 0.01 | 0.07 |
| 8/24/2018 | 14.53 | 14.52 | 14.53 | 0.01 | 0.07 |
| 8/27/2018 | 13.81 | 13.80 | 13.81 | 0.01 | 0.07 |
| 8/28/2018 | 14.25 | 14.24 | 14.25 | 0.01 | 0.07 |
| 8/29/2018 | 14.66 | 14.65 | 14.66 | 0.01 | 0.07 |
| 8/30/2018 | 15.09 | 15.09 | 15.10 | 0.01 | 0.07 |
| 8/31/2018 | 15.69 | 15.69 | 15.70 | 0.01 | 0.06 |
| 9/4/2018 | 16.05 | 16.05 | 16.06 | 0.01 | 0.06 |
| 9/5/2018 | 15.50 | 15.49 | 15.50 | 0.01 | 0.06 |
| 9/6/2018 | 14.77 | 14.77 | 14.78 | 0.01 | 0.07 |
| 9/7/2018 | 14.79 | 14.78 | 14.79 | 0.01 | 0.07 |
| 9/10/2018 | 14.01 | 14.01 | 14.02 | 0.01 | 0.07 |
| 9/11/2018 | 13.59 | 13.58 | 13.59 | 0.01 | 0.07 |
| 9/12/2018 | 14.08 | 14.08 | 14.09 | 0.01 | 0.07 |
| 9/13/2018 | 13.59 | 13.59 | 13.60 | 0.01 | 0.07 |
| 9/14/2018 | 13.73 | 13.73 | 13.74 | 0.01 | 0.07 |
| 9/17/2018 | 13.29 | 13.28 | 13.29 | 0.01 | 0.08 |
| 9/18/2018 | 13.38 | 13.38 | 13.39 | 0.01 | 0.07 |
| 9/19/2018 | 13.38 | 13.37 | 13.38 | 0.01 | 0.07 |
| 9/20/2018 | 13.22 | 13.21 | 13.22 | 0.01 | 0.08 |
| 9/21/2018 | 13.22 | 13.21 | 13.22 | 0.01 | 0.08 |
| 9/24/2018 | 13.01 | 13.01 | 13.02 | 0.01 | 0.08 |
| 9/25/2018 | 12.84 | 12.84 | 12.85 | 0.01 | 0.08 |
| 9/26/2018 | 13.06 | 13.07 | 13.08 | 0.01 | 0.08 |
| 9/27/2018 | 13.09 | 13.09 | 13.10 | 0.01 | 0.08 |
| 9/28/2018 | 12.98 | 12.98 | 12.99 | 0.01 | 0.08 |
| 10/1/2018 | 5.36 | 5.35 | 5.36 | 0.01 | 0.19 |
| 10/2/2018 | 5.65 | 5.64 | 5.65 | 0.01 | 0.18 |
| 10/3/2018 | 5.69 | 5.69 | 5.70 | 0.01 | 0.18 |
| 10/4/2018 | 5.95 | 5.95 | 5.96 | 0.01 | 0.17 |
| 10/5/2018 | 5.96 | 5.96 | 5.97 | 0.01 | 0.17 |
| 10/8/2018 | 6.32 | 6.32 | 6.33 | 0.01 | 0.16 |
| 10/9/2018 | 6.46 | 6.46 | 6.47 | 0.01 | 0.15 |
| 10/10/2018 | 6.42 | 6.42 | 6.43 | 0.01 | 0.16 |
| 10/11/2018 | 6.34 | 6.33 | 6.34 | 0.01 | 0.16 |
| 10/12/2018 | 6.20 | 6.20 | 6.21 | 0.01 | 0.16 |
| 10/15/2018 | 6.26 | 6.25 | 6.26 | 0.01 | 0.16 |
| 10/16/2018 | 6.71 | 6.70 | 6.71 | 0.01 | 0.15 |
| 10/17/2018 | 7.13 | 7.12 | 7.13 | 0.01 | 0.14 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 10/18/2018 | $ 7.00 | $ 7.00 | $ 7.01 | $ 0.01 | 0.14 % |
| 10/19/2018 | 7.03 | 7.03 | 7.04 | 0.01 | 0.14 |
| 10/22/2018 | 6.60 | 6.59 | 6.60 | 0.01 | 0.15 |
| 10/23/2018 | 6.47 | 6.47 | 6.48 | 0.01 | 0.15 |
| 10/24/2018 | 6.42 | 6.41 | 6.42 | 0.01 | 0.16 |
| 10/25/2018 | 6.58 | 6.57 | 6.58 | 0.01 | 0.15 |
| 10/26/2018 | 6.32 | 6.30 | 6.31 | 0.01 | 0.16 |
| 10/29/2018 | 6.63 | 6.61 | 6.62 | 0.01 | 0.15 |
| 10/30/2018 | 6.66 | 6.66 | 6.67 | 0.01 | 0.15 |
| 10/31/2018 | 6.67 | 6.66 | 6.67 | 0.01 | 0.15 |
| 11/1/2018 | 7.21 | 7.21 | 7.22 | 0.01 | 0.14 |
| 11/2/2018 | 7.28 | 7.27 | 7.28 | 0.01 | 0.14 |
| 11/5/2018 | 7.39 | 7.38 | 7.39 | 0.01 | 0.14 |
| 11/6/2018 | 7.49 | 7.48 | 7.49 | 0.01 | 0.13 |
| 11/7/2018 | 6.62 | 6.61 | 6.62 | 0.01 | 0.15 |
| 11/8/2018 | 6.87 | 6.86 | 6.87 | 0.01 | 0.15 |
| 11/9/2018 | 6.85 | 6.85 | 6.86 | 0.01 | 0.15 |
| 11/12/2018 | 6.73 | 6.72 | 6.73 | 0.01 | 0.15 |
| 11/13/2018 | 6.80 | 6.80 | 6.81 | 0.01 | 0.15 |
| 11/14/2018 | 6.74 | 6.73 | 6.74 | 0.01 | 0.15 |
| 11/15/2018 | 6.95 | 6.95 | 6.96 | 0.01 | 0.14 |
| 11/16/2018 | 6.85 | 6.85 | 6.86 | 0.01 | 0.15 |
| 11/19/2018 | 6.78 | 6.77 | 6.78 | 0.01 | 0.15 |
| 11/20/2018 | 6.76 | 6.76 | 6.77 | 0.01 | 0.15 |
| 11/21/2018 | 7.09 | 7.09 | 7.10 | 0.01 | 0.14 |
| 11/23/2018 | 7.18 | 7.17 | 7.18 | 0.01 | 0.14 |
| 11/26/2018 | 6.91 | 6.90 | 6.91 | 0.01 | 0.14 |
| 11/27/2018 | 7.12 | 7.11 | 7.12 | 0.01 | 0.14 |
| 11/28/2018 | 7.00 | 6.99 | 7.00 | 0.01 | 0.14 |
| 11/29/2018 | 6.93 | 6.92 | 6.93 | 0.01 | 0.14 |
| 11/30/2018 | 6.86 | 6.86 | 6.87 | 0.01 | 0.15 |
| 12/3/2018 | 6.83 | 6.82 | 6.83 | 0.01 | 0.15 |
| 12/4/2018 | 6.48 | 6.48 | 6.49 | 0.01 | 0.15 |
| 12/6/2018 | 5.59 | 5.58 | 5.59 | 0.01 | 0.18 |
| 12/7/2018 | 4.26 | 4.25 | 4.26 | 0.01 | 0.23 |
| 12/10/2018 | 4.46 | 4.45 | 4.46 | 0.01 | 0.22 |
| 12/11/2018 | 4.29 | 4.28 | 4.29 | 0.01 | 0.23 |
| 12/12/2018 | 4.33 | 4.32 | 4.33 | 0.01 | 0.23 |
| 12/13/2018 | 4.52 | 4.52 | 4.53 | 0.01 | 0.22 |
| 12/14/2018 | 4.42 | 4.41 | 4.42 | 0.01 | 0.23 |
| 12/17/2018 | 4.11 | 4.10 | 4.11 | 0.01 | 0.24 |

