UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Joshi Living Trust, et al.
                        Plaintiff,

v.                                              Case No.: 1:18−cv−01713
                                                   Honorable Matthew F. Kennelly

Akorn, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 7/9/2019 with attorneys for both sides. Telephone status hearing, to be initiated by the parties, is set for 7/30/2019 at 8:30 a.m. for the purpose of reporting on status of settlement. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.