**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | Civ. A. No. 1:18-cv-01713 <br><br> Hon. Matthew F. Kennelly |

**LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL OF FORM OF CLASS NOTICE, AND A HEARING DATE FOR FINAL APPROVAL OF SETTLEMENT**

Lead plaintiffs Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC (together, "Lead Plaintiffs"), by and through their undersigned counsel, and pursuant to Rule 23 of the Federal Rules of Civil Procedure, hereby move the Court for entry of the *[Proposed] Order Preliminarily Approving Settlement, Approving the Form of Class Notice, and Setting a Hearing Date for Final Approval of Settlement*, which: (i) grants preliminary approval of the proposed settlement among the parties; (ii) certifies a plaintiff class for settlement purposes only; (iii) appoints Lead Plaintiffs to serve as class representatives and Entwistle & Cappucci LLP to serve as lead counsel for the class; (iv) approves the proposed form and method of giving class members notice of the above-captioned action and proposed settlement; (v) directs that notice be given to class members in the proposed form and manner; and (vi) sets a hearing date to consider final approval of the settlement, the proposed plan of allocation, final judgment, and Lead Counsel's anticipated request for an award of attorneys' fees and reimbursement of litigation expenses.

The grounds for Lead Plaintiffs' motion are set forth in the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Preliminary Approval of Settlement, Approval of Form of Class Notice, and a Hearing Date for Final Approval of Settlement.

DATED: August 9, 2019                    Respectfully submitted,


                                         */s/ Andrew J. Entwistle*
                                         Andrew J. Entwistle
                                         **ENTWISTLE & CAPPUCCI LLP**
                                         500 W. 2nd Street, Suite 1900-16
                                         Austin, Texas 78701
                                         Telephone: (512) 710-5960
                                         aentwistle@entwistle-law.com

                                         Vincent R. Cappucci (*admitted pro hac vice*)
                                         Joshua K. Porter (*admitted pro hac vice*)
                                         Brendan J. Brodeur (*admitted pro hac vice*)
                                         Andrew M. Sher (*admitted pro hac vice*)
                                         **ENTWISTLE & CAPPUCCI LLP**
                                         299 Park Avenue, 20th Floor
                                         New York, New York 10171
                                         Telephone: (212) 894-7200
                                         vcappucci@entwistle-law.com
                                         jporter@entwistle-law.com
                                         bbrodeur@entwistle-law.com
                                         asher@entwistle-law.com

                                         *Lead Counsel for the Class*


                                         Avi Josefson
                                         John Rizio-Hamilton (*admitted pro hac vice*)
                                         Abe Alexander (*admitted pro hac vice*)
                                         **BERNSTEIN LITOWITZ BERGER**
                                         **  & GROSSMANN LLP**
                                         875 North Michigan Avenue
                                         Suite 3100
                                         Chicago, Illinois 60611
                                         Telephone: (312) 373-3880
                                         avi@blbglaw.com
                                         johnr@blbglaw.com
                                         abe.alexander@blbglaw.com

                                         *Liaison Counsel*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 9, 2019, I caused the foregoing motion to be served on all

counsel of record via the Court's ECF system.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
