UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | Civ. A. No. 1:18-cv-01713<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL
OF FORM OF CLASS NOTICE, AND A HEARING DATE FOR
FINAL APPROVAL OF SETTLEMENT**

I, Andrew J. Entwistle, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Entwistle & Cappucci LLP, counsel for lead plaintiffs Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC ("Lead Plaintiffs"). I am admitted to practice before this Court.

2. I respectfully submit this declaration in support of *Lead Plaintiffs' Motion for Preliminary Approval of Settlement, Approval of Form of Class Notice, and A Hearing Date for Final Approval of Settlement*.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated August 9, 2019 (the "Stipulation"), and the following exhibits to the Stipulation:

Exhibit A: [Proposed] Order Preliminarily Approving Settlement, Approving the Form of Class Notice, and Setting a Hearing Date for Final Approval of Settlement

Exhibit A-1: Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Fairness Hearing; and (iii) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses

<table>
<tr><td>Appendix A:</td><td>Proposed Plan of Allocation of Net Settlement Fund</td></tr>
<tr><td>Exhibit A-2:</td><td>Proof of Claim and Release Form</td></tr>
<tr><td>Exhibit A-3:</td><td>Summary Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Fairness Hearing; and (iii) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses</td></tr>
<tr><td>Exhibit B:</td><td>[Proposed] Order and Final Judgement Approving Class Action Settlement</td></tr>
<tr><td>Exhibit C:</td><td>Contingent Value Rights Agreement</td></tr>
</table>

4. Attached hereto as Exhibit 2 is the Declaration of Robert Cappucci Concerning Lead Plaintiffs' Bidding Procedures for Selection of Claims Administrator, dated August 9, 2019.

5. Attached hereto as Exhibit 3 is Lead Plaintiffs' Memorandum of Law in Support of Lead Plaintiffs' Motion for Class Certification, dated July 5, 2019.

6. Attached hereto as Exhibit 4 is the Declaration of Luiggy Segura Regarding Notice and Claims Administration, dated August 9, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of August 2019

_____
Andrew J. Entwistle

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 9, 2019, I caused the foregoing declaration to be served on all counsel of record via the Court's ECF system.

                                                                                     */s/ Andrew J. Entwistle*
                                                                                     Andrew J. Entwistle