# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# GENERAL ORDER 19-0029

Pursuant that to the Executive Committee Order entered on September 12, 2019 the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Steven Seeger; therefore

IT IS HEREBY ORDERED that the attached list of 342 cases be reassigned to the Honorable Steven Seeger; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Steven's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Steven Seeger to the Court's civil case assignment system during the next business day, so that he shall receive a full share of such cases.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 16th day of September, 2019

**Civil Cases Reassigned to Judge Seeger from Judge Alonso**

| | |
|---|---|
| 1:16-cv-07511 | Oxford Media Group, Inc. v. Family Worship Center Church, Inc. |
| 1:17-cv-01968 | Pryor v. Corrigan et al |
| 1:17-cv-06507 | Turner et al v. City of Chicago Board of Education et al |
| 1:17-cv-09190 | Chapman v. Lashbrook et al |
| 1:18-cv-02995 | PNC Bank, National Association v. 2215 Oak Park Ave, LLC et al |
| 1:18-cv-04742 | Jackson v. Star Line Trucking Corporation et al |
| 1:18-cv-06188 | Roberts v. United States Parole Commission |
| 1:18-cv-07329 | Jardinas v. City of Chicago, The et al |
| 1:18-cv-08237 | Abudayyeh v. Saul |
| 1:19-cv-00820 | Parker v. City of Chicago et al |
| 1:19-cv-01923 | Mesa Underwriters Specialty Insurance Company v. City of Chicago et al |
| 1:19-cv-02358 | Coyote Logistics, LLC v. Agatanor Trucking, Incorporated |
| 1:19-cv-03723 | Meridian Leasing Corporation v. Revlon Consumer Products Corporation |
| 1:19-cv-04527 | Sanchez v. Tootsie Roll |

**Civil Cases Reassigned to Judge Seeger from Judge Aspen**

| | |
|---|---|
| 1:18-cv-04387 | Thompson v. Calloway |
| 1:18-cv-04856 | Hallom v. Chicago et al |
| 1:18-cv-08061 | Mccall v. United States of America |
| 1:19-cv-00130 | Aguirre v. Dart et al |
| 1:19-cv-02946 | Cohan v. Integrated 32 West Randolph, LLC |
| 1:19-cv-04398 | Cehaja v. T-Mobile U.S.A. Inc., |
| 1:19-cv-05358 | Krnich v. FPC Corporation |

**Civil Cases Reassigned to Judge Seeger from Judge Blakey**

| | |
|---|---|
| 1:17-cv-01972 | Motorola Solutions, Inc. v. Hytera Communications Corporation Ltd. et al |
| 1:17-cv-07142 | Garner et al v. Presence Chicago Hospital Network et al |
| 1:18-cv-01865 | Vargas v. Sheriff of Cook County et al |
| 1:18-cv-03275 | Boyd v. Pfiester et al |
| 1:18-cv-04670 | HP Tuners, LLC v. Does |
| 1:18-cv-05330 | Estate of Leslie Johnson v. Illinois Department of Corrections et al |
| 1:18-cv-07655 | Roberts v. United States Postal Service et al |
| 1:18-cv-08184 | Sangamnerkar v. Ingredion, Inc. |
| 1:19-cv-00397 | Northwest 1 Trucking Inc. v. Haro et al |
| 1:19-cv-01441 | Wiseman et al v. Santiva, Inc et al |
| 1:19-cv-02149 | Crooms et al v. Southwest Airlines Co. et al |
| 1:19-cv-02729 | United States of America v. Salem |
| 1:19-cv-03483 | Baillie v. Santander Consumer USA Inc. |
| 1:19-cv-03793 | Forsyth v. Adtalem Global Education, Inc. f/k/a Devry, Inc. |

