**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | Civ. A. No. 1:18-cv-01713 <br><br> Hon. Steven C. Seeger <br><br> **December 3, 2019 Hearing Date** |

**LEAD PLAINTIFFS' MOTION FOR (I) FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF
ALLOCATION; AND (II) AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF LITIGATION EXPENSES**

Lead Plaintiffs Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC, by and through their undersigned counsel, and pursuant to Rule 23 of the Federal Rules of Civil Procedure, hereby move the Court for entry of an Order: (i) granting final approval of the proposed Settlement in the above-captioned action; (ii) certifying the Settlement Class; (iii) approving the adequacy of Notice of the above-captioned action and Settlement provided to prospective Settlement Class members; (iv) approving the proposed Plan of Allocation for distribution of the Net Settlement Fund; (v) awarding attorneys' fees to Plaintiffs' Counsel; and (vi) reimbursing Plaintiffs' Counsel's litigation expenses.

The grounds in support of this Motion are set forth in the (i) Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; (ii) Memorandum of Law In Support of Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) the Declaration of Andrew J. Entwistle in support thereof.

DATED: October 29, 2019             Respectfully submitted,

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
**ENTWISTLE & CAPPUCCI LLP**
500 W. 2nd Street, Suite 1900-16
Austin, Texas 78701
Telephone: (512) 710-5960
aentwistle@entwistle-law.com

Vincent R. Cappucci (*admitted pro hac vice*)
Joshua K. Porter (*admitted pro hac vice*)
Brendan J. Brodeur (*admitted pro hac vice*)
Andrew M. Sher (*admitted pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200
vcappucci@entwistle-law.com
jporter@entwistle-law.com
bbrodeur@entwistle-law.com
asher@entwistle-law.com

*Lead Counsel for the Class*


Avi Josefson
John Rizio-Hamilton (*admitted pro hac vice*)
Abe Alexander (*admitted pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
875 North Michigan Avenue
Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
avi@blbglaw.com
johnr@blbglaw.com
abe.alexander@blbglaw.com

*Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2019, I caused the foregoing motion to be served on all counsel of record via the Court's ECF system.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
