**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AKORN, INC. DATA INTEGRITY SECURITIES LITIGATION | Civ. A. No. 1:18-cv-01713<br><br>Hon. Steven C. Seeger |

**UNOPPOSED MOTION TO MODIFY THE PROOF OF CLAIM DEADLINE ESTABLISHED IN THE PRELIMINARY APPROVAL ORDER**

Lead Plaintiffs Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC (the "Lead Plaintiffs"), individually and on behalf of the Settlement Class, hereby move the Court for an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), modifying the deadline for Settlement Class Members to file Proofs of Claim Forms to participate in the Settlement established by the *Order Preliminarily Approving Settlement, Approving Form of Class Notice, and Setting Hearing for Final Approval of Settlement* (ECF No. 132) (the "Preliminary Approval Order") until: (i) March 5, 2020, or (ii) such other date as the Court orders.[1] Defendants do not oppose the relief sought herein.

As the basis for the relief sought by this motion, the Lead Plaintiffs state as follows:

1. On August 26, 2019, the Honorable Matthew F. Kennelly entered the Preliminary Approval Order setting the Settlement Hearing for December 3, 2019 and establishing the deadline for Settlement Class Members to submit Proof of Claim Forms for 120 days from the Notice Date, making the deadline January 21, 2020.

2. On November 26, 2019, the Court granted the Parties' *Joint Emergency Motion*

---

[1] Capitalized terms undefined herein shall have the meaning ascribed to them in the Preliminary Approval Order.

*for Adjournment of the Settlement Hearing* to allow time for Judge Kennelly to rule on Defendants' motions to dismiss certain opt-out actions and set a status hearing for January 28, 2020 (ECF No. 163). At the January 28, 2020 status hearing, the Court set another status hearing for March 5, 2020. The date for the Settlement Hearing remains adjourned pending Judge Kennelly's rulings on the motions to dismiss.

3. To date, the Claims Administrator has received over 12,300 Proof of Claim Forms and no substantive objections, demonstrating Class-wide support for the Settlement. Given the adjournment of the Settlement Hearing and the attendant delay in final approval of the Settlement, Lead Plaintiffs believe it is equitable to modify the deadline to permit Settlement Class Members who have not done so to submit Proof of Claim Forms. It is well-settled that this Court has discretion to modify the deadline.[2] Moreover, the Preliminary Approval Order contemplates the allowance of late claims when it will not delay distributions to the Settlement Class.[3]

4. Accordingly, Lead Plaintiffs request that the Court enter the Proposed Order modifying the deadline for the Settlement Class Members to file Proof of Claim Forms until: (i) March 5, 2020, or (ii) such other date as the Court orders.

5. The deadline to object to the Settlement or to request exclusion from the Settlement has expired and the instant motion does not seek to extend that or any other deadline, aside from the deadline for submission of Proof of Claim Forms.

---

[2] *See, e.g., In re Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.*, Case No. 06 C 7023, 2018 WL 1138541, at *2 (N.D. Ill. Mar. 2, 2018) ("the Seventh Circuit Court of Appeals has held that courts have discretion to permit the filing of late claims, but they should permit such claims only when the equities, on balance, favor claimants.").

[3] *See* ECF No. 132 at ¶ 11 ("Lead Counsel may, at its discretion, accept for processing late Claims provided such acceptance does not delay the distribution of the Net Settlement Fund to the Settlement Class.").

DATED: January 30, 2020 Respectfully Submitted,

/s/ *Andrew J. Entwistle*

Andrew J. Entwistle
**ENTWISTLE & CAPPUCCI LLP**
500 W. 2nd Street, Suite 1900-16
Austin, TX 78701
Telephone: (512) 710-5960
Email: aentwistle@entwistle-law.com

Joshua K. Porter (*admitted pro hac vice*)
Brendan J. Brodeur (*admitted pro hac vice*)
Andrew M. Sher (*admitted pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200
jporter@entwistle-law.com
bbrodeur@entwistle-law.com
asher@entwistle-law.com

*Lead Counsel for the Class*