**Exhibit 9**
**Akorn, Inc.**
**Daily Bid-Ask Spread for Common Stock**
**November 3, 2016 to January 8, 2019**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 12/18/2018 | $ 4.04 | $ 4.03 | $ 4.04 | $ 0.01 | 0.25 % |
| 12/19/2018 | 3.77 | 3.77 | 3.78 | 0.01 | 0.27 |
| 12/20/2018 | 3.62 | 3.62 | 3.63 | 0.01 | 0.28 |
| 12/21/2018 | 3.45 | 3.45 | 3.46 | 0.01 | 0.29 |
| 12/24/2018 | 3.50 | 3.50 | 3.51 | 0.01 | 0.29 |
| 12/26/2018 | 3.70 | 3.69 | 3.70 | 0.01 | 0.27 |
| 12/27/2018 | 3.33 | 3.33 | 3.34 | 0.01 | 0.30 |
| 12/28/2018 | 3.45 | 3.44 | 3.45 | 0.01 | 0.29 |
| 12/31/2018 | 3.39 | 3.38 | 3.39 | 0.01 | 0.29 |
| 1/2/2019 | 3.48 | 3.47 | 3.48 | 0.01 | 0.29 |
| 1/3/2019 | 3.66 | 3.65 | 3.66 | 0.01 | 0.27 |
| 1/4/2019 | 3.70 | 3.70 | 3.71 | 0.01 | 0.27 |
| 1/7/2019 | 3.95 | 3.94 | 3.95 | 0.01 | 0.25 |
| 1/8/2019 | 3.94 | 3.94 | 3.95 | 0.01 | 0.25 |