2

**Civil Cases Reassigned to Judge Seeger from Judge Bucklo**

| | |
|---|---|
| 1:17-cv-00866 | Alvarez v. Cruz, et al |
| 1:17-cv-05826 | Allstate Insurance Company et al v. Ameriprise Financial Services, Inc. |
| 1:18-cv-02191 | Serrano et al v. City of Chicago et al |
| 1:18-cv-04162 | Leisner et al v. Chop Hospitality, LLC et al |
| 1:18-cv-06042 | Brown v. Phister et al |
| 1:18-cv-07561 | Patterson v. Cook County Inc et al |
| 1:19-cv-00386 | Cristofaro v. Philips North America, LLC. et al |
| 1:19-cv-02554 | Ferguson v. Wilkie |
| 1:19-cv-03070 | Big Hit Entertainment Co. Ltd. v. Various John Does, Jane Does, and XYZ Companies |
| 1:19-cv-03492 | Hossfeld v. Allstate Insurance Company |
| 1:19-cv-04622 | State National Insurance Company, Inc. v. Luzaj et al |
| 1:19-cv-04880 | Gendron v. Boeing Company et al |
| 1:19-cv-05304 | Aldridge v. St. James Francincas et al |
| 1:19-cv-05693 | Brown v. Saul |

**Civil Cases Reassigned to Judge Seeger from Judge Castillo**

| | |
|---|---|
| 1:17-cv-07080 | Gonzalez et al v. Scaletta et al |
| 1:17-cv-08829 | NEXT Payment Solutions Inc. v. CLEAResult Consulting, Inc. |
| 1:18-cv-01192 | Ruebe et al v. Nexus Executive Risks Ltd. et al |
| 1:18-cv-01957 | Dresser, LLC v. VRG Controls, LLC |
| 1:18-cv-02989 | Sprague v. Illinois State Police et al |
| 1:18-cv-03544 | Frazier-Hill v. Chicago Transit Authority |
| 1:18-cv-04185 | Cregan v. Lt. Deans et al |
| 1:18-cv-05120 | Gipson v. City of Chicago et al |
| 1:18-cv-05129 | Rainey v. City of Chicago et al |
| 1:18-cv-06281 | Franklin et al v. City of Chicago, et al |
| 1:18-cv-07076 | Yaniz et al v. City of Elgin et al |
| 1:18-cv-07501 | Chicago Regional Council of Carpenters Pension Fund et al v. MC Install & Dismantle Corporation et al |
| 1:19-cv-00545 | Villalobos v. Meyer Njus Tanick, PA |
| 1:19-cv-01092 | Moore v. City of Chicago et al |
| 1:19-cv-01214 | Woods et al v. Adamski et al |
| 1:19-cv-02027 | Livingston v. Uber Technologies, Inc. et al |
| 1:19-cv-02113 | Lisle Place Condominium Association v. Village of Lisle et al |
| 1:19-cv-02566 | Domingo v. Prudential Insurance Company of America, The |
| 1:19-cv-02596 | Rogers v. Wells Fargo Bank N.A. |
| 1:19-cv-02877 | Heckenbach v. Bloomingdale et al |
| 1:19-cv-03344 | Lust v. LTF Club Management Company, LLC et al |
| 1:19-cv-03456 | KU, LLC et al v. Barnhardt et al |
| 1:19-cv-03680 | Sklarsky et al v. Indigo Real Estate Services, Inc. et al |
| 1:19-cv-03772 | Liberty Mutual Fire Insurance Company v. Philadelphia Indemnity Insurance Company |
| 1:19-cv-03977 | Vince-Cruz v. City of Waukegan et al |
| 1:19-cv-04098 | Smith et al v. Stern et al |
| 1:19-cv-04367 | Tribuzio v. Bedford Motor Service, Inc. |