| | |
|---|---|
| **Average Bid-Ask Spread as a Percent of Closing Price:** | 0.063 % |

| | |
|---|---|
| **Median Bid-Ask Spread as a Percent of Closing Price:** | 0.048 % |

**Notes and Sources:**
Data obtained from Bloomberg L.P.

**Exhibit 10a**

**Akorn, Inc.**

**One-Day Autocorrelation of Daily Log Returns for Common Stock**

**November 3, 2016 to January 8, 2019**

| Window | Number of Observations | Autocorrelation in Daily Actual Log Returns[1] | t-statistic[2] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| **I. Including All Dates in the Alleged Class Period** | | | |
| *Class Period* | | | |
| November 3, 2016 to January 8, 2019 | 547 | 0.03 | 0.75 |
| *Year [3]* | | | |
| 2016 | 40 | 0.08 | 0.50 |
| 2017 | 251 | 0.23 | 3.68 ** |
| 2018 | 251 | 0.01 | 0.12 |
| 2019 | 5 | (0.50) | (1.24) |
| **II. Removing Dates with a Significant Abnormal Stock Price Reaction Following the April 7, 2017 Announcement of the Potential Fresenius Acquisition of Akorn[4]** | | | |
| *Class Period* | | | |
| November 3, 2016 to January 8, 2019 | 545 | 0.02 | 0.43 |
| *Year [3]* | | | |
| 2016 | 40 | 0.08 | 0.50 |
| 2017 | 249 | (0.02) | (0.30) |
| 2018 | 251 | 0.01 | 0.12 |
| 2019 | 5 | (0.50) | (1.24) |

**Notes and Sources:**

Data obtained from Bloomberg L.P. Paragraph reference taken from the Second Consolidated Amended Class Action Complaint dated April 22, 2019.

[1] This is the coefficient of the independent variable in the autocorrelation model.

[2] Two stars (**) represent significance at the 5% level, and one star (*) represents significance at the 10% level.

[3] Only days within the class period (November 3, 2016 to January 8, 2019) are used.

[4] For **Scenario II**, two dates associated with the potential Fresenius acquisition of Akorn (4/7/2017 and 4/10/2017) are removed from the regression period.

4/7/2017 is the date on which "Akorn published a press release confirming that Akorn was currently in discussions with Fresenius concerning a potential acquisition of Akorn." ¶119

4/10/2017 is the next trading day after 4/7/2018 and is removed from the regression because its lagged return is the return of the removed date.

**Exhibit 10b**

**Akorn, Inc.**

**Runs Test for Common Stock[1]**

**November 3, 2016 to January 8, 2019**

| Window | Observations | Number of Runs[2] | z-statistic[3] | p-value |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| **Class Period** | | | | |
| November 3, 2016 to January 8, 2019 | 547 | 263 | (0.98) | 0.325 |
| | | | | |
| **Year[4]** | | | | |
| 2016 | 40 | 22 | 0.32 | 0.749 |
| 2017 | 251 | 127 | 0.06 | 0.949 |
| 2018 | 251 | 112 | (1.83) * | 0.067 |
| 2019 | 5 | 5 | 1.75 * | 0.081 |

**Notes and Sources:**

Data obtained from Bloomberg L.P.

[1] A runs test is a non-parametric test whereby the number of sequences of values above and below the median value of the data set is tabulated and compared against its sampling distribution under the random walk hypothesis.

[2] A run is defined as a series of values above or below the median value of the data set.

[3] The z-statistic is a test statistic for a test of binomial proportions. It measures the likelihood of observing results as or more extreme than those actually observed if the data were generated by a theoretical process with no autocorrelation. Two stars (**) represent significance at the 5% level; one star (*) represents significance at the 10% level.

[4] Only days within the class period (November 3, 2016 to January 8, 2019) are used.