| | |
|---|---|
| 1:19-cv-04515 | Bill Casey Electric Sales, Inc. v. Citizens Insurance Company of America a member of The Hanover Insurance Group |
| 1:19-cv-04646 | M.M. v. Evanston Township High School |
| 1:19-cv-04674 | Murarescu v. GC Services Limited Partnership |
| 1:19-cv-04971 | King Fabrication, LLC v. Walsh Construction Company, LLC et al |
| 1:19-cv-05008 | Pilot X v. The Boeing Company |
| 1:19-cv-05042 | Ash v. PSP Distribution, LLC et al |
| 1:19-cv-05264 | Vollmer v. Saul |
| 1:19-cv-05334 | Steele v. Fox Valley Park District |
| 1:19-cv-05382 | Reed v. Polekatz Gentlemen's Club, LLC et al |
| 1:19-cv-05452 | Adams v. Baidwirn et al |
| 1:19-cv-05532 | Able Home Health, LLC v. H Care Jobs, Inc. et al |
| 1:19-cv-05573 | Ifianayi v. Mendez et al |
| 1:19-cv-05677 | Iron Workers' Mid-America Pension Plan et al v. Martin |
| 1:19-cv-05762 | Seda et al v. McAleenan et al |
| 1:19-cv-05813 | Cohan v. Sunrise Hospitality Inc. |
| 1:19-cv-05864 | Castillo v. Dart et al |

**Civil Cases Reassigned to Judge Seeger from Judge Chang**

| | |
|---|---|
| 1:17-cv-01361 | Ramzan v. United States |
| 1:17-cv-06681 | Vogel v. McCarthy, Burgess, & Wolff, Inc. |
| 1:18-cv-00992 | Ironbeam, Inc. v. Papadopoulos et al |
| 1:18-cv-03269 | Dolemba v. Hearing Better For Life, LLC et al |
| 1:18-cv-05044 | Green v. City of Chicago |
| 1:18-cv-06251 | Lu v. Nielsen |
| 1:18-cv-07311 | Chamopoulos v. Lord & Taylor, LLC |
| 1:18-cv-08272 | Kenese v. Chatolic Charties |
| 1:19-cv-00596 | United States Gypsum Company v. Ameriform LLC et al |
| 1:19-cv-01609 | Laborers' Pension Fund et al v. Total Home Restoration 1 a/k/a THR 1, Inc. et al |
| 1:19-cv-02509 | Martin v. Union Pacific Railroad Company |
| 1:19-cv-03206 | Petropoulos et al v. City of Chicago |
| 1:19-cv-04953 | Ligay v. U.S. Immigration and Customs Enforcement et al |
| 1:19-cv-04236 | People of The State of Illinois v. Glamour Services, LLC et al |

**Civil Cases Reassigned to Judge Seeger from Judge Coleman**

| | |
|---|---|
| 1:16-cv-07099 | U.S. Small Business Administration, as Receiver for Cardinal Growth, L.P. v. McInerney |
| 1:17-cv-02877 | White v. City of Chicago et al |
| 1:17-cv-06004 | Smith et al v. Sheehan et al., |
| 1:17-cv-08864 | Gill v. Obaisi et al |
| 1:18-cv-02028 | Williamson v. Ortiz et al |
| 1:18-cv-04193 | Lockhart v. Baldwin et al |
| 1:18-cv-06546 | Brinley Holdings Inc et al v. RSH Aviation, Inc. et al |
| 1:18-cv-07230 | Martinez v. Saul |
| 1:19-cv-00224 | Williams v. CCC Information Services, Inc. et al |

1:19-cv-01229 Ford-Reyes et al v. Progressive Funeral Home et al
1:19-cv-02286 Lee v. Buffman et al
1:19-cv-02769 1000 Rand Road Condominium Association v. Secura Insurance
1:19-cv-03301 Katcho et al v. Madsen et al
1:19-cv-03731 Palmer et al v. Johnson & Johnson et al

**Civil Cases Reassigned to Judge Seeger from Judge Dow**

1:15-cv-09086 Edwards v. David et al
1:16-cv-07578 Annie v. SVT, LLC
1:17-cv-02067 Safrithis v. Shulkin
1:17-cv-05715 Zblewska et al v. Wilkie
1:17-cv-09054 Washington v. Wilkie
1:18-cv-00396 Seong et al v. BEDRA, Inc. et al
1:18-cv-02439 Appel et al v. LaSalle County State's Attorney Felony Enforcement Unit et al
1:18-cv-03452 Clayborn v. Walter Investment Management Corp, Ditech
1:18-cv-04793 Battles v. Enterprise Leasing Company of Chicago
1:18-cv-05674 Fox Valley Laborers Health and Welfare Fund et al v. ASC Insulation, Fireproofing and Supplies, Inc.
1:18-cv-06430 Malibu Media, LLC v. John Doe, subscriber assigned IP address 162.201.221.78
1:19-cv-00373 McClendon v. Lochard
1:19-cv-00761 Moore v. National YMCA Inc. et al
1:19-cv-01278 Dalton et al v. Coloplast Corp. et al

**Civil Cases Reassigned to Judge Seeger from Judge Durkin**

1:16-cv-02150 Short v. Grayson et al
1:17-cv-02052 Curry v. Obaisi et al
1:17-cv-08120 Elizarri v. Cook County et al
1:17-cv-09314 Campos v. Illinois Department of Child and Family Services et al
1:18-cv-04978 Turner v. Middle River Marine, LLC
1:18-cv-06050 Davis v. Curran et al
1:18-cv-07021 Iron Workers' Mid-America Pension Plan et al v. R & W Clark Construction, Inc.
1:18-cv-08228 Hill v. Cook County et al
1:19-cv-00543 Krupa v. Quinn et al
1:19-cv-01537 Keller v. Gronlund, et al
1:19-cv-02763 Laborers' Pension Fund et al v. DRW Services, Inc. et al
1:19-cv-03250 Barrett v. United States of America et al
1:19-cv-04108 Tangen v. Experian Information Solutions, Inc.
1:19-cv-04679 Arsene v. Cuccinelli et al

**Civil Cases Reassigned to Judge Seeger from Judge Ellis**

1:17-cv-01914   Young v. Cook County Jail et al
1:17-cv-06647   Chatman v. Pfister et al
1:18-cv-00085   Lopez et al v. United States of America
1:18-cv-02069   Hampton v. Democratic Party of Illinois et al
1:18-cv-04400   Hussein v. Cavalry SPV I, LLC et al
1:18-cv-05990   Cooper v. Aon Hewitt Investment Consulting Inc.
1:18-cv-06998   Robinson v. Budde et al
      1:18-cv-07026   Harold L. Robinson v. Will County Board of Election
1:18-cv-07959   Brown v. C.O. Mrs. Stemper et al
1:19-cv-02440   MacNeil Automotive Products Limited v. 3W Auto Accessory Inc. et al
1:19-cv-03013   Jackson v. National Railroad Passenger Corporation
1:19-cv-03396   Brunner et al v. Beltman Group Incorporated
1:19-cv-03904   Johnson v. City of Chicago et al
1:19-cv-04431   Kosaraju v. Medina et al
1:19-cv-04865   Reeves v. Bobby E. Wright CB Center


**Civil Cases Reassigned to Judge Seeger from Judge Feinerman**

1:17-cv-05723   Saleski v. Ciach et al
      1:19-cv-3497   Saleski v. Cook County of Illinois et al
1:18-cv-02005   Advantage Futures LLC v. Herm LLC et al
1:18-cv-04091   Tapia v. Hyland et al
1:18-cv-06470   Obrycki v. Moore et al
1:18-cv-07335   Doe v. Loyola University Chicago
1:18-cv-08529   Langos v. Ford Motor Company
1:19-cv-00849   Chrostek et al v. Chicago Park District et al
1:19-cv-02019   United States of America vs Rodriguez
1:19-cv-02210   Harris v. Ealey
      1:19-cv-04598   Harris v. County Of Cook et al
      1:19-cv-04599   Harris v. Avila
      1:19-cv-05138   Harris v. Khan et al
1:19-cv-03984   Coconate v. All Masonry Construciton Co., Inc. et al
1:19-cv-04866   Covarrubias v. Wendy's Properties, LLC
1:19-cv-04291   Strike 3 Holdings, LLC v. Doe subscriber assigned IP Address 23.122.161.236
1:19-cv-05613   Reynolds et al v. Higginbottom et al
1:19-cv-05029   Roor International BV et al v. Up in Smoke et al


**Civil Cases Reassigned to Judge Seeger from Judge Gettleman**

1:17-cv-03986   H.O.P.E., Inc. v. Morningside Equities Group et al
1:17-cv-07879   Jones v. Barber et al
      1:18-cv-03686   Damion Jones v. Tom Dart
1:18-cv-02553   Eason et al v. Rauner et al
1:18-cv-04159   Marques v. United Airlines, Inc. et al

| | |
|---|---|
| 1:18-cv-05700 | Salley v. Sgt. Parker et al |
| 1:18-cv-05829 | Malkowski v. Cleveland Corporation |
| 1:18-cv-07729 | Laborers' Pension Fund et al v. Midwest Brickpaving, Inc. et al |
| 1:19-cv-00561 | Prelipceanu v. Jumio Corporation |
| 1:19-cv-02433 | Krass v. The Hartford Financial Services Group, Inc. |
| 1:19-cv-03089 | Nationwide Life and Annuity Insurance Company et al v. Walker |
| 1:19-cv-03616 | Scottsdale Insurance Company v. Lafayette Plaza Housing Cooperative et al |
| 1:19-cv-04041 | Zavala-Alvarez v. Darbar Management, Inc. et al |
| 1:19-cv-04736 | Malibu Media, LLC v. Doe, subscriber assigned IP address 98.206.195.6 |
| 1:19-cv-05108 | Visterniceanu et al v. Barr et al |

**Civil Cases Reassigned to Judge Seeger from Judge Gottschall**

| | |
|---|---|
| 1:16-cv-10969 | Brickstructures, Inc. v. Coaster Dynamix, Inc. |
| 1:16-cv-11555 | Herbster et al v. 3550 Condominium Association et al |
| 1:17-cv-00877 | Odom v. Lakeside Community Committee |
| 1:18-cv-00267 | Generations Health Care Network et al v. Norwood |
| 1:18-cv-05505 | Kolb v. United Motors |

**Civil Cases Reassigned to Judge Seeger from Judge Guzman**

| | |
|---|---|
| 1:18-cv-07163 | Spitzer-Cohn v. Cigna Behavioral Health, Inc. et al |
| 1:19-cv-03175 | Chaplick et al v. Kovitz Shifrin Nesbit, A Professional Corporation |
| 1:19-cv-02835 | Grubbs v. Transworld Systems, Inc. |
| 1:19-cv-03858 | Ferreyra v. Zamora et al |
| 1:19-cv-04002 | Taulbee v. Cargill IB LLC et al |
| 1:19-cv-05170 | Geske v. PNY Technologies, Inc. |
| 1:19-cv-05838 | Verch v. Global Resources Direct LLC |

**Civil Cases Reassigned to Judge Seeger from Judge Kendall**

| | |
|---|---|
| 1:15-cv-08965 | Slabon v. Sanchez et al |
| 1:17-cv-06401 | Straub v. Jewel Foods |
| 1:17-cv-07141 | United Food and Commercial Workers Unions and Employers Midwest Pension Fund, and Trustees et al v. E.R. Smith Enterprises, Inc. d/b/a Lakeside Foods |
| 1:18-cv-00268 | Campbell-Salahuddin v. Ford Motor Company et al |
| 1:18-cv-03478 | Shenault Jr. v. City of Chicago et al |
| 1:18-cv-04551 | Monster Energy Company v. Cycle Locators Inc. |
| 1:18-cv-05152 | Harris v. Judkins et al |
| 1:18-cv-06339 | Citgo Petroleum Corporation v. United Steelworkers Union, Local No. 7-517 |
| 1:18-cv-07184 | Vento v. Superion, Inc. et al |
| 1:19-cv-00796 | Singleton v. Wright Medical Technology, Inc. et al |
| 1:19-cv-01327 | Toth Gray et al v. Lamp Liter, Inc. |
| 1:19-cv-04639 | Nelson v. Generations at Applewood, LLC et al |
| 1:19-cv-05258 | Burns v. The Sherwin-Williams Company |

1:19-cv-05565   Latypov v. Halsted Financial Services, LLC et al

**Civil Cases Reassigned to Judge Seeger from Judge Kennelly**

1:17-cv-04221   Harshaw v. Aries
1:17-cv-09322   David Jones v. Ogrodnick
1:18-cv-01713   In Re: Akorn, Inc. Data Integrity Securities Litigation
1:18-cv-04650   Brown v. Peterson et al
1:18-cv-05750   Hollerway v. Sirillo et al
      1:19-cv-02317   Marquise Hollerway v. Walsh
1:18-cv-07029   Pocasangre v. Scurto Cement Construction LTD., an Illinois Corporation
1:18-cv-08170   Odeh v. Cook County et al
1:19-cv-00418   Abdullah et al v. Nielsen et al
1:19-cv-01546   Wince v. CBRE Inc. et al
1:19-cv-02265   Hardy v. DuPage Medical Group, LTD., et al
1:19-cv-03101   Carpenters Fringe Benefit Funds of Illinois et al v. Union Financial Services, Inc.
1:19-cv-03756   Polk et al v. Braun, Star #4076 et al
1:19-cv-04317   Brewer v. PC Connection, Inc et al
1:19-cv-04632   Malibu Media, LLC v. Doe

**Civil Cases Reassigned to Judge Seeger from Judge Kocoras**

1:17-cv-03683   Keilman et al v. Sam's West Inc.
1:18-cv-02184   Manfre v. May et al
1:18-cv-05016   Ferguson v. The Good Mojo Corp
1:18-cv-06518   Black v. City of Chicago, The et al
1:18-cv-07516   Velasquez et al v. 8 Aces Construction, Inc. et al
1:19-cv-00076   Stieglitz v. City of Chicago
1:19-cv-01105   Willis v. City of Chicago et al
1:19-cv-02181   Jain et al v. The Gap Inc. et al
1:19-cv-02893   Johnson v. Ocwen Loan Servicing, LLC et al
1:19-cv-03565   Castleberry v. Varga
1:19-cv-04073   Veloz v. C.R. Bard, Inc.
1:19-cv-04683   Andrews v. Lettuce Entertain You Enterprises, Inc.
1:19-cv-05136   Strike 3 Holdings, LLC v. John Doe
1:19-cv-05471   Cycling Sports Group, Inc

**Civil Cases Reassigned to Judge Seeger from Judge Lee**

1:16-cv-10088   Wilda v. JLG Industries, Inc.
1:17-cv-04282   Hacker v. Dart et al
1:18-cv-00016   Williams v. Maden
      1:18-cv-01279   Williams v. Pfister et al
1:18-cv-01679   Wilmette Charter, LLC v. Cooney
1:18-cv-03372   Owen v. URS Midwest, Inc.

8

| | |
|---|---|
| 1:18-cv-05094 | Crook v. Sheriff of Cook County et al |
| 1:18-cv-06576 | Pittsfield Development LLC et al v. The Travelers Indemnity Company |
| 1:18-cv-07471 | Pentecostal Church of Jesus Christ v. Selective Insurance Company of America |
| 1:19-cv-00176 | Hytera Communications Corporations LTD. et al v. Motorola Solutions Inc. |
| 1:19-cv-01373 | Kim v. Alliance Ground International, LLC |
| 1:19-cv-02272 | Douglas et al v. Alfasigma USA, Inc. |
| 1:19-cv-02920 | Hunter Killer Productions, Inc.. v. Doe No. 1 |
| 1:19-cv-03416 | Williams v. Kaminski |
| 1:19-cv-03417 | Williams v. Squeo et al |
| 1:19-cv-03613 | Symbology Innovations LLC v. Essentra Components Inc. |

**Civil Cases Reassigned to Judge Seeger from Judge Lefkow**

| | |
|---|---|
| 1:17-cv-06095 | Starr Indemnity and Liability Company et al v. National Maintenance & Repair, Inc. |
| 1:18-cv-06062 | General Casualty Company of Wisconsin v. Techloss Consulting and Restoration et al |
| 1:18-cv-05704 | ED&F Man Capital Markets Ltd. et al v. JVMC Holdings Corp et al |
| 1:18-cv-07967 | Adger v. R&L Management Co., Inc et al |
| 1:19-cv-01387 | Rice et al v. Jefferson |
| 1:19-cv-03273 | Able Home Health, LLC v. Liberty Mobile Labs, Inc. et al |
| 1:19-cv-05366 | Roor International BV et al v. Smoke & Vape et al |

**Civil Cases Reassigned to Judge Seeger from Judge Leinenweber**

| | |
|---|---|
| 1:17-cv-01238 | Anderson v. Dart et al |
| 1:17-cv-04132 | Sinnick v. Clements et al |
| 1:17-cv-08929 | Morrice v. Phenix Specialty Films, LLC et al |
| 1:18-cv-04126 | Central States, Southeast and Southwest Areas Pension Fund et al v. Alabama Aluminum Processors, Inc. et al |
| 1:19-cv-00399 | Rynied et al v. Pooni et al |
| 1:18-cv-07366 | CIT Bank N.A. v. Genelle Treadwell et al |
| 1:19-cv-04861 | BCSP 330 North Wabash Property LLC et al v. Kehoe Designs, Inc. |

**Civil Cases Reassigned to Judge Seeger from Judge Norgle**

| | |
|---|---|
| 1:16-cv-10199 | Kogut et al v. The United States of America et al |
| 1:17-cv-04840 | Universal Beauty Products, Inc v. Maxim Beauty Products, Inc |
| 1:17-cv-08305 | Mohsin v. Duke et al |
| 1:18-cv-01068 | McCoy v. Cassidy (#2027) et al |
| 1:18-cv-02888 | Bilek v. Blue Cross and Blue Shield Association |
| 1:18-cv-04349 | Roti et al v. Ethicon, Inc. et al |
| 1:18-cv-05390 | Frakes v. Northeast Illinois Railroad Corp. |
| 1:18-cv-06474 | Walker v. Kennedy |
| 1:18-cv-07192 | Mims v. City Of Chicago et al |
| 1:18-cv-07498 | Bubbleland Trademarks, LLC v. Spincycle Plus, Inc. |
| 1:19-cv-00505 | Bittinger v. McCarthy |

1:19-cv-00933   Grimes v. United States of America
1:19-cv-02413   Yorktown Industries, Inc. et al v. Astor Graphics, Inc.
      1:19-cv-03928   Aster Graphics, Inc. v. Yorktown Industries, Inc. et al
1:19-cv-02757   King v. Tom Dart et al


**Civil Cases Reassigned to Judge Seeger from Judge Pallmeyer**

1:17-cv-01707   Randall v. Lieutenant Brown et al
1:17-cv-04056   Maya v. Lashbrook
1:17-cv-07863   Sanchez v. Hargan
1:18-cv-00603   Commodity Futures Trading Commission v. Vorley et al
1:18-cv-03283   Zhang v. United States, The et al
1:18-cv-06084   Love v. Stateville Correctional Facility et al
1:18-cv-07553   Ace American Insurance Company v. JTM Electrical Contractors, Inc.
1:19-cv-00028   Nabrinsky v. Chicago Union Station Company et al
1:19-cv-00769   Harris v. Perez et al
1:19-cv-01906   Professional Solutions Insurance Company v. Jain, M.D. et al
1:19-cv-02706   Rocquemore v. Hession et al
1:19-cv-03402   Aylin & Ramtin, LLC et al v. Barnhardt et al
1:19-cv-04084   Malibu Media, LLC v. Doe. subscriber assigned IP address 104.56.165.185
1:19-cv-04475   Board of Education of Lake Forest High School District 115 v. Illinois State Board Of Education et al


**Civil Cases Reassigned to Judge Seeger from Judge Shah**

1:17-cv-00417   Bolden v. City of Chicago et al
1:17-cv-06461   Clay v. Williams et al
1:18-cv-01971   Trustees of the Chicago Painters and Decorators Pension Fund et al v. Copper Construction Company et al
1:18-cv-04047   Allen v. Benton et al
1:18-cv-05527   Chicago Tribune, LLC v. Teamsters Local Union No. 727
1:18-cv-06888   Castle v. Global Credit & Collection Corporation et al
1:18-cv-08358   Gongaware v. Amazon.com, LLC et al
1:19-cv-00621   Great Divide Insurance Company v. Linda Construction, Inc. et al
1:19-cv-01528   Arquero v. Sheriff Tom Dart et al
1:19-cv-02479   Barrett v. Chicago Housing Authority
1:19-cv-03509   Cosmedent, Inc. v. Cosmident Dental Laboratories
1:19-cv-03622   Oakley, Inc. v. China Synergy Manufacturing Group et al
1:19-cv-04385   International License Exchange of America, LLC v. Comcast Corporation
1:16-cv-03787   Wilmington v. Butler et al

**Civil Cases Reassigned to Judge Seeger from Judge Tharp**

1:16-cv-07971   Edelman v. Loyola University Chicago
1:16-cv-10017   Foster v. Kononov et al
      1:17-cv-05759   Foster v. Williams et al
1:17-cv-05320   Central States, Southeast and Southwest Areas Pension Fund et al v. F.C.J. Properties, Inc. et al
1:17-cv-07488   Gordon v. Baldwin et al
1:18-cv-02176   McMurtry v. Obaisi et al
1:18-cv-03477   Shenault v. City of Chicago et al
1:18-cv-05239   Lundquist v. Stone Gate Condominium Association I et al
1:18-cv-06238   Kertsman v. Lifeway Foods, Inc.
1:18-cv-07884   Nan v. DGW Legacy, Inc. et al
1:19-cv-00371   Barnes v. Dart et al
1:19-cv-01210   Thomas v. Carranza et al
1:19-cv-01640   Bodyguard Productions, Inc. v. Does 1-13
1:19-cv-02465   Media Bank, LLC v. SCOTTeVEST, INC.
1:19-cv-03129   Martinez et al v. Park and Field, LLC et al


**Civil Cases Reassigned to Judge Seeger from Judge Wood**

1:14-cv-10456   Cox v. Nolan et al
1:15-cv-08192   Campbell v. Butler
      1:15-cv-09351   Campbell v. Mann et al
1:16-cv-04385   Williams v. Starks et al
1:16-cv-06516   Lepe et al v. Village of Round Lake Park et al
1:17-cv-01917   Mandra v. Paulauskas et al
1:17-cv-05220   Benson et al v. Zenco Collections LLC et al
1:17-cv-07621   Cage v. Harper et al
1:18-cv-01028   DeLeon-Reyes v. Guevara et al
      1:18-cv-02312 Solache v. City of Chicago
1:18-cv-02590   De Jesus Pena v. Wal-Mart Stores, Inc.
1:18-cv-04065   Wade, JR et al v. Kreisler Law P.C.
1:18-cv-05591   Parra et al v. Marathon Systems, Inc. et al
1:18-cv-07564   Hannah v. Huntington Bancshares Incorporated
1:18-cv-07391   Bowen v. State of Wisconsin and its Private Agencies, The
1:18-cv-08485   Ulysse et al v. Axiom St Charles et al